# EXHIBIT A-1

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 2 of 181

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

TIMOTHY REIF and DAVID FRAENKEL, as Co-Trustees of the LEON FISCHER TRUST FOR THE LIFE AND WORK OF FRITZ GRUNBAUM and MILOS VAVRA,

*Plaintiffs,*

-against -

THE CARNEGIE MUSEUM OF ART,

*Defendant,*

An Artwork *PORTRAIT OF A MAN* (1917) by the Artist Egon Schiele,

*Defendant-in-rem.*

Index No.:

**SUMMONS**

To The Defendants Named Above:

**YOU ARE HEREBY SUMMONED** to answer the attached Verified Complaint in this action, and to serve a copy of your verified answer, or if the Verified Complaint is not served with this Summons, to serve a notice of appearance on the Plaintiffs' counsel, Dunnington Bartholow & Miller LLP, at the address set forth below within twenty (20) days after the service of this Summons (not counting the day of service itself), or within thirty (30) days after service is complete if this Summons is not delivered personally to you within the State of New York.

**PLEASE TAKE FURTHER NOTICE** that should you fail to answer or appear, a judgment will be entered against you by default for the relief in the Verified Complaint together with the costs and disbursements of this action.

Dated: New York, New York
        December 14, 2022

1

**DUNNINGTON BARTHOLOW & MILLER LLP**
*Attorneys for Plaintiffs*

By:          s/Raymond J. Dowd
                Raymond J. Dowd
                Claudia G. Jaffe
                230 Park Avenue, 21st Floor
                New York, New York 10169
                Phone: (212) 682-8811
                Facsimile: (212) 661-7769
                RDowd@dunnington.com
                CJaffe@dunnington.com

2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| TIMOTHY REIF and DAVID FRAENKEL, as Co-Trustees of the LEON FISCHER TRUST FOR THE LIFE AND WORK OF FRITZ GRUNBAUM and MILOS VAVRA, | |
| *Plaintiffs,* | Index No.: |
| -against - | **VERIFIED COMPLAINT** |
| THE CARNEGIE MUSEUM OF ART, | **Jury Trial Demanded** |
| *Defendant,* | |
| An Artwork *PORTRAIT OF A MAN* (1917) by the Artist Egon Schiele, | |
| *Defendant-in-rem.* | |

Plaintiffs, by and through their counsel, DUNNINGTON BARTHOLOW & MILLER LLP, hereby complain of the Defendants as follows:

## PRELIMINARY STATEMENT

1.      This is an action by the heirs of Franz Friedrich ("Fritz") Grünbaum (the Grünbaum Heirs) to recover a painting by Egon Schiele entitled *Portrait of a Man* (1917) (the "Artwork") which, upon information and belief, is currently located in the City of Pittsburgh at the Carnegie Museum of Art at 4400 Forbes Ave, Pittsburgh, PA 15213 ("the Museum").



2.      The Artwork, pictured above, is catalogued in Kallir, Jane, *Egon Schiele: The Complete Works* (Harry Abrams 1990 & 1998) as a drawing, designated D. 2081.

3.      Plaintiffs assert causes of action for replevin and declaratory judgment.

4.      The Artwork is a unique chattel as defined by CPLR 7109(a) which authorizes injunctive relief.

5.      The Nazi regime stole the Artwork from Grünbaum while he was imprisoned in the Dachau Concentration Camp, where the Nazis tortured him and compelled him to sign an unlawful power of attorney giving his wife authority to convey his property, before murdering him.

6.      This action is related to *Reif v. Nagy* because the Hon. Charles Ramos determined conveyances pursuant to the unlawful Dachau power of attorney to be invalid because "[a] signature at gunpoint cannot lead to a valid conveyance."  *Reif v. Nagy,* 61 Misc.3d 319, 326, 80 N.Y.S.3d 629, 634 (Sup. Ct. New York County Comm. Div. 2018), *aff'd,* 175 A.D.3d 107, 106 N.Y.S.3d 5 (1st Dept. 2019), *leave to review declined,* 25 N.Y.3d 986, 125 N.Y.S.3d 76 (May 24, 2022).

7.      The Artwork was among artworks stolen from Grünbaum by the Nazis based on the unlawful Dachau power of attorney.

## THE PARTIES

8.       Plaintiffs are co-heirs of the estate of Grünbaum, a Viennese Jewish cabaret performer (born in Brno, Moravia) who was arrested by the Gestapo on March 22, 1938, imprisoned in the Dachau Concentration Camp, despoiled of all of his property by the Nazi regime, and murdered in Dachau on January 14, 1941.

2

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 6 of 181

9. Plaintiffs Reif and Fraenkel are co-trustees of the testamentary Leon Fischer Trust for the Life and Work of Fritz Grünbaum (the "Fischer Trust") and hold valid letters of trusteeship representing the late Leon Fischer's 50% ownership interest in Grünbaum's estate.

10. Plaintiff Reif is a resident of the City, County and State of New York.

11. Plaintiff Fraenkel is a resident of the State of Florida.

12. Plaintiff Vavra is a resident of the Czech Republic who owns a 50% interest in Grünbaum's estate.

13. Defendant the Museum is a museum and institution located at 4400 Forbes Ave., Pittsburgh, PA 15213.

14. The Artwork, upon information and belief, is presently located at the Museum and is being sued herein *in rem.*

## ALLEGATIONS SUPPORTING JURISDICTION IN NEW YORK COUNTY

15. From late 1956 until around 1966, the Artwork was located in New York County in the possession of the Galerie St. Etienne on 57th Street.

16. From late 1956 until around 1966, Grünbaum's heirs were entitled to possession and all right, title and interest in and to the Artwork which was part of Grünbaum's estate.

17. From late 1956 until the present, one or more of Grünbaum's heirs resided and continues to reside in New York County.

18. Without any right, title or interest in the Artwork, and without conducting a reasonable provenance inquiry that would have shown that the Artwork belonged to New York residents, the Allen Memorial Art Museum tortiously caused Galerie St. Etienne to transport the Artwork outside New York County.

3

19.     Because this tort occurred in New York County, this court has long arm jurisdiction over this controversy under Section 302 of the New York Civil Practice Law and Rules.

20.     Because this controversy seeks declaratory relief and involves the rights of a decedent's estate held by residents of New York to sue for a stolen chattel, this court has jurisdiction to grant declaratory relief and exercise jurisdiction over non-domiciliaries for this "chose in action" involving a chattel located outside New York for the reasons set forth in *Estate of Stettiner,* 148 A.D.3d 184 (First Dept. 2017).

## ALLEGATIONS SUPPORTING PLAINTIFFS' STANDING

21.     On July 16, 1938, Nazis forced Grünbaum to sign a power of attorney in the Dachau Concentration Camp permitting his wife Elisabeth to liquidate his assets and hand the assets over to the Nazi regime.  **Exhibit A** at 3. (true copy of the power of attorney ("Vollmacht") (including a certified English translation))**.**

22.     From 1938 to 1939, Elisabeth was forced to liquidate Fritz's assets pursuant to Nazi decrees.

23.     On Grünbaum's death (in the Dachau Concentration Camp where he was imprisoned), a Vienna notary certified that Fritz had no property, there was nothing left. **Exhibit B** at 3 (true copy of the notary's certification).

24.     On October 5, 1942 Elisabeth was deported to the Maly Trostinec death camp in Minsk, where she was murdered.

25.     Elisabeth Grünbaum's June 1939 Jewish Property Declaration shows that all of her property had been taken by the Nazis before she was murdered. E**xhibit C** ( true copy of

Case 1:23-cv-00346-UA    Document 1-1    Filed 01/13/23    Page 8 of 181

Elisabeth's Jewish Property Declaration (including a certified English translation); *see* **Exhibit C** at 3, 28 (stamp "Erledigt" ["done" or "completed"] and "Gesperrt" ["closed"]).

26.     As explained more fully below, these documents show conclusively that the Grünbaums lost Grünbaum's art collection prior to their deaths.

27.     Austrian government records demonstrate that no Grünbaum family member could have legally recovered the art collection following the deaths of Fritz and Elisabeth Grünbaum.

28.     Austrian government records show that from 1941 until 2002 Grünbaum had no heirs appointed by an Austrian court and no Austrian decrees of distribution were issued.

29.     Under Austrian law, for a family member to transfer a decedent's assets, that family member must first be declared an heir and receive a decree of distribution.

30.     Thus, the lack of any heirship or distribution decrees from 1941 until 2002 in Austrian government files signifies, as a matter of law, that no family member could have taken title to Grünbaum's art collection, or title to any individual artworks belonging to Grünbaum.

31.     Pursuant to a Certificate of Heirship issued by the District Court Innere Stadt Vienna dated September 12, 2002, Leon Fischer ("Fischer") and Milos Vavra ("Vavra") were each declared an heir of Fritz Grünbaum's estate entitled to an undivided fifty percent (50%) share. **Exhibit D** (true copy of the Certificate of Heirship).

32.     Prior to District Attorney Robert Morgenthau's seizure of Grünbaum's *Dead City III* at the Museum of Modern Art in New York City in 1999, neither Fischer nor Vavra had any idea that Grünbaum's art collection survived World War II.

33.     Pursuant to a last will and testament dated February 2012, Fischer appointed Reif and Fraenkel as executors of his estate.

34.     Fischer died on August 16, 2013.

35.     Upon learning of the art collection's existence, Fischer and Vavra diligently pursued Grönbaum's art collection.

36.     Letters testamentary were issued to Reif and Fraenkel and Fischer's will was duly probated.

37.      Fischer's will created the Leon Fischer Trust for the Life and Work of Fritz Grünbaum (the "Fischer Trust") to pursue Grönbaum's artworks with proceeds going to charity.

38.     Reif and Fraenkel are now co-trustees of the Fischer Trust and hold valid letters of trusteeship.

### ALLEGATIONS SUPPORTING RECOVERY OF THE STOLEN ARTWORK

39.     Otto (Nirenstein) Kallir (1894-1978) was a Viennese art dealer who worked at the Wurthle Gallery in Vienna before founding his own art gallery in 1923 called the "Neue Galerie".

40.     In 1925 the Wurthle Gallery displayed 22 artworks from Fritz Grunbaum's art collection.  A true copy of the 1925 Wurthle Gallery catalogue is attached hereto as **Exhibit E**.

41.     In 1928, Fritz Grünbaum permitted Otto Kallir to enter his Vienna apartment (in Grünbaum's absence) to select from among Grünbaum's Schieles the works that Kallir wanted to display at an exhibition commemorating the tenth anniversary of Schiele's death.  A true copy of the Kallir/Grunbaum 1928 correspondence ("the 1928 Correspondence") is attached hereto as **Exhibit F**.

42.     The 1928 Correspondence was donated by the Kallir family to the Austrian National Gallery (the Belvedere) as a gift of the Neue Galerie's business records following Otto

6

Kallir's death and is currently maintained by the Austrian government as part of the Neue Galerie archive.

43.     The 1928 Correspondence shows that Grünbaum trusted Kallir.

44.     The 1928 Correspondence shows that Kallir was familiar with the contents of Grünbaum's art collection, in particularly Grünbaum's Schieles.

45.     The 1928 Correspondence lists four oils and 21 drawings and watercolors either by name or by description, including "Ich liebe Gegensatze" (1912) or "I Love Antitheses" (1912).

46.     In 1930, Otto Kallir published a catalogue raisonné of Egon Schiele's oil paintings that documented Fritz Grünbaum's ownership of works including "Dead City III".

47.     The foregoing pre-war documentation was used by scholars and historians to trace artworks looted from Fritz Grünbaum's art collection when portion of the collection after World War II when portions of the collection surfaced in Berne, Switzerland.

48.

49.     On April 26, 1938, the Nazi regime decreed all Jewish property in excess of 5,000 Reichsmarks ("RM") to be available to the Nazi Reich for Field Marshal Goering's Four Year Plan to build the Nazi war machine.

50.     The April 26, 1938 decree required all Jews with property in excess of 5,000 RM to declare their assets quarterly until the assets were gone or until the Jews left the Reich.

51.     Jews were forbidden to transfer declared property, including art, without permission from Nazi authorities.

52.     As part of the process of securing Jewish assets to prevent transfers or sales, the Jewish Property Transaction Office (Vermögensverkehrsstelle) of Vienna commissioned inventories and valuation reports.   The Jewish victims were charged a fee for this process.

53.     A Vermögensverkehrsstelle inventory thus signified that Jewish assets were secured by the Nazi government.

54.     Pursuant to that process, the Vermögensverkehrsstelle commissioned Franz Kieslinger, an expert of the Dorotheum, to inventory Grünbaum's art collection while Grünbaum was in the Dachau Concentration Camp in 1938.

55.     The Kieslinger Inventory is part of the Elisabeth and Fritz Grunbaum Jewish Property files maintained in the Austrian State Archives. **Exhibit E** at 3, 14-16, 27, 40-43. (true copy of Fritz Grönbaum's July 16, 1938 Jewish Property Declaration, which declares the art collection and includes the Kieslinger Inventory).

56.     The Dorotheum was a Nazi-controlled auction house in Vienna used by the Nazi regime to sell art plundered from Jews and turn the proceeds over to the Nazi Reich.

57.     The Kieslinger Inventory shows Grönbaum's art collection to be valued at 5,791 RM.  **Exhibit G** at 16, 42.

58.     Grönbaum's art collection contained at least eighty-one works by the artist Egon Schiele.

59.     The stamps "Erledigt" ["done" or "completed"] and "Gesperrt" ["closed" or "blocked"] were official Nazi stamps indicating that the property of the Jewish person in question had been spoliated.

60.     Fritz's Jewish Property Declarations bears "Erledigt" and "Gesperrt" stamps. **Exhibit G** at 17, 43.

8

61.    Because the art collection was inventoried and described in the Jewish Property Declarations, the "Erledigt" and "Gesperrt" stamps demonstrate conclusively that the Nazis stole Fritz Grünbaum's art collection.

62.    In November and December 1938, surrounding the Kristallnacht pogrom, the Nazis passed additional laws to steal Jewish property and to forbid Jews from engaging in property transactions without Nazi approval.

63.    One of the laws provided for "Aryan" trustees to be appointed to liquidate Jewish property.

64.    All proceeds from sales or transfers of Jewish property went to the Nazi Reich, with commissions to the Aryan trustees.

65.    Some time prior to January 1939, Vienna attorney Ludwig Rochlitzer was appointed Aryan trustee of the "property of the Grünbaums."  **Exhibit H** (a true copy of a January 31, 1939 letter from Rochlitzer to Elisabeth announcing Rochlitzer's appointment as Aryan trustee for the Grünbaum property, together with certified English translation).

66.    From the time of Rochlitzer's appointment as Aryan trustee, neither Fritz nor Elisabeth had access to Fritz's art collection.

67.    Grünbaum never voluntarily abandoned his art collection during his lifetime.

**U.S. State Department Warns U.S. Museums, Colleges And Art Dealers Against Acquiring Potentially Stolen Artworks From Europe In Highly Publicized Campaign, Thus Putting The World On Notice**

68.    Following World War II, Nazi looting of artworks from Jewish victims received tremendous media attention in the United States.

9

69.     Following World War II, the U.S. State Department put out bulletins to museums, universities, art dealers and others urging U.S. citizens to be vigilant against acquiring Nazi-looted artwork and asking for assistance in returning stolen art.

70.     Media and government efforts put the art and museum community on heightened notice that acquiring artworks that were in Europe after 1933 and created prior to 1946 without complete provenances.

71.     Accordingly, any U.S. person acquiring artworks that were in Europe after 1933 and created prior to 1946 without complete provenances cannot be prejudiced by the inaction of a Holocaust victim family in seeking to recover artworks stolen by Nazis because that person should have exercised vigilance prior to and after acquiring the artwork.

72.     The Museum was on inquiry notice prior to acquiring the Artwork that it might be stolen and failed to exercise appropriate diligence in acquiring the Artwork or to make reasonable efforts to ascertain the true owners of the Artwork prior to taking possession.

73.     New York law protects the right of the owner whose property has been stolen to recover that property, even if it is in the possession of a good-faith purchaser for value.

*Solomon R. Guggenheim Found. v. Lubell,* 77 NY2d 311, 317-18 [1991]

74.     New York places the burden of investigating the provenance of a work of art on the potential purchaser in furtherance of discouraging the trade in stolen art. *Solomon R. Guggenheim Found. v. Lubell,* 77 N.Y.2d 311, 320-21 (1991).

**Grünbaum's Art Collection Surfaces In Switzerland In 1956**

75.     The Artwork is featured in a 1956 Gutekunst & Klipstein Sales catalogue of Egon Schiele's artworks as number 42. **Exhibit I (**a true copy of the 1956 Gutekunst & Klipstein Schiele sale catalogue, with certified English translation).

10

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 14 of 181

76.     All artworks in the 1956 Gutekunst & Klipstein sales catalogue were stolen from

Grünbaum, including the famous *Dead City III*, which was seized by the District Attorney

Robert Morgenthau from the Museum of Modern Art in New York City in 1998. *Reif v. Nagy*,

175 A.D.3d 107 at 110, 114, 121.

77.     According to a Gutekunst & Klipstein invoice September 18, 1956 Otto Kallir

purchased *Dead City III*, from Gutekunst & Klipstein together with 19 other artworks by Egon

Schiele.  A true copy is attached hereto as **Exhibit J**.

78.     Examination of pre-war documentation prior to acquisition of the Artwork would

have revealed evidence that it had been stolen from Grünbaum.

**Bakalar Sues The Grünbaum Heirs To Extinguish Rights In Grünbaum's Art Collection
Using Fabricated Evidence**

79.     In 2005, Fischer and Vavra were sued by David Bakalar, a Massachusetts resident

who sought to extinguish their rights in an Egon Schiele drawing stolen from Grünbaum titled

*Seated Woman with Bent Left Leg* in an action captioned *Bakalar v. Vavra.*

80.     Bakalar had sought to auction *Seated Woman With Bent Left Leg* at Sotheby's in

New York and London.

81.     In doing so, Bakalar promoted the false story that Grünbaum's sister-in-law

Mathilde Lukacs obtained Grünbaum's art collection and sold it to Swiss art dealer Eberhard

Kornfeld in 1956.

82.     The "Mathilde Lukacs" story, first floated in 1998 by Eberhard Kornfeld after

*Dead City III*'s seizure, has long been derided by Holocaust scholars as implausible because

Lukacs was herself imprisoned in Belgium during World War II after escaping Vienna.

83.     Bakalar succeeded in excluding as untimely an expert report of historian Dr.

Jonathan Petropoulos debunking the Mathilde Lukacs provenance and excluding an expert report

11

on Czech law of Dr. Milan Kostohryz showing that the Vavra line of heirs was persecuted and trapped behind the Iron Curtain in Communist Czechoslovakia.

84.     Because of these exclusions of key evidence and because Eberhard Kornfeld denied the Grünbaum Heirs' handwriting expert access to handwriting samples of Mathilde Lukacs that would have demonstrated forgeries, the *Bakalar v. Vavra* case was not fully or fairly litigated.

85.     In 2006, the Southern District of New York denied Fischer's and Vavra's request to amend the pleadings to permit them to pursue additional artworks owned by Fritz Grünbaum. *Bakalar v. Vavra,* 237 F.R.D. 59 (S.D.N.Y. 2006).

86.     From 2005 to 2012, Fischer and Vavra unsuccessfully sought in *Bakalar v. Vavra* to assert a possessory interest in *Seated Woman with Bent Left Leg*.

87.     Following a bench trial, the district court concluded that Bakalar could not establish by a preponderance of the evidence that Grünbaum voluntarily relinquished possession of the drawing or that he did so intending to pass title. *Bakalar v. Vavra,* 819 F.Supp.2d 293 at 300.

88.     The district court further found that Mathilde Lukacs did not acquire valid title to the drawing.  819 F.Supp.2d 293 at 302-303.

89.     Despite Bakalar's inability to prove legal title, the Hon. William Pauley determined that inactions of predecessors-in-interest of Leon Fischer and Milos Vavra extinguished possessory rights of the Grünbaum Heirs, as against Bakalar, a Massachusetts purchaser who purchased an artwork in New York from Otto Kallir of Galerie St. Etienne, who had in turn purchased *Seated Woman with Bent Left Leg* from the 1956 Gutekunst & Klipstein sale together with 18 other Schiele artworks, including *Dead City III.*   819 F.Supp.2d 293, 305

12

(S.D.N.Y. 2011).   The district court invoked the doctrine of laches to reach this result.  The court applied laches in a manner inconsistent with the approach of New York common law courts to applying the equitable doctrine of laches and in a manner inconsistent with public policy protecting true owners of stolen artworks.

90.     On October 11, 2012, the Second Circuit Court of Appeals, in a summary (non-precedential) order, affirmed Judge Pauley's decision by finding it not clearly erroneous. *Bakalar v. Vavra*, 500 Fed. Appx. 6 (2d Cir. 2012).

91.     In doing so, the Second Circuit mistakenly relied on a fabricated version of the Grünbaum Heirs' case offered by the plaintiff that was nowhere contained in the record and --- when raised for the first time on appeal by plaintiff ---- had been vigorously contradicted by Vavra and Fischer.   *Bakalar v Vavra*, 500 Fed Appx. 6, 7-8 (2d Cir. 2012) ("Vavra and Fischer's hypothesis—that the Nazis stole the Drawing from Grunbaum only to subsequently return or sell it to his Jewish sister-in-law—does not come close to showing that the district court's finding was clearly erroneous.").

92.     To underscore, neither Vavra nor Fischer ever argued that Nazis returned or sold artworks to Mathilde Lukacs (and the record contained no evidence to support this manufactured narrative).

93.     To the contrary, from the first pleadings, Vavra and Fischer argued that the story that Mathilde Lukacs sold Grünbaum's art collection to Gutekunst & Klipstein was entirely a fabrication.

94.     Also from the first pleadings, Vavra and Fischer argued that even if, assuming arguendo, the Mathilde Lukacs story were true, Lukacs would not have had good title, which, in turn, meant that she could not have given good title to Bakalar.

13

95.      *In Matter of Flamenbaum*, 22 N.Y.3d 962, 966 (2013), decided after *Bakalar*, clarified that, in the context of missing testimony relevant to a laches defense, the proponent of the defense must show that the missing evidence would have been relevant to establishing legal title. ("although the decedent's testimony may have shed light on how he came into possession of the (artwork), we can perceive of no scenario whereby the decedent could have shown that he held (good) title").

**In The Wake Of *Bakalar*, And Prior to *Reif v. Nagy*, Three Art Dealers Conspire To Strip German Lost Art Database (www.lostart.de) of Grünbaum Claims**

96.      During the course of the *Bakalar* litigation, Grünbaum's heirs were criticized for not having registered search requests related to Grünbaum's art collection on the Lost Art Database located at www.lostart.de.

97.      Accordingly, Vavra and Fischer registered the "search requests" based on the Kieslinger inventory and other pre-World War II material to artworks that appeared circumstantially to fit the description of artworks lost by Grünbaum.

98.      Below is the Lost Art Database's description of what "search requests" are:

*Lost Art Database*

*The Lost Art Database documents cultural property expropriated as a result of Nazi persecution, especially from Jewish owners, between 1933 and 1945 ("Nazi-looted art"), or for which such a loss cannot be ruled out. With the help of the publication of so-called Search Requests and Found-Object Reports, former owners or their heirs are to be brought together with current owners and thus support all stakeholders in finding a just and fair solution.*

*The Lost Art Database also contains reports on cultural property that was removed as a result of the Second World War ("trophy art"). Their publication is intended to support solutions in accordance with international law. The Lost Art Database is accessible worldwide free of charge. www.lostart.de/en/start*

14

99.     On September 23, 2015, German attorney Jutta von Falkenhausen wrote to the
Lost Art Database on behalf of Galerie Kornfeld Verlag AG (Bern) represented by Christine
Stauffer, Galerie St. Etienne (New York) represented by Jane Kallir, and Richard Nagy Ltd.
(London) represented by Richard Nagy. **Exhibit K** (true copy of von Falkenhausen's letter**).**

100.     Relying on *Bakalar v. Vavra* and on Austrian decisions that, in turn, relied on
*Bakalar v. Vavra* and the fabricated "Mathilde Lukacs" story, von Falkenhausen demanded that
the Lost Art Database delist certain of the Grünbaum heirs' claims.

101.     Von Falkenhausen's request included Schiele's *Dead City III* and the *Red Blouse*,
both of which are located at the Leopold Museum in Vienna.  **Exhibit K** at 12.

102.     Over the Grünbaum Heirs' objections, the Lost Art Database erased the
Grünbaum Heirs' claims, in particular, the claims relating to artworks in the 1956 Gutekunst &
Klipstein Schiele sale.

103.      Today, if one types in the name "Grünbaum" one will find a number of requests.
Under "status" it states "This announcement is contradicted by third parties."  **Exhibit L**
(Mountain Landscape (Farmhouse in the Tirol) Lost art-ID 478864.  On August 26, 2018, the
New York Times reported on the dispute between the Grünbaum Heirs and the Lost Art
Database in the article by William Cohan: *Jewish Heirs Take on an Art Foundation That Rights
Nazi Wrongs* **Exhibit M**. https://www.nytimes.com/2018/08/26/arts/design/nazi-art-egon-
schiele-fritz-grunbaum.html.

### *Reif v. Nagy* Debunks Fabricated Mathilde Lukacs Provenance

104.     In November 2015, shortly after learning that two other Egon Schiele artworks
from the 1956 Gutekunst & Klipstein sale catalogue (*Woman Hiding Her Face* and *Woman In
Black Pinafore*) were displayed by London art dealer Richard Nagy at the Park Avenue Armory,

Reif, Fraenkel and Vavra commenced *Reif v. Nagy* in the New York State Supreme Court, New York County.

105.    The Supreme Court, Ramos, J., after carefully considering expert testimony from Dr. Petropoulos and Dr. Kostohryz that had been excluded in the *Bakalar* case, granted summary judgment on the plaintiffs' replevin and conversion claims.  *Reif v. Nagy,* 61 Misc.3d at 330, 80 N.Y.S.3d at 367.

106.    Justice Ramos found that the Nazis confiscated Fritz Grünbaum's artworks by forcing him to sign the power of attorney to his wife, who was herself later murdered by the Nazis, and that the act of signing the power of attorney was involuntary: "[a] signature at gunpoint cannot lead to a valid conveyance." *Id.,* 61 Misc.3d at 326, 80 N.Y.S.3d at 634.

107.    In affirming, the Appellate Division, First Department, determined that the power of attorney the Nazis forced Fritz to execute in favor of Elisabeth while Fritz was imprisoned in Dachau was not voluntarily executed, "reject[ing] the notion that a person who signed a power of attorney in a death camp can be said to have executed the document voluntarily." *Reif v. Nagy,* 175 A.D.3d 107, 129, 106 N.Y.S.3d 5, 21 (First Dept. 2019).

108.    The First Department concluded Elisabeth was never able to convey good title. 175 A.D.3d at 129, 106 N.Y.S.3d at 21.

109.    The First Department determined that Grönbaum's art collection "never legally left Austria."  175 A.D.3d at 111.

110.    The First Department also determined that the art collection was in Austria on June 30, 1939, after Grünbaum's sister-in-law Mathilde Lukacs had fled Vienna for Belgium. 175 A.D.3d at 112.

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 20 of 181

111.     Unlike the *Bakalar* court, *Reif v. Nagy* carefully analyzed the historical circumstances and rejected decisively the arguments that Grönbaum's sister-in-law Mathilde Lukacs had laundered Grönbaum's artworks through Switzerland.

112.     The Appellate Division carefully analyzed overwhelming evidence suggesting that Mathilde Lukacs never had custody of the art collection, and certainly lacked custody during the War when she was imprisoned.

113.     The Appellate Division further noted:

> We note that there are no records, including invoices, checks, or receipts documenting that the Artworks were purchased by Kornfeld from Mathilde. Moreover, even if Mathilde had possession of Grunbaum's art collection, possession is not equivalent to legal title.

*Id.* at 127.

114.     The First Department also analyzed record evidence not available to the *Bakalar* court, such as post-*Bakalar* revelations involving Eberhard Kornfeld's dealings with Cornelius Gurlitt and Kornfeld's trafficking other Nazi-looted artworks.

115.     Thus, *Reif v. Nagy's* factual findings are based on a developed factual record and supercede the factual record in *Bakalar*, further making *Bakalar* an untrustworthy precedent.

116.     In affirming, the First Department determined that relative to the art dealer (Nagy), Reif, Frankel and Vavra had "superior ownership and possessory interests" in the Schiele artworks. *Id.,* 175 A.D.3d at 132, 106 N.Y.S.3d at 24.

117.     Unlike *Bakalar, Reif v. Nagy* rejected the proposition that the decedent Mathilde Lukacs's missing testimony could have prejudiced Nagy because "Mathilde could not have shown she had good title to the artworks and her testimony would not have been probative." 175 A.D.3d 107 (First Dept. 2019).

118.     In rejecting Nagy's "prejudice" argument, *Reif v. Nagy* relied on the New York Court of Appeals 2013 decision clarifying that a the proponent of the laches defense must show that a decedent's missing testimony would have supported a claim of title.  *Matter of Flamenbaum*, 22 N.Y.3d 962, 966 (2013).

119.     *Reif v. Nagy's* trustworthy application of *Matter of Flamenbaum* constitutes an intervening change or clarification of law that further renders the *Bakalar* precedent unreliable.

120.     Because Nagy refused to return the artworks, the Appellate Division affirmed an award of prejudgment interest in the amount of $700,964.44.  *Reif v. Nagy,* 199 A.D.3d 616, 158 N.Y.S.3d 89 (1st Dept. 2021).

121.     Nagy persisted in challenging the Heirs' possessory interest in artworks stolen from Grünbaum until the Court of Appeals' May 24, 2022 denial of Nagy's motion for leave to appeal.  *Reif v. Nagy,* 38 N.Y.3d 908, 168 N.Y.S.3d 720 (2022).

122.     The Court of Appeals' May 2022 decision established a possessory interest in Grünbaum's heirs under New York law to artworks stolen from Fritz Grünbaum, by the Nazis, such as Schiele's *Portrait of a Man (1917)* in the Museum's possession.

**Schieles Stolen From Grünbaum Featured in 1956 Gutekunst & Klipstein Sales Catalogue**

123.     The Artwork is featured in a 1956 Gutekunst & Klipstein Sales catalogue of Egon Schiele's artworks.

124.     All artworks in the 1956 Gutekunst & Klipstein sales catalogue were stolen from Grünbaum, including the famous *Dead City III*, which was seized by District Attorney Robert Morgenthau from the Museum of Modern Art in New York City in 1998. *Reif v. Nagy,* 175 A.D.3d 107 at 110, 114, 121 (1st Dept. 2019). The Gutekunst & Klipstein sales catalogue made no mention of Mathilde Lukacs in the provenance of the artworks.

18

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 22 of 181

125.     In the 1997 Museum of Modern Art Catalogue:   *"Egon Schiele: the Leopold collection, Vienna, Texts by Magdalena Dabrowski and Rudolf Leopold* (Yale University Press), the provenance of *Dead City III* (1911) appears as follows (with no mention of Mathilde Lukacs):



Arthur Roessler, Vienna; Alfred Spitzer, Vienna; Fritz Grünbaum, Vienna; Gutekunst & Klipstein, Bern, Galerie St. Etienne, New York; Rudolf Leopold, Vienna.   **Exhibit N** at 144.



126.     In the 1997 Museum of Modern Art Catalogue:   *"Egon Schiele : the Leopold collection, Vienna, Texts by Magdalena Dabrowski and Rudolf Leopold* (Yale University Press), the provenance of *Red Blouse ("Rote Bluse")* (1913) appears as follows (with no mention of

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 23 of 181

Mathilde Lukacs): Fritz Grunbaum, Vienna; Heirs of Fritz Grunbaum, The Netherlands; Galerie

Kornfeld, Bern (auction), 1981; Rudolf Leopold, Vienna. **Exhibit N** at 220.

## AS AND FOR A FIRST CAUSE OF ACTION –
## DECLARATORY JUDGMENT

127.    Plaintiffs repeat and reallege the foregoing paragraphs as if set forth herein.

128.    CPLR 3001 authorizes the Court to enter a declaratory judgment where a

justiciable controversy exists regardless of whether other relief is available.

129.    A justiciable controversy exists concerning the ownership of the Artwork that

only the Supreme Court may determine.

130.    Therefore, Plaintiffs request a declaratory judgment that the Artwork is the

property of Plaintiffs.

**WHEREFORE,** Plaintiffs demand: (1) a declaratory judgment that Plaintiffs own the

Artwork; (2) an award of costs and interest; and (3) such other and further relief the Court deems

just, proper and equitable.

Case 1:23-cv-00346-UA Document 1-1 Filed 01/13/23 Page 24 of 181

Dated: New York, New York
        December 14, 2022

                                    Respectfully submitted,


                                    **DUNNINGTON BARTHOLOW & MILLER
                                    LLP**
                                    *Attorneys for Plaintiffs*


                                    By: _/s/ Raymond J. Dowd_____
                                            Raymond J. Dowd
                                            Claudia G. Jaffe
                                            230 Park Avenue 21st Floor
                                            New York, New York 10169
                                            Telephone: 212-682-8811
                                            Facsimile: 212-661-7769
                                            rdowd@dunnington.com
                                            cjaffe@dunnington.com

## VERIFICATION

TIMOTHY M. REIF, affirms, subject to penalties of perjury under the laws of the State of New York as follows:

1. I am a plaintiff in this action and an attorney admitted to practice in the State of New York.

2. I have read the foregoing Complaint with exhibits, know the contents thereof and the same are true and correct to my own knowledge, except where alleged upon information and belief, and with respect to those allegations, I believe them to be true.

3. The grounds of my belief as to all matters not stated to upon my knowledge are documents, papers and data contained in the files pertaining to this matter.

December 14, 2022

TIMOTHY M. REIF

# EXHIBIT A

44614

Dachau, 16.Juli 1938 - - - - - - - - - - - - - - - -

## V O L L M A C H T ,

mit welcher ich, gefertigter Frans Friedrich ( genañt Frits )
G r ü n b a u m , Schauspieler in Wien, IV., Rechte Wienzeile
29, derzeit Dachau, meine Ehefrau Elisabeth G r ü n b a u m ,
Wien IV., Rechte Wienzeile 29 , ermächtige, für mich das
gesetzlich vorgeschriebene Vermögensbekenntnis einzubringen
und alle für dessen Rechtswirksamkeit nach den gesetzlichen
Vorschriften erforderlichen Erklärungen und Unterschriften
für mich abzugeben und mich überhaupt in allen meinen Ange-
legenheiten rechtswirksam zu vertreten . Ich ermächtige sie
gleichzeitig auch , diese Vollmacht im gleichen oder ein-
geschränkten Umfang auf eine andere Person nach ihrem freien
Ermessen zu übertragen . - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - Frits Grünbaum m.p. - - - - - - -

Abschrift stimmt mit dem mir vorliegenden, ungestem-
pelten Originale, welches aus einem Bogen besteht , vollkom-
men überein . - - - - - - - - - - - - - - - - - - - - - -
- - - Wien, am sechsundzwanzigsten Juli Eintausendneunhundert
achtunddreissig . - - - - - - - - - - - - - - - - - - - -
Ges.Geb. 1.20 RM.

PAGE 1

44614

Wert 27.4.38

Herr Franz Friedrich (Fritz) Grünbaum
Wien

| | | | |
|---|---|---|---|
| 1 gold. Zig Etui, moos grüll. | | RM | 350 — |
| 1 " Dunhill Feuerzeug | | " | 100 — |
| 1 " Uhr Kette | | " | 80 — |
| 1 " Taschenuhr „Vacheron & Constantin" | | " | 220 — |
| | | RM | 750 — |

Wien 28. Juli 1938

Carl Brunner

KOMMERZIALRAT
CARL BRUNNER
GER. BEEID. SACHVERST. u. SCHÄTZMEISTER
Inh. d. Fa. M. HÜBNER, Juwelier
WIEN I., KOHLMARKT 16

JUWELIER
M. HÜBNER
WIEN I.
KOHLMARKT 16



8

44614

Dachau, 16 July 1938

## POWER OF ATTORNEY

by which I, the undersigned Franz Friedrich (called Fritz ) Grünbaum,

actor in Vienna, XV., Rechte Wienzeile 29, currently at Dachau, authorise my wife

Elisabeth  Grünbaum,Vienna XV., Rechte Wienzeile 29, to submit the statutorily required

registration of assets on my behalf and to make all declarations and signatures required under

legal provisions for its legal effectiveness, and to represent me in all my matters with legal

effect. At the same time, I authorise her to assign this Power of Attorney to the same or

limited extent to another person at her free discretion.

Fritz Grünbaum m.p



(Revenue stamp)

This is a true copy of the unstamped original which is before me and which consist of one

sheet.

Vienna, on the twenty sixth of July one thousand nine hundred and

thirty eight.

Legal fee 1.20 RM  (Stamp Dr.
Hans Wallner Notary Public,
Vienna/Wieden)



Signature by Dr. Hans Wallner, Notary Public

44614

Value at 27 April 38

Mr. Franz Friedrich (Fritz) Grünbaum, Vienna

| | |
|---|---|
| 1 golden cigarette case, moss, guill. | RM  350.- |
| 1 "  Dunhill lighter | "    100.- |
| 1 " watch chain | "     80.- |
| 1 " pocket watch "Vacheron&Constantin" | "    220.- |
| | RM  750.- |

Vienna, 28 July 1938                                      Carl Brunner

KOMMERZIALRAT
CARL BRUNNER
GER. BEEID. SACHVEDST. u. SCHÄTZMEISTER
Inh. d. Fa. M. HÜBNER, Juweller
WIEN I., KOHLMARKT 16

Stamp:  KOMMERZIALRAT
CARL BRUNNER
Court sworn expert and expert
assessor
Owner of M. HÜBNER,Jeweller
VIENNA I., KOHLMARKT 16

JUWELIER
M. HÜBNER
WIEN I.
KOHLMARKT 16

Stamp    JEWELLER
M. HÜBNER
VIENNA  I. KOHLMARKT 16



8

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 31 of 181

# EXHIBIT B

**the language lab**
**& translation company of america**

# CERTIFICATE OF ACCURACY

This is to certify that the attached **Registration of Death for Friedrich Franz Israel Grünbaum, issued in Vienna on June 9, 1941** has been translated from German into English by staff members of THE LANGUAGE LAB/TCA familiar with both the German and English languages, and is to the best of our knowledge, ability and, belief a true and accurate translation.

For THE LANGUAGE LAB/TCA

Sworn to and subscribed before me
This 24th day of April, 2008

**NOTARY**

**P 804**

the language lab
Ph. 212-697-2020 • Fax: 212-697-2891
email: info@thelanguagelab.com

tca • translation company of america, inc.
Ph. 212-663-7054 • Fax: 212-695-2385
email: info@tcany.com

PAGE 1

[illegible line]                                    File No. 15 A 341/78
to be written, completed and presented in 14 days.
District Court of downtown Vienna, Dept. [no entry]
                                    [stamp of the District Court dated June 10, 1941]

Vienna, on [no entry]                Registration of Death

Drawn up on June 9, 1941

1.      Full name of the deceased (also maiden name, if a married woman): Grünbaum, Friedrich
        Franz Israel

2.      Occupation: Artist

3.      Age (date of birth): 4/7/1880, age: 61 years

4.      Religion: Jewish

5.      Civil status (single, married, widowed, divorced):
        Married

6.      Jurisdiction of residence, citizenship: Vienna, D.R. [German    Reich]

7.      Regular domicile, residence: Vienna IV, Rechte Wienzeile 29
        (If the deceased was under guardianship or incapacitated, indicate the guardianship court
        and enclose the decision of the guardian (curator, counsel).

8.      Date and place of death: 1/14/1941 - Dachau

To the Notary Public Dr. [Illegible]
to be completed within 14 days.                    Report of death
                                                   Fritz Grünbaum

[illegible stamp of the District Court of Vienna]

No. 4, (registration of death and instructions to the Notary)

9. Descendants (spouse): Elisabeth Sara Grünbaum, nee Herzl, 43 years old, no profession, Vienna XIX, Kasgrabengasse 15

10. Adult children and adult descendants of deceased children (full name, civil status, age and place of residence).

11. Minor children and minor descendants of deceased children (full name, age, occupation and place of residence):
Do the minors have a legal representative, or, who is being proposed for this office?
Does the widow assume the guardianship, and who is suggested as co-guardian?
Is the widow expecting the birth of a child?

12. Full name, civil status, age and residence of other close relatives and testamentary heirs:

   Parents: Wilhelm Grünbaum and Regina, nee Saxl, both deceased
   Siblings: Paul Grünbaum, 55 years old, no profession, in Prague, Marciova 11
   Lilly von Zozuli, nee Grünbaum, 53 years old, no profession, in Pilsen, Plaska 3.

13. Is there a last will, codicil, testamentary arrangement, donation, or marriage contract? Where? (For oral last wills, indicate full name and residence of the witness):

14. Had the deceased been appointed guardian, curator or counsel? For whom, by which court, and where is the appointment document?

15. Did the deceased have records of government funds or did he receive payments from a government fund or a fund under government supervision?

16. Are there objects in the estate for which a special report is required? What was done in this connection?

17. Do assets exist, and what do they consist of? In whose hands are they? Were measures taken and safeguards established, and if so, which ones? Did the deceased have an insurance policy covering death? At which institution and in whose favor?

According to the deceased's widow, Elisabeth Sara Grünbaum, there is no estate.



FILED: NEW YORK COUNTY CLERK 12/14/2022 08:29 PM

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 35 of 181

[line obliterated]

a) of the real estate:

b) movables:

c) of the claims:

d) of the securities and investment records (institution and number):

Are there substantial debts?

What are the costs of illness and burial and other claims connected with special preferential rights? Who corrected them? Does the person who paid them request that the estate be ceded to him/her in place of payment?

The burial expenses of the Jewish Committee, in the amount of approximately 430 RM, were paid by the heiress, widow Elisabeth Sara Grünbaum.

|  |  |
|---|---|
|  | Vienna, June 9, 1941 |
|  | Signatures: |
| The parties | The Court Clerk |
| [signed] | [signature] |
| Elisabeth Sara Grünbaum | [illegible] Court Clerk |

B.

In the absence of an estate, there are no estate-related proceedings.
Form 7 to the B.M.f Social Administration (federal office for food rations) - Mag. Division 13
Form 8 of the Federal Finance office - to the Vienna magistrate
Form 25

[illegible notation]           Vienna, June 11
                              [signature]

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:29 PM
NYSCEF DOC. NO. 3

15-APR-1998  15:00        BOESEBECK DROSTE / BERLIN        +49 30 88574599  S.004/007

887377

Dem Notar: Herrn
zum Schreiben, ergänzen und vorlegen
nach 14 Tagen.

Geschäftszahl 15 A 341/41

Bez. Gericht Innere Stadt Abt. ___

**Todfallsaufnahme**        Amtsgericht
                            10 JUNI 1941

errichtet am  9. Juni 1941        Wien – Wieden

1. Vor- und Zuname des (der) Verstorbenen (bei verheirateten Frauen auch
   Familienname): *Grünbaum Fritz Franz* Israel

2. Beschäftigung: *Schriftsteller*

3. Alter (Tag der Geburt): *7. IV. 1880*, 61 J.,

4. Religion:   mosaisch

5. Familienstand (ob ledig, verheiratet, verwitwet, gerichtl. geschieden):
   verh.

6. Heimatszuständigkeit, Staatsangehörigkeit: Wien, D.R.

7. Ordentlicher Wohnsitz, Wohnung: *IV. Rechte Wienzeile 29*
   (Wenn der Verstorbene unter Vormundschaft stand oder entmündigt war,
   ist das Pflegschaftsgericht anzugeben und das Dekret des Vormunds
   [Kurators, Beistandes] beizuschließen.)

8. Sterbetag und Sterbeort: *14. I. 1941 – Dachau*

Amtsgericht Wien
1, Riemergasse 7
Tit. 15, am

PAGE 5

Verf.a Skeils Nr. 4 a (Todfallaufnahme mit Auftrag an den Notar)

Nachgelassener Ehegatte(in): Elisabeth Sara Grünbaum geb.
Herzl, 43 J., Private in Wien XIX., Kaasgrabengasse 15

Großjährige Kinder und großjährige Nachkommen bereits verstorbener
Kinder (Vor- und Zuname, Stand, Alter und Aufenthaltsort):

—0—

11. Minderjährige Kinder und minderjährige Nachkommen bereits verstor-
bener Kinder (Vor- und Zuname, Alter, Beschäftigung und Aufenthalts-
ort):
Haben die Minderjährigen bereits einen gesetzlichen Vertreter oder
wer wird hiezu vorgeschlagen? Übernimmt die Witwe die Vormundschaft
und wer wird zum Mitvormund vorgeschlagen?
Erwartet die Witwe die Geburt eines Kindes?

—0—

12. Vor- und Zuname, Stand, Alter und Aufenthaltsort der übrigen näch-
sten Verwandten und der Testamentserben:

Eltern : Wilhelm Grünbaum und Regina geb. Saxl sind beide
längst verstorben

Geschwister : Paul Grünbaum, 55 J., Privater in Prag ,
Marciova 11
Lilly von Z o z u l i  geb. Grünbaum, 53 J.,
Private in Pilsen , Plaska 3

PAGE 6

15 H N 1998  15:02       BOESEBECK DROSTE / BERLIN       +49 30 88574599    S.006/007

P. 8

33

st ein Testament, Kodizill, Erbvertrag, eine Schenkung oder Ehe-
akten vorhanden? Wo befinden sie sich? (Bei mündlichen letztwilligen
Erklärungen Vor- und Zuname, sowie Wohnort der Zeugen):

–0–

14. War der Verstorbene als Vormund, Kurator oder Beistand bestellt? Für
wen, von welchem Gerichte und wo befindet sich das Bestellungsdekret?

–0–

15. Hat der Verstorbene über Amtsgelder Rechnung geführt oder einen Bezug
aus einer öffentlichen Kasse oder einem unter öffentlicher Aufsicht
stehenden Fonds genossen?

–0–

16. Befinden sich in der Verlassenschaft Gegenstände, die eine besondere
Anzeige erfordern? Was wurde darüber verfügt?

–0–

17. Ist ein Vermögen vorhanden und worin besteht es? In wessen Händen be-
findet es sich? Sind Vorkehrungen zur Sicherstellung getroffen wor-
den und welche? War der Verstorbene auf den Todesfall versichert?
Bei welcher Anstalt und zu wessen Gunsten?

Nach Angabe der erbl. Witwe Elisabeth Sara Grünbaum ist

kein Nachlass vorhanden.

eiläufiger Wert:

a) der Liegenschaften:

b) der Fahrnisse:

c) der Forderungen:

d) der Wertpapiere und Einlagebücher (Anstalt und Nummer):

Es folgt
Bl. 34 u

Sind große Schulden vorhanden?

Wieviel betragen die Krankheits- und Leichenkosten und die anderen mit besonderem Vorrecht verbundenen Forderungen? Wer hat sie berichtigt? Stellt der Zahler den Antrag, ihm den Nachlaß an Zahlungsstatt zu überlassen?

Die Leichenkosten der israelitischen Kultusgemeinde im Betrage von ca. 430 RM wurden von der erbl. Witwe Elisabeth Sara Grünbaum bezahlt.

Wien, am 9. Juni 1941 .
Unterschriften:

Der Parteien:

Elisabeth Sara Grünbaum

Der Gerichtsabgeordneten:

Notar als Gerichts-Commissär

B.

Mangels eines Nachlaßvermögens findet eine Verlassenschaftsabhandlung nicht statt.
Form. 7 dem B.M. f. soz. Verw. (Bundesverpflegskostenstelle) – Mag. Abt. 13
Form. 8 der Finanzlandesdirektion – dem Magistrat Wien.
Form. 25

A Reg. Lü.

W. 11. Juni 1941

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 40 of 181

# EXHIBIT C

**Vor Ausfüllung des Vermögensverzeichnisses ist die beigefügte Anleitung genau durchzulesen!**

### Zur Beachtung!

1. **Wer hat das Vermögensverzeichnis einzureichen?**
Jeder Anmeldepflichtige, also auch jeder Ehegatte und jedes Kind für sich. Für jedes minderjährige Kind ist das Vermögensverzeichnis vom Inhaber der elterlichen Gewalt oder von dem Vormund einzureichen.

2. **Bis wann ist das Vermögensverzeichnis einzureichen?**
Bis zum 30. Juni 1938. Wer anmelde- und bewertungspflichtig ist, aber die Anmelde- und Bewertungspflicht nicht oder nicht rechtzeitig oder nicht vollständig erfüllt, setzt sich schwerer Strafe (Geldstrafe, Gefängnis, Zuchthaus, Einziehung des Vermögens) aus.

3. **Wie ist das Vermögensverzeichnis auszufüllen?**
Es müssen sämtliche Fragen beantwortet werden. Nichtzutreffendes ist zu durchstreichen. Reicht der in dem Vermögensverzeichnis für die Ausfüllung vorgesehene Raum nicht aus, so sind die geforderten Angaben auf einer Anlage zu machen.

4. **Wenn Zweifel bestehen, ob diese oder jene Werte in dem Vermögensverzeichnis aufgeführt werden müssen, sind die Werte aufzuführen.**

34662

# Verzeichnis über das Vermögen von Juden

## nach dem Stand vom 27. April 1938

des
der    Grünbaum Elisabeth,                              Private
       (Zu- und Vorname)                                (Beruf oder Gewerbe)

in     Wien IV., Rechte Wienzeile,              ____Straße, Platz Nr. 29____
       (Wohnsitz oder gewöhnlicher Aufenthalt)

### Angaben zur Person

Ich bin geboren am 28. April 1898

Ich bin Jude (§ 5 der Ersten Verordnung zum Reichsbürgergesetz vom 14. November 1935, Reichsgesetzbl. I S. 1333)

und — deutscher¹) — _____ — _____ Staatsangehöriger¹) — staatenlos¹) —.

Da ich — Jude deutscher Staatsangehörigkeit¹) — staatenloser Jude¹) — bin, habe ich in dem nachstehenden Vermögensverzeichnis mein gesamtes inländisches und ausländisches Vermögen angegeben und bewertet¹).

~~Da ich Jude fremder Staatsangehörigkeit bin, habe ich in dem nachstehenden Vermögensverzeichnis mein inländisches Vermögen angegeben und bewertet²).~~

Ich bin verheiratet mit Franz Friedrich Grünbaum        geb. _____
                                                            (Mädchenname der Ehefrau)

Mein Ehegatte ist der Rasse nach — jüdisch¹) — nichtjüdisch¹) — und gehört der mosaischen
Religionsgemeinschaft an.

### Angaben über das Vermögen

#### I. Land- und forstwirtschaftliches Vermögen (vgl. Anleitung Ziff. 9):

Wenn Sie am 27. April 1938 land- und forstwirtschaftliches Vermögen besaßen (gepachtete Ländereien u. dgl. sind nur aufzuführen, wenn das der Bewirtschaftung dienende Inventar Ihnen gehörte):

| Lage des eigenen oder gepachteten Betriebs und seine Größe in Hektar? (Gemeinde — Gutsbezirk — und Hausnummer, auch grundbuch- und katastermäßige Bezeichnung) | Art des eigenen oder gepachteten Betriebs? (z. B. landwirtschaftlicher, forstwirtschaftlicher, gärtnerischer Betrieb, Weinbaubetrieb, Fischereibetrieb) | Handelte es sich um einen eigenen Betrieb oder um eine Pachtung | Wert des Betriebs ℛℳ | Bei eigenen Betrieben: Wenn der Betrieb auch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¹/₄) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| ~~Wirklich~~ s. Beilage | | | 7851.37 543.91 | |

#### II. Grundvermögen (Grund und Boden, Gebäude) (vgl. Anleitung Ziff. 10):

Wenn Sie am 27. April 1938 Grundvermögen besaßen (Grundstücke, die nicht zu dem vorstehend unter I und nachstehend unter III bezeichneten Vermögen gehörten):

| Lage des Grundstücks? (Gemeinde, Straße und Hausnummer, bei Bauland auch grundbuch- und katastermäßige Bezeichnung) | Art des Grundstücks? (z. B. Einfamilienhaus, Mietwohngrundstück, Bauland) | Wert des Grundstücks ℛℳ | Wenn das Grundstück noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¹/₄) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| | | | |

¹) Nichtzutreffendes ist zu durchstreichen.

Vermögensverzeichnis (VO v. 26. 4. 38)



(PAGE 1- 31)

— 2 —

## III. Betriebsvermögen (vgl. Anleitung Ziff. 11 und 12)

a) Wenn Sie am 27. April 1938 Inhaber eines Gewerbebetriebs waren (vgl. Anleitung Ziff. 11):

| Bezeichnung des Betriebs (Firma), Ort der Geschäftsleitung und Art des Betriebs (z. B. Maschinenfabrik, Lebensmittelhandlung, Gastwirtschaft, Tischlerei) | Gesamtwert des Betriebs nach Abzug der Betriebsschulden? RM | Wenn der Betrieb nach Anderen gehört: Wie hoch war Ihr Anteil? (z. B. ¼) |
|---|---|---|
| 1 | 2 | 3 |
| | | |

*Außer den Angaben in den Spalten 1 bis 3 ist die Berechnung des „Gesamtwerts des Betriebs" in einer Anlage im einzelnen zu erläutern*

b) Wenn Sie am 27. April 1938 an offenen Handelsgesellschaften, Kommanditgesellschaften oder ähnlichen Gesellschaften beteiligt waren:

α) Um welche Gesellschaften handelt es sich? (Bezeichnung des Betriebs, Firma, Ort der Geschäftsleitung) ...................................

...................................

β) Wie hoch war Ihr Anteil?.................... Wie hoch war der Wert Ihres Anteils? ...................... RM

c) Wenn Sie am 27. April 1938 Vermögen besaßen, das der Ausübung eines freien Berufs diente (vgl. Anleitung Ziff. 12):

α) Art des freien Berufs? ...................................
(z. B. Augenarzt, Rechtsanwalt, Architekt, Kunstmaler)

β) Wo wurde der freie Beruf ausgeübt? ...................................
(Gemeinde, Straße, Hausnummer)

γ) Welchen Wert hatte das dem freien Beruf gewidmete Reinvermögen am 27. April 1938? . . . ...................... RM

[Eine Aufstellung dieses Vermögens, aufgegliedert insbesondere nach Inventar (z. B. Instrumente, Bibliothek) und Außenständen, ist beizufügen. Wenn Sie den freien Beruf zusammen mit anderen Personen ausübten, ist in der Aufstellung das gemeinschaftliche Vermögen aufzuführen und der Wert Ihres Anteils hieran anzugeben.]

## IV. Sonstiges Vermögen, insbesondere Kapitalvermögen (vgl. Anleitung Ziff. 13 bis 21):

Welchen Wert hatte das Ihnen am 27. April 1938 gehörige sonstige Vermögen (ohne Abzug von Schulden), und zwar:

a) Festverzinsliche Wertpapiere einschl. Schuldbuchforderungen und Sachwertanleihen (z. B. Anleihen oder Schuldverschreibungen von Staaten und Gemeinden, Obligationen von Industriegesellschaften, Pfandbriefe, Steuergutscheine usw.),

Wertpapiere mit Dividendenertrag (z. B. Aktien, Kuxe und Genußscheine, Reichsbankanteilscheine, Reichsbahnvorzugsaktien),

Geschäftsanteile an inländischen und ausländischen Unternehmen? (z. B. Anteile an Gesellschaften mit beschränkter Haftung, — Name der Gesellschaft, Ort der Geschäftsleitung ist anzugeben) — vgl. Anleitung Ziff. 14 —.

| Bezeichnung des Wertpapiers usw. [Wird ein Bankauszug beigefügt, aus dem sich die Angaben zu den Sp. 1 bis 5 vollständig ergeben, so genügt die Ausfüllung der Sp. 5 unter Hinweis auf den Bankauszug] | Zins- [satz ¹) | Nennbetrag des gesamten Besitzes an dem in Sp. 1 bezeichneten Wertpapier usw. | Kurswert gemeines(Verkaufs=)Wert in Prozenten oder für ein Stück u. dgl. | Wert für den in Sp. 3 angegebenen Nennbetrag RM | Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

¹) Nur bei festverzinslichen Werten anzugeben, nicht z. B. bei Aktien, Kuxen, Anteilen an Gesellschaften mit beschränkter Haftung.

## Vermögensbekenntnis.

Diese Erklärung ist für jene Personen abzugeben (bei Minderjährigen die Eltern, oder deren Bevollmächtigte) die in den Personenkreis fallen, der durch die Kundmachung 102 vom 26. April 1938, betreffs der Anmeldung des jüdischen Vermögens erfaßt wurde. Bei der Ausfertigung des Bekennt= nisses hat sich der Meldende genau an die umseitige Erläuterung zu halten. Zum Unterschied von der Vermögensanmeldung, sind hier in den einzelnen Rubriken, **nur die Endziffern** des jeweiligen Vermögensbestandteils einzusetzen.

Zu= und Vorname *Elisabeth Sara Grünbaum* geb. *28.4.1898*

derzeitige Anschrift: *Wien XIX Kaasgraben 15*

| | | Vom Einreicher auszufüllen | | Raum für Bemerkungen der Dienststelle |
|---|---|---|---|---|
| | | Stand v. 27. April 1938 | Stand von heute | |
| | | Wert in RM | Wert in RM | |
| I. | Land= und Forstwirtschaftlicher Besitz | *Keinen* | *Keinen* | **Erledigt** |
| II. | Grundvermögen (Grund — Boden Gebäude) | *Rm 7.851.57 in der Slowkei!* | *Rm 7.851.57* | 19. Juli 1939 |
| III. | Betriebsvermögen | *Keines* | *Keines* | Gesperrt durch Vermögensverkehrsstelle |
| IV. | Sonstiges Vermögen (Bargeld, Guthaben Wertpapiere Geschäftsguthaben) (siehe Anmerkung) | *20.866.* | *Dm. 4.311.— t.K.6030.70* | |
| V. | Schulden und Lasten | *Keine* | *Keine* | |
| VI. | Gesperrtes Vermögen | Beschlagnahmt, von wem? *Bargeld + Wertpapiere etc durch den Dienststelle gesperrt.* | Wert in RM | Wo befinden sich die Werte? *Sicherungsbescheid, Verfügung darüber nur mit Genehmigung der Dienststelle* |

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht zu haben. Von der umseitigen Erläuterung bin ich nicht abgewichen.

Wien, am *Juni 1939*    *Elisabeth Sara Grünbaum*
Unterschrift.

# Erläuterung zur Ausfertigung des Vermögensbekenntnisses.

Der Meldende hat im Bekenntnis nur sein eigenes Vermögen anzugeben. Für Ehegatten (auch nicht jüdische) und jüdische Kinder ist eine besondere Meldung einzureichen. Vermögen, das aus einer Erbschaft, oder aus einem Vermächtnis zu erwarten ist, muß auch dann gewertet werden, wenn die Eigentumsübertragung noch nicht erfolgt ist.

Anzumelden ist das gesamte Vermögen:

    a) nach dem Stand vom 27. April 1938
    b) nach dem Stand am Tage der Einreichung.

Juden deutscher Staatsangehörigkeit und staatenlose Juden, haben ihr gesamtes in= und ausländisches Vermögen anzumelden.

Juden fremder Staatsangehörigkeit, haben ihr inländisches Vermögen anzugeben.

Gegenstände die ausschließlich zum persönlichen Gebrauch des Meldenden bestimmt sind, soweit es sich nicht um Schmuck=, Kunst= oder Luxusgegenstände handelt, sind nicht anzugeben.

Jeder Vermögensbestandteil ist mit dem gemeinen Wert, den er am 27. April 1938, bzw. am Tag der Einreichung hat, zu bewerten. In die einzelne Sparte ist nur die jeweilige Endziffer der Vermögensgruppe einzusetzen.

Zu I) Zum land= und forstwirtschaftlichen Vermögen gehört auch das Weinbauvermögen, das gärtnerische Vermögen und das der Fischzucht, Teichwirtschaft, Binnenfischerei usw. gewidmete Vermögen.

Zu II) Hierunter fallen alle Grundstücke.

Zu III) Hierunter fällt jeder gewerbliche Betrieb und das Vermögen, das der Ausübung eines freien Berufes dient.

Zu IV) Hierunter fallen alle Werte und Güter, die nicht unter den vorherigen Gruppen untergebracht wurden. Dazu gehören: Wertpapiere, Anteile, Kapitalsforderungen, Zahlungsmittel, Einlagen, Guthaben und noch nicht fällige Versicherungsansprüche (Rückkaufswert), Schmuck, Kunst= u. Luxusgegenstände, Urheberrechte, Patente, Erfindungen, Konzessionen u. a.

Nießbrauchrechte, Renten, Pensionen und Gehälter sind kapitalisiert anzugeben. Der Wert auf die Lebenszeit einer Person beschränkten Nutzung, bestimmt sich nach dem Alter. Als Wert wird angenommen bei einem Alter



|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  | bis zu | 15 | Jahren | das | 18 | fache, |
| von mehr als | 15 | „ | „ | 25 | „ | „ | 17 | „ |
| „ | „ | „ | 25 | „ | „ | 35 | „ | „ | 16 | „ |
| „ | „ | „ | 35 | „ | „ | 45 | „ | „ | 15 | „ |
| „ | „ | „ | 45 | „ | „ | 55 | „ | „ | 13 | „ |
| „ | „ | „ | 55 | „ | „ | 65 | „ | „ | 10 | „ |
| „ | „ | „ | 65 | „ | „ | 75 | „ | „ | 7 | „ |
| „ | „ | „ | 75 | „ | „ | 80 | „ | „ | 5 | „ |
| „ | „ | „ | 80 | Jahren | das |  | 3 | „ |

des Wertes der einjährigen Nutzung. Immerwährende Nutzungen sind mit dem Achtzehnfachen, Nutzungen und Gehälter von unbestimmter Dauer mit dem Neunfachen ihres Jahreswertes anzusetzen.

Zu V) Hier sind anzuführen, Hypotheken, Grund= und Darlehensschulden, der Kapitalswert von Alimentationen u. a. wiederkehrende Leistungen zu berechnen nach Punkt IV Absatz 2.

Zu VI) Hier ist der Wert der gesperrten Vermögensteile anzuführen. Anzuzeigen ist ferner, von wem Werte gesperrt wurden, und wo sich diese Werte befinden.

Im übrigen findet bei der Ausfertigung des Bekenntnisses die Anleitung die zur Ausfüllung des Vermögensverzeichnisses maßgebend war, sinngemäße Anwendung.

PAGE 4

V e r z e i c h n i s

über das Vermögen der Elisabeth Sara G r ü n b a u m, Wien 19.
Kaasgrabengasse 15 nach dem Stande vom 30. Juni 1939 unter Hin-
weis auf die Vermögensanmeldung vom 27.April 1938 und die an-
lässlich der ersten Einreichung in der Centralstelle für jüdi-
sche Auswanderung anfangs Februar 1939 erstattete Veränderungs-
anzeige.

1.)    Bargeld  ......................  RM 2644.-
2.)    Grundvermögen laut Anmeldung vom
       27.April 1938 ..................  "  7851.37
3.)    Versicherungspolizzen, siehe Anmer-
       kung,                                  ----
4.)    Pelze, Teppiche, etc.  ..........  "  1667.-
                            zus.   RM  12162.37.

Die zu 1.) und 3.) angegebenen Werte sind über Sicherungs-
anordnung der Devisenstelle Wien Nr 558/38/90 vom 3. August 1938
sichergestellt; es durfte und darf nur mit Bewilligung der Devi-
senstelle Wien verfügt werden.

Ende Mai 1938 hat mein Gatte Franz Friedrich Grünbaum
die in seiner Vermögensanmeldung verzeichneten Versicherungspo-
lizzen zum Rückkauf an mich zediert. Aus dem erhaltenen Rückkaufs-
wert habe ich die vorgeschriebene Reichsfluchtsteuer und die Ju-
denvermögensabgabe im Geamtbetrage von ....   RM 26.050.-
beglichen; weiters erhielt ich von der Devisenstelle Wien am 3.
August 1938 die Bewilligung zur Behebung von monatlich RM 600.-

Die in meiner eigenen Vermögensanmeldung angegebene
Versicherungs-Polizze Oewag ( Phönix 394.448 ) ist heute wert-
los, da ein Rückkaufsrecht nicht geltend gemacht werden kann.

Darüber hinaus habe ich Anwaltshonorare, Aerztekosten,
laufende Rechnungen für Anschaffungen und Vorbereitungskosten
für Auswanderung, Uebersiedlungskosten beim Spediteur im Gesamt-
betrage von ungefähr  RM 7000.- aufwenden müssen.

Endlich habe ich meinen Schmuck im Werte von RM 2700.-
Ende März 1939 vorschriftsmässig abgeliefert, bis heute aber kei-
nerlei Entgelt hiefür erhalten.

An Pachtzins für meinen Grundbesitz in Trnava,Slovakei,
wurde mir von der Tatra Bank Filiale Bratislava der Betrag von
sl.K 6030.70 gutgeschrieben, die ich der Reichsbankhauptstelle
Wien vorschriftsmässig angemeldet habe.



A n d i e

V e r m ö g e n s v e r k e h r s s t e l l e

<u>W i e n , I.</u>

Strauchgasse 1

Elisabeth  G r ü n b a u m

Wien, IV. Rechte Wienzeile 29

jetzt Wien 19. Hofzeile 27

im eigenen Namen und namens

ihres Mannes Franz Friedrich

G r ü n b a u m

betreffend Sühneabgabe.





Im Sinne der Kundmachung des Reichsstatthalters vom
21. November 1938 bezüglich Sühneleistung der Juden erstatte
ich folgendes Vermögensbekenntnis per 12. November 1938 be -
hufs Erstellung der uns gemeinsam treffenden Abgaben.

Ausgehend von unserem Vermögensbekenntnisse per 27.
April 1938 hat sich unser damals angegebenes Vermögen um Be-
träge verringert, welche im Sinne des § 5 über den Rahmen
einer angemessenen Lebensführung nicht herausgegangen sind.
Unser gemeinsames Vermögen beträgt abgerundet nach unten
RM 44.000.-

( siehe Beilage ) . Die uns treffende Abgabe per RM 8.800.-
beantragen wir in folgender Weise berichtigen zu können.

Da wir nicht über das nötige Bargeld verfügen, um am
15. Dezember 1938 RM 2.200 bezahlen zu können, beauftragen
wir gleichzeitig die Riunione Adriatica di Sicurta, Direk -
tion für Oesterreich, Wien I. Tegetthoffstrasse 7, unwider -
ruflich von dem Rückkaufswerte unserer Lebensversicherungs -
Polizze Nr. 3,058.743/A per ca. 4200 Dollar den Betrag
von RM 8.800 bei Eintritt der Fälligkeit des Rückkaufswertes
d. i. bis ca. 6. Jänner 1939 an das Finanzamt für den IV. Be-
zirk Wien unter Konto Nr. 470.017 zu überweisen.

Beweis dessen angeschlossene Abschrift unseres Schreibens
an die Riunione Adriatica di Sicurta, Direktion für Oesterreich,
I. Tegetthoffstrasse 7.

*Elisabeth Grünbaum*

Wien, am     Dezember 1938

An die

Riunione Adriatica di Sicurta

Direktion für Oesterreich

Wien, I.

Tegetthoffstrasse 7

Laut mir vorliegender Bestätigung haben Sie unsere
Original-Polizze Nr. 3,058.743/A zum Zwecke des Rückkaufes
heute übernommen.

Ich beauftrage Sie unwiderruflich von dem Rückkaufswerte
sofort nach Fälligkeit desselben d. i. am 8. Janner 1939
an das Finanzamt für den IV. Bezirk Wien zu Konto Nr.470.017
( Franz Friedrich Grünbaum ) den Betrag von 8.800RM
zum Zwecke der Bezahlung unserer Sühneabgabe zu überweisen.

Ich bitte um Bestätigung des Auftrages sowohl an meine
Adresse, als an das Finanzamt für den IV. Bezirk Wien, IV.
Kriehubergasse 26.




PAGE 9

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 50 of 181

PAGE 10

Wien, 15. Juli 1938.

Nachtrag

An die

Vermögenverkehrsstelle

Wien I

Strauchgasse 1

Ich erstatte zu meinem Verzeichnis über das Vermögen von Juden die nachfolgende

Veränderungsanzeige.

Ende Mai 1938 zedierte mir mein Gatte Franz Friedrich Grünbaum die nachstehenden Polizzen der Riunione Adriatica laut deren Zuschrift an mich vom 8.7.1938 worin die Bewertung angegeben ist (Stichtag 27.4.1938.)

Polizzennummer 358.742/743/a
358.252/253/a

Jede dieser Polizzen hat einen Rückkaufswert von Dollar 4312.20, zusammen Dollar 17250.- à RM 2489 = RM 42.935.25. Dasselbe geschah mit der Polizze der Viktoria T 1285140, die am 27.IV. einen Rückkaufswert habe von Dollar 933.20 - RM 2322.73

+ Ve        Elisabeth Grünbaum

Wien IV. Rechte Wienzeile 29.

**Vermögensverkehrsstelle** im Ministerium für Wirtschaft und Arbeit

Wien, I., Strauchgasse 1

Fernruf: U 22-5-95
A 12-5-80
R 50-5-70
A 18-5-30

**Finanzamt Wieden-Margareten**
Wien, V., Kriehubergasse 24-26

34662

Grünbaum Elisabeth

Betrifft: III Jd. 29/38 g.

14. DEZ. 1938

Archiv der Republik

Auf Grund des § 7 der Verordnung über die Anmeldung des Vermögens von Juden vom 26. 4. 38 (Reichsgesetzbl. I S. 414) fordere ich Sie mit Ermächtigung des Herrn Beauftragten für den Vierjahresplan auf, Ihre bei der Vermögensanmeldung auf

III.

II.

I.

| Nummer | 1 | 2 | 3 |
|---|---|---|---|
| 34662 | Beruf | Wohnsitz | Alter | Staat |

| | | | |
|---|---|---|---|
| 2 | Lage | I | |
| | Fläche | E 5 | |
| 1 | Wert | | |
| 2 | Lage | II | |
| 6 | Wert | | |
| 2 | Lage | IIIa | |
| 4 | Art | | |
| | Wert | | |
| 4 | Art | IIIb | |
| 2 | Lage | | |
| | Wert | | |
| 2 | Lage | IIIc | |
| | Wert | | |
| | Wert | IV | |
| | Wert | V | |
| | L. | | |
| | P. | | |

| | |
|---|---|
| a | |
| b | |
| c | 33 |
| d | |
| e | 5 |
| f₁ | |
| f₂ | |
| g | |
| h | |
| i | |
| Va | |
| Vb | |
| L. | |
| P. | |

| Art | Wert |
|---|---|
| Art | Wert |
| Art | Wert |
| Art | Wert |
| Art | Wert |
| Art | Wert |
| Art | Wert |
| L. | P. |



54662

Beilage zum Verzeichnis über das Vermögen von Juden der Elisabeth

Grünbaum, Wien IV., Rechte Wienzeile 29.

---------------------------------------------------------------

Ad 1./ Land-und forstwirtschaftliches Vermögen.

        Ich erbte landwirtschaftliche Grundstücke und werden diese be-
wertet laut Verlassenschaftsinventar Z 13683/1935,9/VII, der Finanzlan-
desdirektion in Bratislava,wie folgt:

A/ Ich bin Eigentümerin zu 1/1o der EZ 182o aus dem Grundbuch des Katasters
Trnava(Tschechoslowakei).Der gemeinsame Besitz besteh aus:
Parzellenzahl 162o mit Katastralausmass v.7 Kat.Joch,1o26 Klafter

        1891/2,Ha 1, A 37, m² 1o
        1891/1,Ha 2, A 62. m² 41
        1891/19       m² 4
        1618               16 "  "  196 "

B/       Ferner bin ich Alleineigentümerin der EZ 3o97 aus dem Grundbuch
des Katasters Trnava und zwar:
Parzellenzahl 16454 mit Katastralausmass    7A 96. K o7
        1658,                3.Kat.Joch, 289 Klafter
        189o,                7. "  "  556 "
        189o/2              3 "  " 1o78 "

        Mein 1/1o ideeller Anteil an A/ und mein Alleinanteil aus B./
betragen insgesamt ca 18 3/4 Kat.Joch a KC 475o = Kc  89o62.5o
        Ferner bin ich Eigentümerin zu 1/2o des Mayerhofes
bestehend aus EZ 842,44 und 45 des obigen Grundbuches
und wird dieser Anteil bewertet mit        KC  16oo.--
             zusammen sohin      Kc  9o662.5o

        Dies entspricht bei einem Kurswert von RM 8.66 für KC 1oo.-- einem
Betrag von                              RM 7851.37

Ad.IV.c. Detaillierung:

Einlagebuch 8o35 Creditanstalt Wienzeile          RM 1376.--
Dtto       3252    "   Kärntnerstrasse                    1300.--
Kontoguthaben Tatrabank Bratislava:
Eigenes Konto                       KC 2258.75
Anteil am gemeinsamen Konto               684.--
Ordnungsgemäss angemeldet am 14.4.38:      "  2942.75
a RM 8.66                                 342.--
Bargeld ca                               3oo.--
                                     RM 3318.--

Ad IV g.Detaillierung:
Silber 17 Kg. a RM 4o.--                    RM 68o.--
Schmuck                                  "  27oo.--
Goldgegenstände                      "  15o.--
Teppiche etc                       "  6o7.--
Pelze                                "  23o.--
                      Summa          "  4367.--



**"Gildemeester"**
**Auswanderungs-Hilfsaktion**
Wien, IV. Prinz Eugenstraße 22

34662

Kontrolliert
27. Jan. 1939

## Vermögensbekenntnis.

Diese Erklärung ist für jene Personen abzugeben (bei Minderjährigen die Eltern, oder deren Bevollmächtigte) die in den Personenkreis fallen, der durch die Kundmachung 102 vom 26. April 1938, betreffs der Anmeldung des jüdischen Vermögens erfaßt wurde. Bei der Ausfertigung des Bekenntnisses hat sich der Meldende genau an die umseitige Erläuterung zu halten. Zum Unterschied von der Vermögensanmeldung, sind hier in den einzelnen Rubriken, **nur die Endziffern** des jeweiligen Vermögensbestandteils einzusetzen.

Zu- und Vorname: _Grünbaum Elisabeth_    geb. _Herzl 28. IV. 1878_

derzeitige Anschrift: _XIV. Hofzeile 24._

| | | Vom Einreicher auszufüllen | | Raum für Bemerkungen der Dienststelle |
|---|---|---|---|---|
| | | Stand v. 27. April d.J. | Stand von heute | |
| | | Wert in RM | Wert in RM | |
| I. | Land- und Forstwirtschaftlicher Besitz | keinen | keinen | Dr. Plg. |
| II. | Grundvermögen (Grund — Boden Gebäude) | Mk 7851.37 | Mk 7851.37 | |
| III. | Betriebsvermögen | keines | keines | |
| IV. | Sonstiges Vermögen (Bargeld, Guthaben Wertpapiere- Geschäftsguthaben) (siehe Anmerkung) | Mk 13,315.— | Mk 11,227.— Kč 600.— b.d. Tatrabank, Bratislava, d. Reichsbank angemeldet | |
| V. | Schulden und Lasten | keine | drt. keine siehe Beilage | |
| | | Beschlagnahmt, von wem? | Wert in RM | Wo befinden sich die Werte? |
| VI. | Gesperrtes Vermögen | die zu IV. angegebenen Werte sichergestellt | | v. d. Devisenstelle |

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht zu haben. Von der umseitigen Erläuterung bin ich nicht abgewichen.

Wien, am _27 Jan. 1939_

_Elisabeth Grünbaum_
Unterschrift.

Form. 96. 20.000. 12. 38. U.

PAGE 15

Kontrolliert

27. Jan. 1939

## Vermögensbekenntnis.

Diese Erklärung ist für jene Personen abzugeben (bei Minderjährigen die Eltern, oder deren Bevollmächtigte) die in den Personenkreis fallen, der durch die Kundmachung 102 vom 26. April 1938, betreffs der Anmeldung des jüdischen Vermögens erfaßt wurde. Bei der Ausfertigung des Bekenntnisses hat sich der Meldende genau an die unseitige Erläuterung zu halten. Zum Unterschied von der Vermögensanmeldung, sind hier in den einzelnen Rubriken **nur die Endziffern** des jeweiligen Vermögensbestandteils einzusetzen.

Zu= und Vorname: *Grünbaum Franz Friedr.*   geb. *7. 4. 1880*

derzeitige Anschrift: *Konzentrationslager Buchenwald, Block 17*

| | | Vom Einreicher auszufüllen | | Raum für Bemerkungen der Dienststelle |
|---|---|---|---|---|
| | | Stand v. 27. April d.J. | Stand von heute | |
| | | Wert in RM | Wert in RM | |
| I. | Land= und Forstwirtschaftlicher Besitz | *keines* | *keines* | *+ s. Rbg* |
| II. | Grundvermögen (Grund — Boden Gebäude) | *keinen* | *keinen* | |
| III. | Betriebsvermögen | *keines* | *keines* | |
| IV. | Sonstiges Vermögen (Bargeld, Guthaben Wertpapiere Geschäftsguthaben) *(siehe Anmerkung)* | *RM 53,545.17* | *RM 11.273.-* | |
| V. | Schulden und Lasten | *keine* | *keine* | |
| VI. | Gesperrtes Vermögen | Beschlagnahmt, von wem? *Devisenstelle gemäss Sicherungsanordnung* | Wert in RM | Wo befinden sich die Werte? |
| | | *Dev.Si. 858/38/30 v. 15. Juli 1938.* | | |

Vermögens-Anmeldung

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht zu haben. Von der unseitigen Erläuterung bin ich nicht abgewichen.

Wien, am _____ **27. Jan. 1939**

*Franz Friedr. Grünbaum*
Unterschrift.

*I. V. Elisabeth Grünbaum*

Form. 96. 20.000. 12. 38. 11.

18

HILFSBÜRO
**GILDEMEESTER**
Auswanderungshilfsaktion

# Erläuterung zur Ausfertigung des Vermögensbekenntnisses.

Der Meldende hat im Bekenntnis nur sein eigenes Vermögen anzugeben. Für Ehegatten (auch nicht jüdische) und jüdische Kinder ist eine besondere Meldung einzureichen. Vermögen, das aus einer Erbschaft, oder aus einem Vermächtnis zu erwarten ist, muß auch dann gewertet werden, wenn die Eigentumsübertragung noch nicht erfolgt ist.

Anzumelden ist das gesamte Vermögen:

      a) nach dem Stand vom 27. April 1938
      b) nach dem Stand am Tage der Einreichung.

Juden deutscher Staatsangehörigkeit und staatenlose Juden, haben ihr gesamtes in- und ausländisches Vermögen anzumelden.

Juden fremder Staatsangehörigkeit, haben ihr inländisches Vermögen anzumelden.

Gegenstände die ausschließlich zum persönlichen Gebrauch des Meldenden bestimmt sind, soweit es sich nicht um Schmuck-, Kunst- oder Luxusgegenstände handelt, sind nicht anzugeben.

Jeder Vermögensbestandteil ist mit dem gemeinen Wert, den er am 27. April 1938, bzw. am Tag der Einreichung hat, zu bewerten. In die einzelne Sparte ist nur die jeweilige Endziffer der Vermögensgruppe einzusetzen.

Zu I) Zum land- und forstwirtschaftlichen Vermögen gehört auch das Weinbauvermögen, das gärtnerische Vermögen und das der Fischzucht, Teichwirtschaft, Binnenfischerei usw. gewidmete Vermögen.

Zu II) Hierunter fallen alle Grundstücke.

Zu III) Hierunter fällt jeder gewerbliche Betrieb und das Vermögen, das der Ausübung eines freien Berufes dient.

Zu IV) Hierunter fallen alle Werte und Güter, die nicht unter den vorherigen Gruppen untergebracht wurden. Dazu gehören: Wertpapiere, Anteile, Kapitalsforderungen, Zahlungsmittel, Einlagen, Guthaben und noch nicht fällige Versicherungsansprüche (Rückkaufswert), Schmuck, Kunst- u. Luxusgegenstände, Urheberrechte, Patente, Erfindungen, Konzessionen u. a.

Nießbrauchrechte, Renten, Pensionen und Gehälter sind kapitalisiert anzugeben. Der Wert auf die Lebenszeit einer Person beschränkten Nutzung, bestimmt sich nach dem Alter. Als Wert wird angenommen bei einem Alter

|  |  |  |  | bis zu 15 Jahren das 18 fache, |
|---|---|---|---|---|
| von mehr als | 15 | „ „ | 25 | „ „ 17 „ |
| „ „ | „ | 25 | „ „ 35 | „ „ 16 „ |
| „ „ | „ | 35 | „ „ 45 | „ „ 15 „ |
| „ „ | „ | 45 | „ „ 55 | „ „ 13 „ |
| „ „ | „ | 55 | „ „ 65 | „ „ 10 „ |
| „ „ | „ | 65 | „ „ 75 | „ „ 7 „ |
| „ „ | „ | 75 | „ „ 80 | „ „ 5 „ |
| „ „ | „ | 80 Jahren das | | 3 |

des Wertes der einjährigen Nutzung. Immerwährende Nutzungen sind mit dem Achtzehnfachen, Nutzungen und Gehälter von unbestimmter Dauer mit dem Neunfachen ihres Jahreswertes anzusetzen.

Zu V) Hier sind anzuführen, Hypotheken, Grund- und Darlehensschulden, der Kapitalswert von Alimentationen u. ä. wiederkehrende Leistungen zu berechnen nach Punkt IV Absatz 2.

Zu VI) Hier ist der Wert der gesperrten Vermögensteile anzuführen. Anzuzeigen ist ferner, von wem Werte gesperrt wurden, und wo sich diese Werte befinden.

Im übrigen findet bei der Ausfertigung des Bekenntnisses die Anleitung die zur Ausfüllung des Vermögensverzeichnisses maßgebend war, sinngemäße Anwendung.

VERZEICHNIS ÜBER DAS VERMÖGEN

das

Franz Friedrich G r ü n b a u m, dzt. Konzentrationslager
Buchenwald b. Weimar,

nach dem Stande vom 25. Januar 1939 :

| | |
|---|---|
| I. Bargeld | RM. 3.725.-- |
| II. Bankguthaben, Creditanstalt, Wiener Bankverein VI. Linke Wienzeile | " 254.-- |
| III. Wertpapiere: 7 Stück österr. Baulose | 33.-- |
| IV. Bilder und Graphik | " 5.791.-- |
| V. Schmuck | 750.-- |
| VI. Bücher | 720.-- |
| Gesamtsumme | Rm.11.273.-- |

Die Differenz zwischen obiger Summe und der der Vermögens-
anmeldung nach dem Stande vom 27. April 1938 erscheint ge-
rechtfertigt durch die Bezahlung der Reichsfluchtsteuer in
der Höhe von                          Rm. 17.250.--,
sowie der Judenvermögensabgabe von      " 8.800.--,
für mich und meine Gattin Elisabeth Grünbaum. Außerdem habe
ich die in der Vermögensanmeldung angeführten zwei Ver-
sicherungspolizzen der Riunione Adriatica und der Victoria
an meine Gattin zediert habe, was der Vermögensverkehrsstel-
le am 15 Juli 1938 angezeigt worden ist.-
Die zu I. bis III. angegebenen Werte sind gemäß Sicherungs-
anordnung der Devisenstelle Wien 858/38-90 vom 3. August 1938
sichergestellt; es darf über diese Werte nur mit Bewilligung
der Devisenstelle verfügt werden.-

— 2 —

## III. Betriebsvermögen (vgl. Anleitung Ziff. 11 und 12):

### a) Wenn Sie am 27. April 1938 Inhaber eines Gewerbebetriebs waren (vgl. Anleitung Ziff. 11):

| Bezeichnung des Betriebs (Firma), Ort der Geschäftsleitung und Art des Betriebs (z. B. Maschinenfabrik, Lebensmittelhandlung, Gastwirtschaft, Tischlerei) | Gesamtwert des Betriebs nach Abzug der Betriebsschulden RM | Wenn der Betrieb noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¹/₄) |
|---|---|---|
| 1 | 2 | 3 |
| | | |
| | | |

*Außer den Angaben in den Spalten 1 bis 3 ist die Berechnung des „Gesamtwerts des Betriebs" in einer Anlage im einzelnen zu erläutern.*

### b) Wenn Sie am 27. April 1938 an offenen Handelsgesellschaften, Kommanditgesellschaften oder ähnlichen Gesellschaften beteiligt waren:

α) Um welche Gesellschaften handelt es sich? (Bezeichnung des Betriebs, Firma, Ort der Geschäftsleitung) ...............

β) Wie hoch war Ihr Anteil? .................... Wie hoch war der Wert Ihres Anteils? ......................... RM

### c) Wenn Sie am 27. April 1938 Vermögen besaßen, das der Ausübung eines freien Berufs diente (vgl. Anleitung Ziff. 12):

α) Art des freien Berufs? .......................... (z. B. Augenarzt, Rechtsanwalt, Architekt, Kunstmaler)

β) Wo wurde der Beruf ausgeübt? ................... (Gemeinde, Straße, Hausnummer)

γ) Welchen Wert hatte das dem freien Beruf gewidmete Reinvermögen am 27. April 1938? . ................ RM

*(Eine Aufstellung dieses Vermögens, aufgegliedert insbesondere nach Inventar (z. B. Instrumente, Bibliothek) und Außenständen, ist beizufügen. Wenn Sie den freien Beruf zusammen mit anderen Personen ausübten, ist in der Aufstellung das gemeinschaftliche Vermögen aufzuführen und der Wert Ihres Anteils hieran anzugeben.)*

## IV. Sonstiges Vermögen, insbesondere Kapitalvermögen (vgl. Anleitung Ziff. 13 bis 21):

Welchen Wert hatte das Ihnen am 27. April 1938 gehörige sonstige Vermögen (ohne Abzug von Schulden), u. zw.:

a) festverzinsliche Wertpapiere einschl. Schuldbuchforderungen und Sachwertanleihen (z. B. Anleihen oder Schuldverschreibungen von Staaten und Gemeinden, Obligationen von Industriegesellschaften, Pfandbriefe, Steuergutscheine usw.),

Wertpapiere mit Dividendenertrag (z. B. Aktien, Kuxe und Genußscheine, Reichsbankanteilscheine, Reichsbahnvorzugsaktien),

Geschäftsanteile an inländischen und ausländischen Unternehmen? (z. B. Anteile an Gesellschaften mit beschränkter Haftung. — Name der Gesellschaft, Ort der Geschäftsleitung ist anzugeben) — vgl. Anleitung Ziff. 14 —

| Bezeichnung des Wertpapiers usw. (Wird ein Bankauszug beigefügt, aus dem sich die Angaben zu den Sp. 1 bis 5 vollständig ergeben, so genügt die Ausfüllung der Sp. 5 unter Hinweis auf den Bankauszug) | Zins-(satz ¹) | Nennbetrag des gesamten Besitzes an dem in Sp. 1 bezeichneten Wertpapier usw. | Kurswert gemeiner (Verkaufs-) Wert in Prozenten oder für 1 Stück o. dgl | Wert für den in Sp. 3 angegebenen Nennbetrag RM | Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

¹) Nur bei festverzinslichen Werten anzugeben, nicht z. B. bei Aktien, Kuxen, Anteilen an Gesellschaften mit beschränkter Haftung.

— 3 —

b) Verzinsliche und unverzinsliche Kapitalforderungen jeder Art an Inländer oder Ausländer? (z. B. Hypotheken, Grundschuldforderungen, Darlehen, Einlagen als stiller Gesellschafter, solche Ansprüche auf Gehälter, Löhne, Zinsen und ähnliche Beträge, die am 27. April 1938 bereits fällig, jedoch noch nicht ausgezahlt waren, Tilgungsfonds, die zugunsten des Steuerpflichtigen angesammelt sind u. dgl.) — vgl. Anleitung Ziff. 15 —

*(Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben sind nicht hier, sondern nachstehend zu c anzugeben.)*

| Art der Forderung (z. B. Hypothek, Darlehen) | Name und Anschrift des Schuldners | Nennbetrag der Forderung | Zinssatz ¹) | Vertragliche Laufzeit bis²) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

c) Zahlungsmittel, Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben? (vgl. Anleitung Ziff. 16) .lt. Beilage. .................... 3.318.— RM

*Die Beträge in ausländischer Währung und die angewandten Umrechnungssätze sind im einzelnen ggf. auf einer Anlage, anzugeben.*

d) Geschäftsguthaben bei Erwerbs= und Wirtschaftsgenossenschaften? (vgl. Anleitung Ziff. 17) ..... ............... RM

Name der Genossenschaft, Ort der Geschäftsleitung: ..................................

e) Noch nicht fällige Ansprüche aus Lebens=, Kapital= oder Rentenversicherungen, zu berechnen mit ²/₃ der eingezahlten Prämien oder Kapitalbeträge oder mit dem Rückkaufswert? (vgl. Anleitung Ziff. 18) ............ RM

Name der Versicherungsgesellschaft: Ass. Generali und Phönix    30.—

Nr. des Versicherungsscheins : 601.622    394.448    5.600.——

f) Altenteilsrechte, Nießbrauchsrechte und sonstige Rentenrechte? (vgl. Anleitung Ziff. 19): Welchen Wert

hatte die einjährige Nutzung? .................... RM. Seit wann stehen Ihnen die Nutzungen zu?

Seit .................... 19........ Bis wann stehen Ihnen die Nutzungen zu? Bis .................... 19........
(Falls das Recht mit dem Ableben einer Person erlischt, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.)

Welchen Kapitalwert hatte das Recht? .................................... RM

g) Gegenstände aus edlem Metall, Schmuck= und Luxusgegenstände, Kunstgegenstände und Sammlungen? (vgl. Anleitung Ziff. 20) .................................... 4.367.— RM

h) Edelmetalle, Edelsteine und Perlen? .................................... RM

i) Anderes nicht unter a bis h fallendes „sonstiges Vermögen?" (vgl. Anleitung Ziff. 21) .................... RM
(z. B. Urheberrechte, geschützte und nicht geschützte Erfindungen, solche Gewerbeberechtigungen, die nicht vom Berechtigten selbst ausgeübt werden.)

Art der Gegenstände und Errechnung ihres Werts sind hier anzugeben. ..................................

..................................

..................................

..................................

..................................

1) Einschließlich eines vereinbarten Verwaltungskostenbeitrags — ²) Bei Festzeithypotheken ist der Zeitpunkt anzugeben, von dem die Rückzahlung frühestens verlangt werden kann, bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.

PAGE 23

23

— 4 —

## V. Abzüge, soweit sie nicht das Betriebsvermögen (oben Abschnitt III) betreffen

(Schulden und Lasten dürfen nur insoweit abgezogen werden, als sie bei Beginn des 27. April 1938 bereits bestanden.
Sie sind nachstehend im einzelnen aufzuführen.)

a) Schulden (vgl. Anleitung Ziff. 22):

| Art der Schuld (z. B. Hypotheken-, Darlehensschuld) | Name und Anschrift des Gläubigers | Nennbetrag der Schuld | Zins= (satz¹) | Vertragliche Laufzeit bis³) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

b) Altenteilslasten, Nießbrauchslasten und sonstige Rentenlasten (vgl. Anleitung Ziff. 23):    Welchen Wert hat die einjährige

Leistung? .................... RM.    Seit wann sind die Leistungen zu entrichten? Seit ............................ 19........

Bis wann sind die Leistungen zu entrichten? (Falls die Leistungen bis zum Ableben einer Person zu entrichten sind, sind auch Tag.

Monat und Jahr der Geburt dieser Person anzugeben.) Bis ......................... 19.......: Welchen Kapitalwert hatte die

Last? .................... RM.

## VI. Bemerkungen:

....................................................................................................

....................................................................................................

....................................................................................................

....................................................................................................

....................................................................................................

....................................................................................................

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht, insbesondere mein Vermögen in diesem Vermögensverzeichnis vollständig angegeben zu haben. Soweit Werte in diesem Vermögensverzeichnis angegeben sind, bin ich von der Anleitung, die dem Vordruck zu diesem Vermögensverzeichnis beigelegen hat, nicht abgewichen.

........................................, ............... 1938

..................................................................................................
(Unterschrift des Anmeldepflichtigen oder der an seiner Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)

## Vermögensverzeichnisse ohne Unterschrift gelten als nicht abgegeben

¹) Einschließlich eines etwa vereinbarten Verwaltungskostenbeitrags. — ³) Bei Festzeithypotheken ist der Zeitpunkt einzusehen, an dem die Rückzahlung frühestens verlangt werden kann, bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.



## QUICK TRANSLATION

INHABER/PROPRIETOR: JEFFREY WALDOCK
TOMASCHEKSTRASSE 30, A-1210 VIENNA, AUSTRIA
TEL: +43-1-2724592-6
FAX: +43-1-2724592-5
MOBILE: +43-664-3030609
E-MAIL: OFFICE@ QUICKTRANSLATION.COM
INTERNET: WWW.QUICKTRANSLATION.COM

## CERTIFICATION

This is to certify that the attached translation from German into English was supplied by a licensed translation agency (license number: 3294/f/21/neu, MBA 21-G-F 2363/96).

Vienna, 15 February 2016

Jeffrey J. Waldock

BANKVERBINDUNG: BAWAG BLZ 14000 KTO 05710768023
SEITE 1

<u>Before completing the list of assets, read the attached instructions carefully!</u>

**Please note:**

1. **Who must submit the list of assets?** Each individual subject to registration, i.e. each spouse and each child individually. For each minor child, the list of assets must be submitted by the holder of parental authority or the legal guardian.

2. **Until which date must the list of assets be submitted?** Until 30 June 1938. Whoever is subject to registration and assessment but does not, or not in good time, meet the duty of registration and assessment, is subject to severe punishment (fine, prison, penitentiary, confiscation of assets).

3. **How must the list of assets be completed?** All questions must be answered. Delete if not applicable.
If the space provided for completing the list of assets is insufficient, the required details must be added in an enclosure.

4. If in doubt of whether to insert these or other figures in the list of assets, the assets must be inserted

34662

### LIST OF JEWISH ASSETS
as at 27 April 1938

of ……….………Grünbaum Elisabeth……………..……., …independent ………………………………….....
        (first and last name)                                                    (occupation or trade)

residing at ……Wien IV., Rechte Wienzeile……., ………………      ………..street,square, no. …29………….
        (Residence or habitual abode)

### Personal details

I was born on ….29 April 1898…..

I am Jewish (§ 5 of Erste Verordnung/First Decree on the Reichsbürgergesetz/Reich Citizenship Act) of 14 November 1935, German Reich Law Gazette I, p. 1333)
and - of German[1]— …………………………….…— citizenship[1]— stateless[1]
As I am — Jewish of German citizenship[1] — ~~stateless Jew~~ — I have listed and assessed in the below list of assets my entire domestic and foreign assets[1].

I am married to ………Franz Friedrich Grünbaum…………… born on……………………………....................
                                                        (wife's maiden name)

My husband's race is — Jewish[1] — ~~non Jewish~~ and he belongs to the ……Mosaic ……..religious community.

### Details on the Assets

**I. Agricultural and forestry assets** (see Instruction no.9),
If, on 27 April 1938, you owned agricultural and forestry assets (leased landed property and the like must be listed only if you owned the inventory serving its management):

| Location of owned or leased holding and its size in hectares? (community—,rural district— and number of house) | Type of owned or leased holding? (e.g. agricultural, forestry, horticultural, vinicultural, fishery holding or enterprise) | Are you the owner or lessee of this holding? | Value of holding RM | For owned holdings: If owned also by others: What was your share ? (e.g. 1/4) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| See Enclosure | | | 7,851.37 ~~649.91~~ | |

**II. Real estate (land, buildings)** (see Instruction no.10)
If, on 27 April 1938, you owned real estate (pieces of land not belonging to the assets as set forth in I. above and III. below):

| Location of the piece of land ? (municipality, street and building number, for building plots also designation in Land Register and cadastre] | Type of piece of land? (e.g. single-family home, rental apartment land, construction plot) | Value of piece of land *RM* | If the land was owned also by others What was your share ? (e.g. 1/4) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| | | | |
| | | | |
| | | | |

[1]) Delete if not applicable.

**List of assets** (Decree of 26 April 38)



PAGE 26

—2—

**III. Business assets** (see Instructions no.11 and 12)

a) If, on 27 April 1938, you owned a business enterprise (see Instruction no.11 ):

| Name of enterprise (company), place of management and type of business (e.g. machinery factory, food store, inn, joinery) | Total value of business after deduction of debts *RM* | If the business was owned also by others: What was your share ? (e.g. 1/4) |
|---|---|---|
| 1 | 2 | 3 |
| | | |
| | | |

*Except for the data entered in columns 1 to 3, specify in detail how the "total value of the business" was calculated in an attachment*

b) If, on 27 April 1938, you held a share in **a partnership, limited partnership or similar company**:

α)What companies were they ? (Name of business, company, place of management)……………………………

………………………………………………………………………………………...............

ß) What was your share? …………. What was the value of your share?.........................……RM

c) If, on 27 April 1938, you owned assets serving to exercise a freelance profession (see Instruction no. 12)

α ) Type of freelance profession ?....………………………………………………….……………..

(e.g. eye doctor, lawyer, architect, painter)

ß) Where was the freelance profession practised?    ...............................................................

(municipality, street, number of building)

y) What was the value of the net assets dedicated to the freelance profession on 27 April 1938? …...RM

[Attach a list of such assets, broken down specifically by inventory (e.g. instruments, library) and receivables. If you practised the freelance profession together with other individuals, attach a list of the joint assets and indicate the value of your share in them.]

**IV. Other assets, in particular capital assets** (see Instructions no. 13 to 21):

What was the value of other assets you owned on 27 April 1938 (other assets (without deduction of debt), namely,

a) Fixed-interest securities including debt register claims and tangible asset bonds (e.g. bonds or debentures of governments and municipalities, industrial company bonds, mortgage bonds, tax credits etc.),

Securities with dividend yield (e.g. stocks, participation certificates, Reichsbank share certificates, Reichsbahn preferred shares);

Business shares in domestic and foreign companies? (e.g. shares in limited liability companies. - Indicate name of company, place of management)

⸺ (see Instruction no. 14) ⸺

| Name of security etc. (if a bank statement is attached which fully shows the details on columns 1 to 5, completion of column 5 is enough, referring to the bank statement) | Interest rate [1] | Nominal value of all holdings in the security etc. indicated in column 1 etc.. | Market value, fair market (sales) value ....................... In percentage or for one share or the like | Value of nominal amount specified in column 3 *R.M* | Notes |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| Stamp (Archives of the Republic) | | | | | - - |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1) to be indicated only for fixed-interest amount, not for stocks, mine share certificates, shares in limited-liability companies

<span style="color:red">PAGE 27</span>

# Declaration of assets.

This declaration shall be submitted by persons (in case of minors their parents or authorised representatives) who come under the circle of persons covered by Announcement 102 of 26 April 1938 regarding registration of Jewish assets. When completing this declaration, the reporter shall strictly comply with the (overleaf) instructions. In contrast to the registration of assets, **only the last digits** of the respective assets components shall be inserted in the individual sections.

First and last name: ………………Elisabeth Sara Grünbaum, born on 28 April 1898…………………………..

Current address:………………… Vienna XIX; Kaasgraben 15………………………………………………....

| | | To be completed by submitter | | Space for notes of the Dienststelle office |
|---|---|---|---|---|
| | | As at 27April 1938 | As at today | |
| I. | Agricultural and forestry assets | Value in RM | Value in RM | *Stamp: Settled* |
| | | **None** | **None** | |
| II. | Real estate (land—buildings) | **RM 7,581,57 In Slovakia!** | **RM 7,851,57** | |
| III. | Business assets | **None** | **None** | |
| IV. | Other assets (cash, deposits, securities, credit balances (see note) | **20,866.** | **RM 4,311.- Sl. K. 6030,70** | |
| V. | Debts and liabilities | **None** | **None** | *Stamp: Blocked by declaration of assets* |
| VI. | Frozen assets | Confiscated, by whom? | Value in RM | Where are the assets located ? |
| | | **Cash + securities blocked by confiscation decree of foreign exchange board, disposition only upon approval by foreign exchange board.** | | |

I assure to have made the above statements to the best of my knowledge. I have not deviated from the overleaf explanation.

Vienna, on… June 1939…………

*Elisabeth Sara Grünbaum*
Unterschrift.

Signature

## Explanation on how to complete the declaration of assets.

The reporter shall indicate only his own assets in the declaration. Separate registration shall be submitted for spouses (also non-Jewish) and Jewish children. Assets to be expected from an inheritance or a legacy shall be assessed even if the transfer of property has not yet occurred.

All assets shall be reported as follows:
- a)  as on 27 April 1938
- b)  as on the day of submission.

Jews of German citizenship and stateless Jews shall report their entire domestic and foreign assets.
Jew of foreign citizenship shall report their domestic assets.

Objects exclusively dedicated to the personal use of the reporter shall not be declared, unless they are items of jewellery, art or luxury.

Each component of the assets shall be assessed at the market value on 27 April 1938 and on the date of submission, respectively. Only the respective last digit of the group of assets shall be inserted in the individual column.

Ad I)  Agricultural and forestry assets also include vinicultural assets, horticultural assets and assets devoted to fish farming, aquaculture, inland fishing etc.

Ad II)  This comprises all pieces of land.

Ad III)  This comprises all commercial businesses and the assets serving the practise of a freelance occupation.
Ad IV)  This comprises all values and goods not covered by the aforementioned groups, including: Securities, shares, capital claims, means of payment, deposits, balances, and insurance claims not fallen due yet (repurchase value), jewellery, art and luxury items, copyrights, patents, inventions, concessions etc.
Rights of usufruct, annuities, pensions, and salaries shall be indicated in capitalised form. The value of usage limited to a person's lifetime shall be determined by age. The value assumed for an age of



|  |  | Up to | 15 | y e a r s | 18 | Times the value |  |  |
|---|---|---|---|---|---|---|---|---|
| Over | 15 | // // | 25 | // | 17 | // | // | // |
| // | 25 | // // | 35 | // | 16 | // | // | // |
| // | 35 | // // | 45 | // | 15 | // | // | // |
| // | 45 | // // | 55 | // | 13 | // | // | // |
| // | 55 | // // | 65 | // | 10 | // | // | // |
| // | 65 | // // | 75 | // | 7 | // | // | // |
| // | 75 | // // | 80 | // | 5 | // | // | // |
| // | 80 | years |  |  | 3 | // | // | // |

of the value for one year of usage. Perpetual usages shall be stated by 18 times the value, usages and salaries of indefinite duration by nine times the value of their annual value.

Ad V)  To be declared: mortgages, land and loan debts, the capital value of alimonies and other recurring payments to be calculated pursuant to Article IV (2).

Ad VI)  The value of the frozen asset shares shall be declared here. Further, it shall be stated who has frozen the assets and where those assets are located.

Incidentally, the instructions relevant to the completion of the list of assets shall apply to the completion of the declaration by analogy.

# L i s t

of assets of Elisabeth Sara Grünbaum, Vienna 19. Kaasgrabengasse 15, as at 30 June 1939

with reference to the registration of assets of 27April 1938 and the notification of change

submitted on the occasion of the first application to the Central Office for Jewish Emigration

(Centralstelle für Jüdische Auswanderung) early in February 1939.

| | | | | |
|---|---|---|---|---|
| 1) | Cash.............................................................. | | RM | 2644.- |
| 2 ) | Real estate assets according to registration of | | | |
| | 27April 1938 .................................................... | | " | 7851,37 |
| 3 ) | Insurance policies, see note. | | | ----- |
| 4) | Furs, carpets etc ............................................. | | " | 1667. - |
| | | together total | RM | 12162,37 |

      The values indicated in 1) and 3) have been secured via the securing order of

the (foreign exchange board) Devisenstelle Vienna No. 58/38/90 of 3 August 1938;

disposition was and is permitted only with the approval of the Devisenstelle.

        At the end of May 1938, my husband Franz Friedrich Grünbaum ceded to me

the insurance policies recorded in the registration of assets for repurchase. From the

repurchase value obtained I have settled the prescribed Reich Flight Tax and the Jewish

Property Levy totaling ....     RM 26,050.-

furthermore, I obtained the approval from Devisenstelle Vienna on 3 August 1938 to collect a

monthly sum of RM 600.-



The Oewag (Phönix 394,448) insurance policy indicated in my registration of assets is of no value today, as no right to repurchase can be claimed.

Moreover, I had to spend a total of around RM 7,000.- for attorney's fees, doctor's fees, ongoing invoices for purchases and costs of preparation for emigration, relocation with the forwarding agent.

Finally, I handed over my jewellery in the amount of RM 2,700.-at the end of March 1939, as requested, but have not received any compensation for it until now.

As rental fee for my real estate in Trnava, Slovakia, the Tatra Bank office of Bratislava credited an amount of sl.K 6030.70 to my account, which I have reported to the main office of Reichsbank in Vienna as requested.



(Stamp: AMENDMENT)

To the

Vermögensverkehrsstelle (Property Transaction Office)

Vienna , I.

Strauchgasse I

Elisabeth Grünbaum

Vienna, IV. Rechte Wienzeile 29

now Vienna 19. Hofzeile27

in her own name and on behalf of

her husband Franz Friedrich Grünbaum

concerning atonement fee



As provided for by the Announcement of the Reichsstatthalter (Reich's Governor) of 21 November 1938 regarding atonement of the Jews I make the following declaration of assets as at 12 November 1938 for the purpose of listing the fees concerning both of us.

Based on our declaration of assets as at 27 April 1938 our then declared assets have been reduced by the amounts which, within the meaning of Section § 5, have not exceeded the scope of an appropriate standard of living. Our rounded down joint assets amount to RM 44,000.--
( see Enclosure). We apply for amending the fee of RM 8,000.- that is relevant to us as follows.

As we do not have the required cash to pay RM 2,800 on 15 December 1938, we instruct irrevocably, at the same time, Riunione Adriatica di Sicurta, Direc¬torate for Austria, Vienna 1. Tegetthoffstrasse 7, to transfer the amount of RM 8,000 from the repurchase value of our life insurance policy no. 3,058.743/A for approx. 4200 dollars, to the tax office for the IV district of Vienna, account no. 470,017, upon the due date of the repurchase value, that is by around 6 January 1939.

In proof thereof a copy of our letter to Riunione Adriatica di Sicurta, Directorate for Austria, I. Tegetthoffstrasse 7, is enclosed.

*Elisabeth Grünbaum*

Vienna, on    December 1938

To

Riunione Adriatica di Sicurta

Directorate for Austria

Vienna, I.

Tegetthofstrasse 7

According to the confirmation which is before me, you have taken over our original policy no. 3,058.743/A for the purpose of repurchase.

l instruct you irrevocably to transfer from the repurchase value, immediately after its due date, that is on 6 January 1939, the amount of RM 8,800 to the tax office for the IV district of Vienna, to account no. 470.017 (Franz Friedrich Grünbaum) for the purpose of payment of our atonement fee.

l request confirmation of the order both to my address and to the tax office for the IV district of Vienna, IV. Kriehubergasse 26.





PAGE 34

Statement of assets - as at 12 November 1938

<u>Franz Friedrich Grünbaum,</u>   formerly Vienna IV. Rechte Wienzeile 29
now Buchenwalde

|  |  |  |
|---|---|---|
| Oe. Kreditanstalt-Wiener Bankverein IV. linke Wienzeile …………….. | RM | 3706.91 |
| 7 pcs. Austr. construction shares at S 7.52 each … | " | 33. - |
| Pictures and graphics …………………………… | " | 5791. - |
| Jewellery ………………………………………… | " | 750. - |
| Books ………………………………………… | " | 720. - |
|  | RM | 11,000.91 |

<u>Elisabeth Grünbaum</u>, currently Wien,19.Hofzeile
No. 27

|  |  |  |
|---|---|---|
| Riunione Adriatica di Sicurta, Versiche-rungsgesellschaft , Vienna I., Tegetthoffstr.7 | RM | 21835.50 |
| Victoria zu Berlin, Lebensversicherungs-gesellschaft, Vienna I., Schottengasse 10… | " | 133.- |
| Silver in the amount of…………………… | " | 680.- |
| Jewellery  "   "   "   ………..………… | " | 2700.- |
| Carpets      "   "   ………..………… | " | 607.- |
| Furs          "   "   ………..………… | " | 230.- |
| Fields owned in Czechoslovakia (Reich Flight Taxnot payable on them) …. | " | 7851.- |
|  | RM | 34036.50 |
| less interest to Victoria ………………….. | " | 144.- |
|  | RM | 33892.50 |

The Oevag policy no.394.448 we own is of no value at the moment.

|  |  |  |
|---|---|---|
| Therefore overall assets of: | RM | 11,000.- |
| + " | 33,892.- |
| in sum RM | 44,892.- |

Resulting assessment basis of atonement fee         RM     44.000.-



Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 76 of 181

Vienna, 15 July 1938

To the

Vermögensverkehrsstelle (Property Transaction Office)

Vienna , I.

Strauchgasse I

I herewith submit the following

Notice of amendment

regarding my list of Jewish assets.

At the end of May 1938, my husband Franz Friedrich Grünbaum ceded to me the below policies of Riunione Adriatica according to their letter to me dated 8 July 1938 stating the assessment (as on 27 April 1938).

Policy numbers          358.742/743/a
                        358.252/253/a

Each of the aforementioned policies has a repurchase value of 4312. 20 dollars, in total 17250 dollars, at RM 2,489 - RM 42,935.25. Same applies to the policy of Viktoria T 1285140, which had a repurchase value of 933.20 dollars - RM 2322.73 on 27 April.

(Signed: Elisabeth Grünbaum)

Vienna IV., Rechte Wienzeile 29.



PAGE 36




*Stamp: Tax Office Wieden - Margareten*
*Vienna V., Kriehubergasse 24 - 26 Property Transaction Office*

Vienna
I., Strauchgasse 1

(Grünbaum Elisabeth)

Re: III Jd . 29/38 g.

(Stamp 14 Dec. 1938)

Due to Section 7 of the Decree of the Registration of Jewish Assets of 26 April 38 (Reich Law Gazette I p. 414) I request you, by authorisation of the Commissioner for the Four-year-Plan, regarding registration of your assets*

Stamp:
Archiv of th Republic

**12**

---

*) Translator's remark: Text ends here, no further translation possible

PAGE 37

| | 1 | 2 | J | 3 |
|---|---|---|---|---|
| Number | Occupation | Residence | Age | State |
| 34662 | 300 | 703 | 40 | 02 |

B 76

13

PAGE 38

**I.**

| I | | | | II | | | III a | | | III b | | | III c | | IV | V | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | E | 1 | 2 | | | 2 | 4 | | 4 | 2 | | 2 | | | | | |
| Location | Area | 5 | Value | Location | 6 | Value | Location | Type | Location | Value | Location | Value | Location | Value | Value | Value | L. | P. |
| 803 | 10774 | 1 | 9 | | | | | | | | | | | | 13 | | 32 | 20 |

**II.**

| a | b | c | d | e | f1 | f2 | g | h | i | Va | Vb | L. | P. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 33 | | 56 | | | 44 | | | | | 31 | 10 |

**III.**

| Type | Value | Type | Value | Type | Value | Type | Value | Type | Value | Type | Value | Type | Value | L. | P. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |



34662

Enclosure to the List of Jewish Assets of Elisabeth

Grünbaum, Vienna IV., Rechte Wienzeile 29.

------------------------------------------------------------------------------------------------------------

Ad 1: Agricultural and forestry assets.

      I inherited agricultural land, which is assessed, according to the Estate Inventory Z 13683/1935,9/VII, of the Regional Financial Authority in Bratislava, as follows:

A/  I am the owner of 1/10 of no. EZ 1820 from the land register of the cadastre of Trnva (Czechoslovakia). The common property consists of:

    Plot number    1620 with cadastral space of 7 cad. yokes, 1026 fathoms
                     1891/2,Ha l, A 37, m2 10
                     1891/1,Ha 2, A 62,m2 41
                     1891/19         m2  4
                     1618           16 "  "     196   "

B/       Furthermore I am sole owner of no. EZ 3097 from the land register of the cadastre of Trnava, that is:  .
    Plot number    1645/ with cadastral space of    7 A 06. (translator's note: rest illegible)
                 1658,               3  cad. yokes,     289 fathoms
                 1890,               7  "   "      556  "
                 1890/2            3  "   "    1078  "

      My 1/10 imaginary share in A/ and my sole share from B./ total approx. 18 3/4 cad. yokes at
                                 KC 4750 =  Kc 89062,50
      Furthermore, I am sole owner of 1/20 of the Mayerhof consisting of no. EZ 842,44 and 45 of
the aforementioned land register, said share being assessed at              KC  1600.-
                                  altogether thus  Kc 90662,50

At an exchange rate of RM 8.66 for KC 100.- this equates to an amount of      **RM  7851.37**

Ad IV.c. details:
 Savings book 8035 Creditanstalt Wienzeile                   RM  1376.--
Savings book 3252     "    Kärntnerstrasse            1300.--
Account balance Tatrabank Bratislava:
Own account                               KC  2258.75
Share in joint account                       684.--
Properly registered on 14 April 38:             "  2942.75
at RM 8.66                                     342.--
Cash approx                                 300.--
                                         **RM  3 318.---**

Ad IV.g. details
 Silver 17 kg at RM 40.- each                   RM   680.—
Jewellery                                "  2700.-
Gold items                            "   150.--
Carpets etc                           "   607.--
Furs                                  "   230.--
                         Sum total     "  4367.--



PAGE

14



34662    Kontrolliert
27. Jan. 1939

(Stamp: Reviewed 27 Jan. 1939)

## Declaration of assets.

This declaration shall be submitted by persons (in case of minors their parents or authorised representatives) who come under the circle of persons covered by Announcement 102 of 26 April 1938 regarding registration of Jewish assets. When completing this declaration, the reporter shall strictly comply with the (overleaf) instructions. In contrast to the registration of assets, **only the last digits** of the respective assets components shall be inserted in the individual sections.

First and last name: ………………Elisabeth Sara Grünbaum, born on 28 April 1898……………………………..

Current address:………………… Vienna XIX; Kaasgraben 15…………………………………………………....

| | | To be completed by submitter | | Space for notes of the Dienststelle office |
|---|---|---|---|---|
| | | As at 27 April 1938 | As at today | |
| I. | Agricultural and forestry assets | Value in RM | Value in RM | (see note) |
| | | **None** | **None** | |
| II. | Real estate (land—buildings) | **RM 7,581,57** | **RM 7,851,57** | |
| III. | Business assets | **None** | **None** | |
| IV. | Other assets (cash, deposits, securities, credit balances  (see note) | **RM 13,315.-.** | **RM 11,227.-**  **KC 600.- at Tetrabank, Bratislava, notified to Reichsbank** | |
| V. | Debts and liabilities | **None** | **None at the moment, see Enclosure** | stamp: Registration of Assets |
| VI. | Frozen assets | Confiscated, by whom? | Value in RM | Where are the assets located ? |
| | | The assets indicated in IV secured by the Devisenstelle (Foreign Exchange Board) | | |

I assure to have made the above statements to the best of my knowledge. I have not deviated from the overleaf explanation.

Vienna, on …….27 January 1939 …………

Elisabeth Grünbaum

Unterschrift.

Signature



(Stamp: Support Office GILDEMEESTER)

## Explanation on how to complete the declaration of assets.

The reporter shall indicate only his own assets in the declaration. Separate registration shall be submitted for spouses (also non-Jewish) and Jewish children. Assets to be expected from an inheritance or a legacy shall be assessed even if the transfer of property has not yet occurred.

All assets shall be reported as follows:

      a)    as on 27 April 1938

      b)    as on the day of submission.

Jews of German citizenship and stateless Jews shall report their entire domestic and foreign assets.

Jew of foreign citizenship shall report their domestic assets.

Objects exclusively dedicated to the personal use of the reporter shall not be declared, unless they are items of jewellery, art or luxury.

Each component of the assets shall be assessed at the market value on 27 April 1938 and on the date of submission, respectively. Only the respective last digit of the group of assets shall be inserted in the individual column.

Ad I)    Agricultural and forestry assets also include vinicultural assets, horticultural assets and assets devoted to fish farming, aquaculture, inland fishing etc.

Ad II)   This comprises all pieces of land.

Ad III)  This comprises all commercial businesses and the assets serving the practise of a freelance occupation.

      Ad IV)  This comprises all values and goods not covered by the aforementioned groups, including: Securities, shares, capital claims, means of payment, deposits, balances, and insurance claims not fallen due yet (repurchase value), jewellery, art and luxury items, copyrights, patents, inventions, concessions etc.

      Rights of usufruct, annuities, pensions, and salaries shall be indicated in capitalised form. The value of usage limited to a person's lifetime shall be determined by age. The value assumed for an age of

|  |  |  | Up to | 15 | y e a r s | 18 | Times the value |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Over | 15 | // // | 25 | | // | 17 | // | // | // |
| // | 25 | // // | 35 | | // | 16 | // | // | // |
| // | 35 | // // | 45 | | // | 15 | // | // | // |
| // | 45 | // // | 55 | | // | 13 | // | // | // |
| // | 55 | // // | 65 | | // | 10 | // | // | // |
| // | 65 | // // | 75 | | // | 7 | // | // | // |
| // | 75 | // // | 80 | | // | 5 | // | // | // |
| // | 80 | years | | | | 3 | // | // | // |

of the value for one year of usage. Perpetual usages shall be stated by 18 times the value, usages and salaries of indefinite duration by nine times the value of their annual value.

Ad V)  To be declared: mortgages, land and loan debts, the capital value of alimonies and other recurring payments to be calculated pursuant to Article IV (2).

Ad VI)  The value of the frozen asset shares shall be declared here. Further, it shall be stated who has frozen the assets and where those assets are located.

Incidentally, the instructions relevant to the completion of the list of assets shall apply to the completion of the declaration by a nalogy.



LIST OF ASSETS

of

Elisabeth G r ü n baum, XIX., Hofzeile 27

as  at  30 January 1939


| | | |
|---|---|---|
| I. Cash | RM. | 6,860. -- |
| II. Real estate acc. to registration | " | 7,851.37 |
| III. Insurance policies, see Note. | | |
| IV. Furs, silver, carpets, jewellery | " | 4,367. -- |
| Total | RM. | 19,078.37 |


The values specified for I. and III. have been secured, according to the securing order of the

Vienna Devisenstelle (Foreign Exchange Board), 858/38-90 of 3 August 1938; disposition on

them is permitted only as approved by the Devisenstelle.-

At the end of May 1938, my husband Franz Friedrich Grünbaum ceded to me the insurance

policies recorded in the registration of assets for repurchase. From the repurchase value

obtained I have settled the prescribed Reich Flight Tax and the Jewish Property Levy

totalling                                                                                            RM 26,050.-;

Furthermore, I obtained the approval from Devisenstelle Vienna on 3 August 1938 to collect a

monthly sum of RM 600.-. The Oewag (Phönix 394,448) insurance policies indicated in my

declaration of assets are of no value today, as no right to repurchase can be claimed.

Moreover, I will have to spend a total of around RM 6,500.- for attorney's fees, doctor's fees,

ongoing invoices etc. for furnishing and emigration costs for my husband and myself.


Stamp
Archive of the Republic



(Stamp: Reviewed 27 Jan. 1939)

## Declaration of assets.

This declaration shall be submitted by persons (in case of minors their parents or authorised representatives) who come under the circle of persons covered by Announcement 102 of 26 April 1938 regarding registration of Jewish assets. When completing this declaration, the reporter shall strictly comply with the (overleaf) instructions. In contrast to the registration of assets, **only the last digits** of the respective assets components shall be inserted in the individual sections.

First and last name: …………… Grünbaum Franz Friedrich…, …born on 7 April 1880…………………………....

Current address:……………… Buchenwald concentration camp, block 17……………………….……….....

| | | To be completed by submitter | | Space for notes of the Dienststelle office |
|---|---|---|---|---|
| | | As at 27April 1938 | As at today | |
| | | Value in RM | Value in RM | |
| I. | Agricultural and forestry assets | None | None | (see note) |
| II. | Real estate (land—buildings) | None | None | |
| III. | Business assets | None | None | |
| IV. | Other assets (cash, deposits, securities, credit balances (see note) | RM 53,545.17 | RM 11,273.- | |
| V. | Debts and liabilities | None | None | Stamp: Registration of Assets |
| VI. | Frozen assets | Confiscated, by whom? | Value in RM | Where are the assets located ? |
| | | Devisenstelle (Foreign Exchange Board) acc. to its securing order 858/38/90 of 15 July 1938 | | |

I assure to have made the above statements to the best of my knowledge. I have not deviated from the overleaf explanation.

Vienna, …….on 27 January 1939 …………

*Franz Friedr. Grünbaum*
Unterschrift.

*J. V. Elisabeth Grünbaum*

pp Elisabeth Grünbaum (Signature)

HILFSBÜRO
GILDEMEESTER
Auswanderungshilfsaktion

Erläuterung zur Ausfertigung des Vermögensbekenntnisses.

(Stamp: Support Office GILDEMEESTER)

## Explanation on how to complete the declaration of assets.

The reporter shall indicate only his own assets in the declaration. Separate registration shall be submitted for spouses (also non-Jewish) and Jewish children. Assets to be expected from an inheritance or a legacy shall be assessed even if the transfer of property has not yet occurred.

All assets shall be reported as follows:

    a)     as on 27 April 1938

    b)     as on the day of submission.

Jews of German citizenship and stateless Jews shall report their entire domestic and foreign assets.

Jew of foreign citizenship shall report their domestic assets.

Objects exclusively dedicated to the personal use of the reporter shall not be declared, unless they are items of jewellery, art or luxury.

Each component of the assets shall be assessed at the market value on 27 April 1938 and on the date of submission, respectively. Only the respective last digit of the group of assets shall be inserted in the individual column.

Ad I)    Agricultural and forestry assets also include vinicultural assets, horticultural assets and assets devoted to fish farming, aquaculture, inland fishing etc.

Ad II)    This comprises all pieces of land.

Ad III)    This comprises all commercial businesses and the assets serving the practise of a freelance occupation.

    Ad IV)  This comprises all values and goods not covered by the aforementioned groups, including: Securities, shares, capital claims, means of payment, deposits, balances, and insurance claims not fallen due yet (repurchase value), jewellery, art and luxury items, copyrights, patents, inventions, concessions etc.

    Rights of usufruct, annuities, pensions, and salaries shall be indicated in capitalised form. The value of usage limited to a person's lifetime shall be determined by age. The value assumed for an age of

| | | Up to | 15 | y e a r s | 18 | Times the value | | |
|---|---|---|---|---|---|---|---|---|
| Over | 15 | // // | 25 | // | 17 | // | // | // |
| // | 25 | // // | 35 | // | 16 | // | // | // |
| // | 35 | // // | 45 | // | 15 | // | // | // |
| // | 45 | // // | 55 | // | 13 | // | // | // |
| // | 55 | // // | 65 | // | 10 | // | // | // |
| // | 65 | // // | 75 | // | 7 | // | // | // |
| // | 75 | // // | 80 | // | 5 | // | // | // |
| // | 80 | years | | | 3 | // | // | // |

of the value for one year of usage. Perpetual usages shall be stated by 18 times the value, usages and salaries of indefinite duration by nine times the value of their annual value.

Ad V)  To be declared: mortgages, land and loan debts, the capital value of alimonies and other recurring payments to be calculated pursuant to Article IV (2).

Ad VI)  The value of the frozen asset shares shall be declared here. Further, it shall be stated who has frozen the assets and where those assets are located.

Incidentally, the instructions relevant to the completion of the list of assets shall apply to the completion of the declaration by analogy.

PAGE 44

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:29 PM

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 85 of 181

LIST OF ASSETS

of

Franz Friedrich Grünb a u m, currently concentration camp of

Buchenwald near Weimar,

as at 25 January 1939 :

| | |
|---|---:|
| I. Cash | RM. 3,725.-- |
| II. Bank deposits, Creditanstalt, Wiener Bankverein VI. Linke Wienzeile | " 254.-- |
| III.     Securities: 7 Austrian constr. stocks | 33.-- |
| IV.     Pictures and graphics | " 5,791.-- |
| V.      Jewellery | 750.-- |
| VI.   Books | 720.-- |
| Sum total | Rm.11,273.- |

The difference between the above sum total and the registration of assets as at 27 April 1938 appears to be justified due to payment of the Reich Flight Tax amounting to

Rm. 17,250.--,

and of the Jewish Property Levy of               " 8,800.--,

for myself and my wife Elisabeth Grünbaum. Moreover, I have ceded the two insurance policies of Riunione Adriatica und Victoria included in the registration of assets to my wife, which was notified to the Vermögensverkehrsstel¬le (Property Transaction Office) on 15 July 1938.-

The assets referred to in I. to III. have been secured according to the Securing Order of the Devisenstelle (Property Transaction Office) Vienna 858/38-90 of 3 August 1938; disposition of these assets is subject to the approval by the Devisenstelle.-



<u>Before completing the list of assets, read the attached instructions carefully!</u>

**Please note:**

1.  **Who must submit the list of assets?** Each individual subject to registration, i.e. each spouse and each child individually. For each minor child, the list of assets must be submitted by the holder of parental authority or the legal guardian.

2.  **Until which date must the list of assets be submitted?** Until 30 June 1938. Whoever is subject to registration and assessment but does not, or not in good time, meet the duty of registration and assessment, is subject to severe punishment (fine, prison, penitentiary, confiscation of assets).

3.  **How must the list of assets be completed?** All questions must be answered. Delete if not applicable.
    If the space provided for completing the list of assets is insufficient, the required details must be added in an enclosure.

4.  If in doubt of whether to insert these or other figures in the list of assets, the assets must be inserted

## LIST OF JEWISH ASSETS
### as at 27 April 1938

of …………….……Grünbaum Elisabeth……………..……. , …independent ……………………………………..
<span>(first and last name)</span> <span>(occupation or trade)</span>

residing at ……Wien IV., Rechte Wienzeile……., ……………… ………..street,square, no. …29………….
<span>(Residence or habitual abode)</span>

### Personal details

I was born on ….29 April 1898…..

I am Jewish (§ 5 of Erste Verordnung/First Decree on the Reichsbürgergesetz/Reich Citizenship Act) of 14 November 1935, German Reich Law Gazette I, p. 1333)
and - of German[1]— — citizenship[1]— stateless[1]
As I am — Jewish of German citizenship[1] - stateless Jew — I have listed and assessed in the below list of assets my entire domestic and foreign assets[1].

I am married to ………Franz Friedrich Grünbaum…………… born on…………………………….....................
<span>(wife's maiden name)</span>

My husband's race is — Jewish[1] — non-Jewish and he belongs to the ……Mosaic ……..religious community.

### Details on the Assets

**I. Agricultural and forestry assets** (see Instruction no.9),
If, on 27 April 1938, you owned agricultural and forestry assets (leased landed property and the like must be listed only if you owned the inventory serving its management):

| Location of owned or leased holding and its size in hectares (community—,rural district— and number of house) | Type of owned or leased holding? (e.g. agricultural, forestry, horticultural, vinicultural, fishery holding or enterprise) | Are you the owner or lessee of this holding? | Value of holding RM | For owned holdings: If owned also by others: What was your share? (e.g. 1/4) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
|  |  |  |  |  |

**II. Real estate (land, buildings)** (see Instruction no.10)
If, on 27 April 1938, you owned real estate (pieces of land not belonging to the assets as set forth in I. above and III. below):

| Location of the piece of land ? (municipality, street and building number, for building plots also designation in Land Register and cadastre] | Type of piece of land? (.e.g. single-family home, rental apartment land, construction plot] | Value of piece of land *RM* | If the land was owned also by others What was your share ? (e.g. 1/4) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
| See Enclosure |  | RM 7,851.37 | 1/1 |
|  |  |  |  |

⁵) Delete if not applicable.

**List of assets** (Decree of 26 April 38)




PAGE 46
21

—2—

**III. Business assets** (see Instructions no.11 and 12)

a)   If, on 27 April 1938, you owned a business enterprise (see Instruction no.11 ):

| Name of enterprise (company), place of management and type of business<br>(e.g. machinery factory, food store, inn, joinery) | Total value of business after deduction of debts<br>*RM* | If the business was owned also by others:<br>What was your share ?<br>(e.g. 1/4) |
|---|---|---|
| 1 | 2 | 3 |

*Except for the data entered in columns 1 to 3, specify in detail how the "total value of the business" was calculated in an attachment*

b) If, on 27 April 1938, you held a share in **a partnership, limited partnership or similar company**:

α)What companies were they ?  (Name of business, company, place of management)……………………………………

………………………………………………………………………………………………………...............

ß) What was your share?  …………. What was the value of your share?...........................……RM

c) If, on 27 April 1938, you owned assets serving to exercise a freelance profession (see Instruction no. 12)

α ) Type of freelance profession ?...……………………………………………….…………………...

(e.g. eye doctor, lawyer, architect, painter)

ß) Where was the freelance profession practised?   ...............................................................................

(municipality, street, number of building)

y) What was the value of the net assets dedicated to the freelance profession on 27 April 1938? …...RM
[Attach a list of such assets, broken down specifically by inventory (e.g. instruments, library) and receivables. If you practised the freelance profession together with other individuals, attach a list of the joint assets and indicate the value of your share in them.]

**IV. Other assets, in particular capital assets** (see Instructions no. 13 to 21)

What was the value of other assets you owned on 27 April 1938 (other assets (without deduction of debt), namely,

a)  Fixed-interest securities including debt register claims and tangible asset bonds (e.g. bonds or debentures of governments and municipalities, industrial company bonds, mortgage bonds, tax credits etc.),

Securities with dividend yield (e.g. stocks, participation certificates, Reichsbank share certificates, Reichsbahn preferred shares),

Business shares in domestic and foreign companies? (e.g. shares in limited liability companies. - Indicate name of company, place of management)

—— (see Instruction no. 14) ——

| Name of security etc.<br>*(if a bank statement is attached which fully shows the details on columns 1 to 5, completion of column 5 is enough, referring to the bank statement)* | Interest rate [1] | Nominal value of all holdings in the security etc. indicated in column 1 etc.. | Market value, fair market (sales) value<br>.....................<br>In percentage or for one share or the like | Value of nominal amount specified in column 3<br>RM | Notes |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | - - |
| | | | | | |
| | | | | | |
| | | | | | Stamp (Archives of the Republic) |
| | | | | | |
| | | | | | |

1) to be indicated only for fixed-interest amount, not for stocks, mine share certificates, shares in limited-liability companies

PAGE 47

—3—

b) Fixed-interest and non-interest bearing capital claims of any kind towards nationals and foreigners? (e.g. mortgages, receivables from mortgages and land charge claims, loans, deposits as silent partner, such claims to salaries, interest and similar amounts, already due on 27 April 1938, but not yet paid (redemption funds accrued to the benefit of the taxable person and the like) — see Instruction no. 15 —

*(Savings deposits, bank deposits, postal cheque deposits and other current deposits not to be inserted here but in c.)*

| Type of claim (e.g. mortgage, loan) | Name and address of debtor | Nominal amount of claim | Interest rate [1] | Contract term until [2] | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

c) Means of payment, savings deposits, bank deposits, post cheque deposits, and other current

Balances (see Instruction no.16)....................acc. to Enclosure...........................3,318.- RM

*Amounts in foreign currencies to be itemised in an enclosure, if required.*

d) Business credits at purchasing and trading cooperatives? (see Instruction no. 17)...................…...                RM

Name of cooperative, place of management ……………………………………………………....

e) Claims not yet due from life, capital and pension insurance, to be calculated at 2/3 of paid up premiums or capital amounts or repurchase value (see Instruction no. 18)

No. of insurance company:.… Ass. Generali and Phönix.....................................................                30,-

No. of insurance policy:   .........601.622……..394.448……………………………………………..   5.600,--

f) Life estates, rights of usufruct and other pension rights? (see Instruction no. 19): What was the value of one-year usage?.............RM. Since when have you been entitled to the usages?

Since        19..... Until when are entitled to the usages? Until        19....

(If the right expires upon a person's death, the day, month and year of birth of such person must also be indicated.)

What was the capital value of the right?....................................................................................RM

g) Objects of precious metal, jewellery and luxury items and collections? (see Instruction no. 20)…......4.367,-- RM

h) Precious metals, precious stones and pearls? ............................................................................... RM

i) "Other assets" not covered by a) to h)?" (see Instruction no. 21)......................................................…...

(e.g. copyrights, proprietary and non-proprietary inventions, trade licences not exercised by the licence holder.)

Type of objects and calculation of their value to be specified here…………………………………….

……………………………………………………………………………………………………..

……………………………………………………………………………………………………..

……………………………………………………………………………………………………..

……………………………………………………………………………………………………..

……………………………………………………………………………………………………..

1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for terminal ion mortgages (no fixed term) the period of termination must be indicated            Stamp: Archive of the Republic

PAGE 48

23

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 89 of 181

— 4 —

<u>V. Deductions except if concerning business assets (Section III)</u>

(debts and liabilities may be deducted only to the extent that they existed already at the beginning of 27 April 1938. They must be entered by item below.)

a) Debts (see Instruction no. 22):

| Type of debt<br>(e.g. mortgage, loan debts) | Name and address<br>of creditor | Nominal<br>amount of<br>debt | Interest<br>rate [1] | Contract<br>term until [2] | Remarks<br>(e.g. on conversion of foreign<br>currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

b) Payments for life estates, rights of usufruct and other pensions? (see Instruction no.23): What is the value of the one-year payment?...............................RM. Since when must the payments be made? Since 19...........
Until when must the payments be made? (If payments must be made until a person's death, the day, month and year of birth of such person must be indicated.). Until      19…....   What was the capital value of the payment.................RM..

VI. Remarks:

……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………

I assure to have made the above statements to the best of my knowledge, in particular to have fully reported the assets in this list of assets. Insofar as values are indicated in this list of assets, I have not deviated from the Instructions attached to the printed form of this list of assets.

………………………,………………………… 1938

……………………………………………………………………………………………………………………
(Signature of the person subject to reporting or of the person subject to submit the registration of assets instead of him or her)

**Lists of assets without signature are considered not to have been submitted**



1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated.



# EXHIBIT D

10 A 26/02 i

## EINANTWORTUNGSURKUNDE

Der Nachlaß des am 14.1.1941 ohne Hinterlassung einer letztwilligen Anordnung verstorbenen, zuletzt in 1040 Wien, Rechte Wienzeile 29 wohnhaft gewesenen **Friedrich GRÜNBAUM, geboren am 7.4.1880** wird den nachbenannten Erben deren aufgrund des Gesetzes abgegebene **unbedingte Erbserklärung** zu Gericht angenommen wurde, wie folgt eingeantwortet:

a)  Milos **VAVRA**, geb. 2.10.1941, Perucka 13/61, Praha 2, Tschechische Republik, zu **1/2**

b)  Leon **FISCHER**, geb. 23.8.1941, 205 East 77 th Street, New york 10021, USA, zu

**1/2**

Bezirksgericht Innere Stadt Wien
1011 Wien, Riemergasse 4
Abt. 1, am

14. AUG. 2002

x)  amtlich berichtigt bzw.
    ergänzt lt. B. v. 12.9.2002,
    10 A 26/02 i - 26

Bezirksgericht Innere Stadt Wien
1011 Wien, Riemergasse 4
Abt. 10, am 12.9.2002



PAGE 1



SEIT 1849

# HOERNER BANK

### AKTIENGESELLSCHAFT

---

## TRANSLATION OF AN AUSTRIAN DOCUMENT

---

**10 A 26/02 i**

### CERTIFICATE OF HEIRSHIP

The estate of **Friedrich GRÜNBAUM, born on April 7, 1880**, deceased on January 14,

**x) Franz**

1941 without leaving a Last Will and Testament, having last resided at 1040 Vienna, Rechte Wienzeile 29, was devolved as follows to the heirs specified below, whose **unconditional declaration of acceptance of inheritance** made in accordance with the law was accepted by the court:

a) Milos **VAVRA**, born on October 2, 1941, Perucka 13/61, Praha 2, Czech Republic

taking a                                    **½ share**

b) Leon **FISCHER**, born on August 23, 1941, 205 East 77th Street, New York 10021, USA,

taking a                                    **½ share**.

*Stamp:* District Court Innere Stadt Vienna
1011 Vienna, Riemergasse 4
Dept. 1, dated (*illegible figures*) 2002

*Stamp:* Wilhelm Geistler
Law Officer
For correctness of the copy
Head of Department: (*illegible signature*)

**x) officially corrected and amended according to decision of September 12, 2002, 10 A 26/02 i – 26**

**District Court Innere Stadt Vienna**
  **1011 Vienna, Riemergasse 4**
  **Dept. 10, dated September 12, 2002**

*Stamp:* Margrit Pichler
Law Officer
For correctness of the copy
Head of Department (*s: Pichler*)

<span style="color:red">PAGE 2</span>

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:29 PM
NYSCEF DOC. NO. 5

INDEX NO. 654834/2022
RECEIVED NYSCEF: 12/14/2022

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 93 of 181

... / 2

_Stamp:_   This exemplified copy is effective since October 31, 2002.

District Court Innere Stadt Vienna
1011 Vienna, Riemergasse 4

Dept. 1, dated October 31, 2002

_Stamp:_ Margrit Pichler
Law Officer
For correctness of the copy
Head of Department (_s: Pichler_)

Translation Made and Confirmed by:
Hoerner Bank Aktiengesellschaft

Thomas Meyer
November 05, 2014 ( Me/Kr )

# EXHIBIT E

# E G O N   S C H I E L E   †

## K A T A L O G   Z U R
## A U S S T E L L U N G
### DEZEMBER - JÄNNER
1925                    1926

## K U N S T H A N D L U N G   W Ü R T H L E
## W I E N   I.   W E I H B U R G G A S S E   9

Def. Ex. N 4

D&M 01260

D&M 01261



Objekt, indem sie das Objekt von dem sich in ihrn bildenden Vorstellungen durch die Künstler hohe langt jenet, die dies für unvernünftig, nutzlos oder gar schädlich erachten. Gebilde, die sie verklärt und erhoben hatte, entemsset sie tändelnd zu Figuren eines bloßen Spieles, bis selbe völlig entheiligt der Vernichtung anheimfallen, zu Musken werden. Die gottlose Kunst des naturalistischen Zeitalters, der wissenschaftlichen Methoden der technischen und experimentellen Gestaltung hofreit. So steht die Kunst am Anfang wie am Ende einer jeden Religion.

ichselheben und Ränspernagefasst — ich über Jahre noch und kurz gleichsam von jungen Künstlern eben Geborenen, das sich mackt und bloß in die Welt hestollen fühlt, behutsam zu hegen, und damit immer wieder Ärgernis zu erregen, bei jenet, die dies für unvernünftig, nutzlos oder gar schädlich erachten, über langt diese Vestistellung Ihnen als Vorwort? Oder sind Sie der Ansicht, laß ich besser davon reden soll, daß der Kunst, gleich wie der Liebe und dem Hraß, ein Objekt, ein Gegenstand unentbehrlich ist? — Beider Tätigkeit hürt dort auf, wo sie ein Objekt ausgenossen hat und gelangt überhaupt nicht zur Funktion, wenn ihr der Gegenstand fehlt. Darum hat der im Menschen verkörperte Weltengeist das Ideal erschaffen und der Kunst damit in Objekt gegeben, das unendlich ist. In Zeiten, in denen die Kunst ihre ganze Kraft zu entfalten vermag, entsteht aus ihr eine Religion. Denn niemals kann die Philosophie, als eine Verstandeskraft, wie behauptet wurde, aus ihrem bildlosen Ideen eine anschauliche Gestalt gebären; über die Fülle schöpferischer Kräfte, welchen dies möglich ist, verfügt nur die Kunst. Sie trägt Licht in das Dunkel und erlöst das

nen Beruf so treibe wie sie ihr Geschäft. Er beurutheilt sie, wenn er sie 
ist; denn sie sind Bourgeois und ganz und gar normal, wie sie in 
Genugthuung immer wieder betonen. Der normale bürgerliche Mensch 
kümmert jedoch den Künstler wenig, weil er sich unterschicken muß. 
noch überall wieder finden läßt. Der Künstler will sich aber unseres 
Schiele war ein Differenzierter. Seine Malereien sind die sinnvollen 
festationen gesichtsinnlich nervöser Empfindungen, empfindlichen In-
nen. Sie entstanden aus schöpferischem Trieb und Drang, ohne 
ohne Verbitterung, völlig hoffnungslos und gefallen darum nur vorh 
Menschen, denen sinnliches Erleben unscheinbarer und vorh 
Lebensaugenblicke und deren künstlerisch vollzogene Überragung 
Fläche, noch immer als Werte gelten, die sie nicht müssen m 
Diese Werte waren es, die seinen Arbeiten im Auslande zum unbestrittener 
verhalfen, einer rasch aufblühenden Berühmtheit, die schließlich die 
Sezession moralisch dazu zwang, dem jungen Künstler den großen Il-
ihres Hauses für eine repräsentative Kollektivausstellung einzuräumen 
Ausstellung würde, wenn das Schicksal den Siegesherzer nicht allzal 
einen Totenkranz verwandelt hätte, für Schiele die Bedeutung einer 
wende gehabt haben, denn sie brachte ihm nun endlich an 
der Heimat den lang entbehrten widerspruchslosen Erfolg, 
Erfolg, der in den Jahren, die seit des Künstlers Ahleben verflossen 
zum weitläufigen Ruhm gedieh. Ich sage nur dies und einen guten

ARTHUR ROESSLER

doch noch etwas anderes, und zwar Bedeutsameres, wozu er den äußeren 
Anstoß gab. Er verhalf einer tief innerlichen Sehnsucht zum Ausbruch, nur 
war es eine Sackgasse, in die er 
das Tor öffnete. Der Witz, zu dem 
er heute — wer weiß, warum! — 
seine Erfindung des Kubismus re-
duziert, war nicht so sehr sein 
Witz als der Witz unbegreiflicher 
geistiger Mächte, die schicksalhaft 
über das Menschengeschlecht be-
stimmen. Schiele hatte sich von kei-
nerlei Schlagworten bethören und 
von keinerlei Theorien in das 
„Abstrakte" hineinlocken lassen. Er 
verzichtete nicht auf das „Gegen-
ständliche". Der „Inhalt" seiner 
Werke ist nicht absolut neu, ist 
vielmehr Urewiges; neu ist nur 
sein Ausdruck des Alten, seine 
Form, der Rhythmus, in dem sie 
schwingt. Dieser ungewohnte Rhyth-
mus befremdete anfangs die über-
wiegende Mehrzahl der Beschauer 
seiner Bilder. Die Leute, aus wel-



chen ja schließlich doch zum größten Teil das sogenannte „kunstsinnige 
Publikum" besteht, begehren eben, daß der Künstler, der von ihnen befällig 
aufgenommen werden will, sich von ihnen nicht unterscheide, daß er sei-

D&M 01264



# VERZEICHNIS DER AUSGESTELLTEN BILDER

1907

1 Klosterneuburg, sign. Schiele Egon 07. Form. 97×55¼ cm.
2 Studie aus Triest, sign. Schiele Egon 07. Form. 25×18 cm. [Dr. Heinrich Rieger, Wien.

1908

3 Schwester von Schiele, Guache, sign. Schiele Egon 1908. Form. Privatbesitz.

1909

4 Mädchen mit Hut, monogrammiert K. S. 1909. Form. 100×11..

1910

5 Portrait A. R., sign. S. 10. Form. 100×100 cm. Privatbesitz.
6 Rote Blumen, Nachlußstempel, Form. 32×21 cm. Sammlung Dr. Rieger, Wien.

## PRODUKTIONEN IM KATALOG

Vorderblatt:
Eremiten, Kat. Nr. 23

Im Text:
Stadt, Kat. Nr. 31
Portrait J. R., Kat. Nr. 22
Portraitstudie

Tote Mutter, Kat. Nr. 7

...etten nach einem von Egon Schiele geschnittenen Gummistempel

D&M 01265

Tote Mutter, sign. S. 10. Form. 25×30 cm. Privatbesitz.
Rote Erde, sign. S. 10. Form. 52×50 cm. Privatbesitz.
Knabenporträt, sign. S. 10. Form. 100×100 cm. Privatbesitz.

## 1911

In der Schlafkammer, Neulengbach, sign. Schiele Egon 1911. Form. 40×32 cm.
Privatbesitz.
Tote Stadt, sign. Egon Schiele 1911. Form. 37×29½ cm. Privatbesitz.
Selbstporträt, einen 'erotischen Traum darstellend, sign. E. S. 1911.
Form. 150×150 cm. Privatbesitz.
Frühlingslandschaft mit rotem Himmel, nicht datiert und nicht signiert,
Form. 70×83 cm. Privatbesitz.
Der Prophet, sign. S. 11. Form. 110×52 cm. Privatbesitz.
Der Lyriker, sign. S. 11. Form. 110×52 cm. Privatbesitz.
Kapelle auf dem Berg, unsigniert, Form. 66×35½ cm. Sammlung B.

## 1912

Mönch und Nonne, sign. Egon Schiele 1912. Form. 70×80 cm. Sammlung
Dr. Heinrich Rieger, Wien.
Weibliches Bildnis mit Blumenranke, sign. Egon Schiele 1912. Form.
52×40 cm. Privatbesitz L. B.
Männliches Bildnis (Selbstbildnis) mit Blumenranke, sign. Egon Schiele
1912. Form. 32×40 cm. Privatbesitz.
Alte Stadt, sign. Egon Schiele 1912. Form. 42½×34 cm. Sammlung B.
Trauernde, sign. Egon Schiele 1912. Form. 42½×34 cm. Sammlung B.
Portrait I. R., sign. Egon Schiele 1912. Form. 59×51 cm. Privatbesitz.
Eremiten, dreimal sign. Egon Schiele 1912. Form. 180×180 cm. Privatbesitz.

## 1913

24 Arbeiterhaus, sign. Egon. Schiele 1913. Form. 110×1
25 Auferstehung, sign. Egon Schiele 1913. Form. 200×2

## 1914

26 Einsame Kirche, sign. Egon Schiele 1914. Form. 58×
27 Kreisberg in Krumau, sign. Egon Schiele 1914. Form. 59?
28 Vorstadt, sign. Egon Schiele 1914. Form. 120×100 cm
29 Landschaft mit Fluß, sign. Egon Schiele 1914. Form

## 1915

30 Entschwebend, sign. Egon Schiele 1915. Form. 200×1

## 1916

31 Stadt, sign. Egon Schiele 1916. Form. 120×100 cm.
Lederer.

## 1917

32 Liegende Frau, sign. Egon Schiele 1917. Form. 94½×x
O. K.
33 Landschaft, sign. Egon Schiele 1917. Form. 43×35 cm.
Wien.

## 1918

34 Kauernde, unsign. Form. 109×140 cm. Privatbesitz.
35 Kauernde Männer, unsign. Form. 100×170 cm. Privat
36 Die Tafelrunde, zweiter Entwurf, nach dem Sezess
Form. 100×120 cm. Sammlung Karl Grünwald, Wi
37 Die Entschwebung, unsign. Form. 136×200 cm. Priv

D&M 01266

56 Komposition, darstellend drei Männer, sign. S. 11. Samm...
57 Sonnenblumen, sign. Egon Schiele 1911. Sammlung A....
58 Stehender Knabe, sign. Egon Schiele 1911. Sammlung F...
59 Selbstbildnis, sign. Egon Schiele 1911.
60 Sitzendes Mädchen, Aquarell, sign. S. 1911.
61 Proletarierkind, sign. Egon Schiele 1911.
6a Stehendes Mädchen, sign. Egon Schiele 1911.
63 Sitzendes Mädchen, sign. S. 1911. Sammlung Fritz Grün
64 Proletarierkind, sign. Egon Schiele 1911. Sammlung Frit
65 Selbstbildnis mit gesticktor Weste, Gouache, sign. S.-11.
66 Proletarierkinder, sign. 1911.
67 Stehender Knabe, sign. Egon Schiele 1911.
68 Stilleben, Nachlaßstempel. Sammlung W. G.
69 Männerakt, sign. Egon Schiele 1911.
7o Sitzendes Mädchen, sign. Egon Schiele 1911. Privatbesitz.
71 Mädchen, sign. Egon Schiele 1911. Privatbesitz.

### 1912

72 8 Aquarelle aus dem Gefängnis in Neulengbach.
a) Schiffe, sign. Egon Schiele 1912. Privatbesitz.
b) Zwei meiner Taschentücher, sign. Egon Schiele 21... besitz.
c) Kunst kann nicht zudern sein; Kunst ist urewig, sign. 22. IV. 12. Privatbesitz.
d) Ich werde für die Kunst und meine Geliebten ge... sign. Egon Schiele 16. IV. 12. Privatbesitz.

### UNDATIERT

1 Fragment. Form. 76×270 cm. Besitz: Ing. D.
11 Fragment. Form. 60×250 cm. Besitz: Ing. D.
K Studie, Selbstbildnis. Form. 15×17 cm. Besitz: Ing. D.

### AQUARELLE

#### 1908

S Männlicher Halbakt, sign. S., ohne Jahreszahl.
Sitzender Akt, sign. S., ohne Jahreszahl.
F Männlicher Rückenakt, sign. S., ohne Jahreszahl.
Schwangere Frau, sign. S., ohne Jahreszahl.

#### 1910

K Fratze, sign. Schiele 10. Sammlung A. S.
Proletarierkinder, sign. Schiele 10. Sammlung A. S.
Proletarierkinder, unsig. Sammlung Fritz Grünbaum.
Stehender Mann, Rückenakt, sign. S. 10. Privatbesitz.
Proletarierkind, sign. Schiele 10. Privatbesitz.
v Selbstbildnis, sign. S. 10. Sammlung Dr. H. Rieger.
Aquarell zur Stadt am blauen Fluß, sign. S. 10. Sammlung Fritz Grünbaum.
N Knabe (Studie) unsign. Sammlung Fritz Grünbaum.
Rückenakt, sign. S. 10. Privatbesitz.

#### 1911

F. Drei Frauen, sign. Egon Schiele 1911. Sammlung Dr. H. Rieger.
E Kopf, Hintergrlaamalerei, unsign. Sammlung Dr. H. Rieger.

D&M 01267

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 102 of 181

## 1915

90 Rückenakt, sign. Egon Schiele 1915. Privatbe...
91 Frau sitzend, sign. Egon Schiele 1915. Samm...
92 Sitz. Akt, sign. Egon Schiele 1915. Privatbes...
93 Rückenakt, sign. Egon Schiele 1915. Privatbe...
94 Sitzender Mann, sign. Egon Schiele 1915. P...

## 1916

95 Schlafender Mann, sign. Egon Schiele 1916.
96 Sitzender Knabe, sign. Egon Schiele 1916. V
97 Kind in rosa Kleid, sign. Egon Schiele 1916.
98 Sonnenblume, sign. Egon Schiele 1916. Sam
99 Landschaft, sign. Egon Schiele 1916.

## 1917

100 Kind in weißem Kleid, sign. Egon Schiele
101 Aus Triest, sign. Egon Schiele 1917. Besitz
102 Arnold Schönberg, sign. Egon Schiele 1917.
103 Landschaft, sign. Egon Schiele 17.
104 Liegende Frau, sign. Egon Schiele 1917. Sar
105 Häute, sign. Egon Schiele 1917. Privatbesitz
106 Sitz. Akt, sign. Egon Schiele 1917. Privatbe

## 1918

107 Junger Kastanienbaum, sign. Egon Schiele 1918
108 Liegender Akt, sign. Egon Schiele 1918. Sa

---

e) Die eine Orange war das einzige Licht, sign. Egon Schiele 19. IV. 12. Privatbesitz.
f) Nicht gestraft, sondern gereinigt fühl ich mich, sign. Egon Schiele 20. IV. 12. Privatbesitz.
g) Organische Bewegung des Sessels und Kruges, sign. Egon Schiele 21. IV. 12. Privatbesitz.
h) Mein Wandelsweg führt über Abgründe, sign. Egon Schiele 27. IV. 12.

73 Sehende Frau, sign. Egon Schiele 1912. Sammlung Fritz Grünbaum.
74 Liegende Frau, sign. Egon Schiele 1912. Sammlung Fritz Grünbaum.
75 Rückenakt, sign. Egon Schiele 1912.

## 1913

76 Freundschaft, sign. Egon Schiele 1913. Besitz Ing. D.
77 Mädchen mit Fahne, sign. Egon Schiele 1913. Sammlung Fritz Grünbaum.
78 Stehender Mann, sign. Egon Schiele 1913. Sammlung Fritz Grünbaum.
79 Torso, sign. Egon Schiele 1913. Sammlung Fritz Grünbaum.
80 Frau in Mantel, sign. Egon Schiele 1913. Sammlung Fritz Grünbaum.
81 Akt mit rotem Tuch, sign. Egon Schiele 1913. Sammlung Fritz Grünbaum.
82 Die Dirne, sign. Egon Schiele 1913. Privatbesitz.
83 Sitzendes Mädchen, sign. Egon Schiele 1913. Besitz Prof. A.

## 1914

84 Sitzender Knabe, sign. Egon Schiele 1914. Sammlung Fritz Grünbaum.
85 Zwei liegende Akte, sign. Egon Schiele 1914. Sammlung Fritz Grünbaum.
86 Akt auf orange Tuch, sign. Egon Schiele 1914. Sammlung Fritz Grünbaum.
87 Frau in Gelb, sign. Egon Schiele 1914.
88 Frau mit erhobenen Händen, sign. Egon Schiele 1914. Privatbesitz.
89 Zwei Akte, sign. Egon Schiele 1914. Privatbesitz.

D&M 01268

# ZEICHNUNGEN

## 1908

109 Studie, sign. Schiele Egon 08.

110 Sitzende Frau, Kopf und Hand aquarelliert, sign. Schiele Egon 08.

## 1913

111 Torso, sign. Schiele Egon 1913.

## 1915

112 Mutter und Kind, sign. Schiele Egon 1915, Sammlung Fritz Grünbaum.

113 Kämmendes Mädchen, sign. Egon Schiele 1915, Sammlung Dr. H. Rieger.

114 Stehende Frau, sign. Egon Schiele 1915, Sammlung Dr. H. Rieger.

115 Wagen, Studie, sign. Egon Schiele 1915 und Nachlaßstempel, Privatbesitz.

## 1916

116 Mädchen, Nachlaßtempel Sammlung W. G.

117 Russe, Kopf und Hand, aquarelliert, sign. Egon Schiele 1916, Sammlung Fritz Grünbaum.

## 1917

118 Porträt (Heinrich Wagner) sign. Egon Schiele 1917, Sammlung F. Grünbaum.

119 Landschaft, sign. Egon Schiele 1917, Sammlung Fritz Grünbaum.

120 Akt, sign. Egon Schiele 1917.

121 Akt, sign. Egon Schiele 1917.

122 Mädchen, erotisch, unsigniert

125 Porträt Dr. Rieger, Kopf aquarelliert, sign. Egon Schiele Inng Dr. H. Rieger, Wien.

126 Akt, sign. Egon Schiele 1917, Sammlung Dr. H. Rie...

126 Männerbildnis, sign. Egon Schiele 1917, Sammlung

## 1918

126a Gustav Klimt, sign. Egon Schiele 1918, Sammlung Dr.

127 Porträt Dr. Sch., sign. Egon Schiele 1918, Sammlung

128 Frau des Künstlers, sign. Egon Schiele 1918, Privatbe

129 Liegendes Mädchen, sign. Egon Schiele 1918.

130 Stehendes Kind, sign. Egon Schiele 1918.

131 Mutter und Kind, sign. Egon Schiele 1918.

132 Umarmung, unsigniert.

133 Zwei Proletarierkinder, sign. Egon Schiele 1918.

134 Zwei kleine Kinder, sign. Egon Schiele 1918.

135 Liegende Frau, sign. Egon Schiele 1918. Besitz Ing. I.

136 Kauernder Männerakt, sign. Egon Schiele 1918. Besitz

137 Frau des Künstlers, sign. Egon Schiele 1918. Sammlu

138 Ältere Frau, sign. Egon Schiele 1918. Sammlung, Alb

139 Liegendes Mädchen, sign. Egon Schiele 1918. Privatb

## UNDATIERT

140 Kleine Skizze, die Blinden, Privatbesitz.

141 Radierung. Privatbesitz.

142 Tapetenentwurf.

## PLASTIK

145 Selbstbildnis, Bronze.

D&M 01269

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:29 PM
NYSCEF DOC. NO. 6

INDEX NO. 654834/2022
RECEIVED NYSCEF: 12/14/2022



DHM 1269A



## HOERNER BANK
### A K T I E N G E S E L L S C H A F T
SEIT 1849

---

### TRANSLATION OF AN AUSTRIAN DOCUMENT

---

Exhibition Catalog                     E. Schiele

No. 791

1925 / 26

XII    1

---

| E G O N |
| :---: |
| S C H I E L E |

---

791

Wuerthle ART DEALERS
Vienna, 1925
Egon Schiele

Belvedere Gallery
of Austria

---

791

Seal:   Austrian Gallery Wuerthle

E G O N   S C H I E L E   (†)

E X H I B I T I O N   C A T A L O G

DECEMBER     -     JANUARY
1925                   1926

WUERTHLE ART DEALERS

WEIHBURG GASSE 9, VIENNA I.

DBM06315

HIGHLY ESTEEMED L.B.                                    Vienna, late November, 1925.

You had the idea of publicly exhibiting unknown or at least little-known compiled works by
Egon Schiele coming out of carefully nourished private collections and of inviting me to
author a preamble for the catalog of that exhibition, since I am the one who, during the
last ten years of the artist's life, was a brotherly friend to him and a companion leading
him into the public life. Obviously, you thought that the persistence, so much needed by
both the artist and the thinker, could be of use as well to the art dealer who, in whatever
he does or does not do, will not limit his focus to advantages whose benefits are just all-
too-apparent. This means: You are sharing my opinion that one individual alone having a
new kind of feeling, thinking and wanting by himself will always be seen as a fool
amongst the crowd while, with but a twosome begin the braveness and confidence and
with more than that, the truth and wisdom and, by and by, their acknowledgment will set
in - as has been proven by the history of mankind. Therefore, and since you wanted me
to provide some iron-clad suggestions for people who are not just beholders but
occasionally even buyers of art objects and, if I might, paralyze the possible effects of
criticism brought on by cultivated stupidity and arrogant prejudices, you have been urging
me to write some marginal notes to include in the catalog of the exhibition which you plan
to hold in a way so willing to make sacrifices and so worthy of gratitude. I do thank you for
your kindly attitude, but believe that I should express my doubts as to the appropriateness
of such a preamble by me in this particular case. Since Egon Schiele is dead, both the
wild screaming and the secretly whispered jeering about him and his art, if not completely
silenced, at least have been reduced to an embarrassed shoulder shrugging and throat
clearing; - but I am still living and will not cease to cautiously pamper works just born by
young artists and thrown out into the world naked and bare, and by that keep causing
offensee in those who consider such unreasonable, useless or even hazardous. But can
you use these statements as a preface? Or do you feel I had better talk about an object,
a thing, being essential to art, just as it is to both love and hate? The activity of both will
cease where it has exploited an object and never really reaches any function if without an
object. Hence, the world's spirit, incarnated in mankind, has created the ideal which gave
an eternal object to art. In times when arts are capable of unfolding all of their power, a
religion will emerge. Philosophy, being a power of mind, contrary to different allegations,
will never be able to give birth to graphic figures out of its pictureless ideas; only art
possesses the abundance of creative powers who can do this. It carries light into the dark
and rescues the subject by freeing the object from the imaginations growing within
through an artist's way of creation. Like art stands at both the beginning and the end of
each religion. Images which it glorified and lifted will be reduced, flirtily, to mere pawns of
a game until they face destruction, become entirely demystified, turning into masks. The
profane art of the naturalistic era thought to avail itself of the scientific methods of
technical and experimental sciences in the creation of works, only to find itself
disappointed in its expectations as the things it created in the new way were not grown
organisms but constructed monstrosities. Some resigned over this experience, others felt
a longing for lost spirituality and were hoping to reach it in the abstract; they are the ones
who made efforts of creating the unnatural, supernatural through manifest executions.
Picasso errs in believing that he simply allowed himself a joke, both witty and despiteful,
at the expense of his fellow artists. But there was something else, something more
meaningful, which he triggered by helping a deep internal yearning emerge, alas it was a
dead end road into which he opened the gate. The wit to which - heaven knows why - he
reduces his creation of cubism today, was not so much his wit but the wit of
incomprehensible powers which fatefully govern mankind. Schiele never let himself be
misled by any slogans nor be lured into the "abstract" by any theories. He never forewent

"the objective". The "contents" of his works is not absolutely new, is rather something indigenously internal; the only thing new is his expression of the old, his form, the rhythm in which it is swinging. In the beginning, this unfamiliar rhythm appeared strange to the vast majority of the beholders of his works. The people, of which the audience possessiong a so-called "appreciation of art" consists, to the greater part at least, desire the artist seeking their acclaim to be no different from themselves, that he conduct his occupation in the same way that they run their business. He will agitate them by being different; because they are bourgeois and well and truly normal, as they will repeatedly insist in vain self-satisfaction. However, normal middle-class persons are of little concern to the artist, since they will let themselves be oppressed and yet crop up again anywhere. The artist wants to be different. Schiele was different. His paintings are perfect manifestations of visually nervous perceptions, thin-skinned impressions. They were created out of a constructive drive and urge, without any pose, without bitterness, entirely hopeless and therefore are favored only by those persons who still consider the sensual experience of unimpressive and hidden moments in life as well as their artistic transfer to the base a value which they would not want to do without. It were these values which helped his works become undeniable successes abroad, a quickly blooming fame which exercised a moral force and finally induced the Vienna Secession to open its large major showroom to the young artist for a presentable collective exhibition. Had fate not changed his crown into a wreath of death too soon, this exhibition could have been a significant change in Schiele's life since it finally brought the uncontradicted success at home that he had done without for so long; a success which turned into international splendor during the years passed since the artist's demise. I am saying only this much, and kind regards!

ARTHUR ROESSLER

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:29 PM

NYSCEF DOC. NO. 6

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 108 of 181

INDEX NO. 654834/2022

RECEIVED NYSCEF: 12/14/2022

REPRODUCTIONS FROM THE CATALOG

| | | |
|---|---|---|
| Cover: | Hermits | Cat. No. 23 |
| Within the Text: | City | Cat. No. 31 |
| | Portrait of J.R. | Cat. No. 22 |
| | Portrait Study | |
| | Dead Mother | Cat. No.  7 |

Vignettes from a rubber stamp cut by  E g o n   S c h i e l e

DBM06318

# INDEX OF THE EXHIBITION WORKS

## PAINTINGS

### 1907

1   Klosterneuburg, signed "Schiele Egon 07".                  Size 97 x 53.5 cm.

2   Study from Trieste, signed "Schiele Egon 07".              Size 25 x 18 cm.
    Collection Dr. Heinrich Rieger, Vienna.

### 1908

3   Schiele's Sister, signed "Schiele Egon 1908".              Size 53 x 32 cm.
    Private property.

### 1909

4   Girl with Hat, monogrammed "E.S. 1909".                    Size 100 x 100.

### 1910

5   Portrait of A.R., signed "S.10".                           Size 100 x 100 cm.
    Private property.

6   Red Flowers, Estate Temple.                                Size 32 x 21 cm.
    Collection Dr. Heinrich Rieger, Vienna.

7   Dead Mother, signed "S.10".                                Size 25 x 30 cm.
    Private Property.

8   Red Soil, signed "S.10".                                   Size 52 x 50 cm.
    Private property.

9   Portrait of a Boy, signed "S.10".                          Size 100 x 100 cm.
    Private property.

### 1911

10  In the Bed Chamber, Neulengbach, signed
    "Schiele Egon 1911".                                       Size 40 x 32 cm.
    Private property.

11  Dead City, signed "Egon Schiele 1911".                     Size 37 x 29.5 cm.
    Private property.

DBM06319

| 12 | Self-Portrait, showing an erotic dream, signed "E.S. 1911". Private property. | Size 150 x 150 cm. |
|----|----|----|
| 13 | Landscape in Spring with a Red Sky, undated and unsigned. Private property. | Size 70 x 82 cm. |
| 14 | The Prophet, signed "S. 11". Private property. | Size 110 x 52 cm. |
| 15 | The Lyricist, signed "S. 11". Private property. | Size 110 x 52 cm. |
| 16 | Chapel on the Hill, unsigned. Collection B. | Size 66 x 35.5 cm. |

### 1 9 1 2

| 17 | Monk and Nun, signed "Egon Schiele 1912". Collection Dr. Heinrich Rieger, Vienna. | Size 70 x 80 cm. |
|----|----|----|
| 18 | Picture of a Female with Flowering Twine, signed "Egon Schiele 1912". Private property L.B. | Size 32 x 40 cm. |
| 19 | Picture of a Male (Self-Portrait) with Flowering Twine, signed "Egon Schiele 1912". Private property. | Size 32 x 40 cm. |
| 20 | Old City, signed "Egon Schiele 1912". Collection B. | Size 42.5 x 34 cm. |
| 21 | The Mourner, signed "Egon Schiele 1912". Collection B. | Size 42.5 x 34 cm. |
| 22 | Portrait of I.R., signed "Egon Schiele 1912". Private property. | Size 39 x 31 cm. |
| 23 | Hermits, signed "Egon Schiele 1912" three times. Private property. | Size 180 x 180 cm. |

### 1 9 1 3

| 24 | The Laborer's Abode, signed "Egon Schiele 1913". Private property. | Size 110 x 140 cm. |
|----|----|----|
| 25 | Resurrection, signed "Egon Schiele 1913". | Size 200 x 220 cm. |

INDEX NO. 654834/2022
RECEIVED NYSCEF: 12/14/2022

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 111 of 181

## 1 9 1 4

| 26 | Lonely Church, signed "Egon Schiele 1914". Private property. | Size 58 x 34 cm. |
| 27 | Kreisberg in Krumau, signed "Egon Schiele 1914". Private property. | Size 59 x 34 cm. |
| 28 | Suburb, signed "Egon Schiele 1914". Collection Spira. | Size 100 x 120 cm. |
| 29 | Landscape with River, signed "Egon Schiele 1914". | Size 98 x 118. |

## 1 9 1 5

| 30 | Hovering Away, signed "Egon Schiele 1915". Private property. | Size 200 x 180 cm. |

## 1 9 1 6

| 31 | City, signed "Egon Schiele 1916". Collection August Lederer. | Size 120 x 100 cm. |

## 1 9 1 7

| 32 | Woman Reclining, signed "Egon Schiele 1917". Collection O.K. | Size 94.5 x 168 cm. |
| 33 | Landscape, signed "Egon Schiele 1917". Collection W.G., Vienna | Size 43 x 33 cm. |

## 1 9 1 8

| 34 | Cowering (Woman), unsigned. Private property. | Size 109 x 140 cm. |
| 35 | Cowering Men, unsigned. Private property. | Size 100 x 170 cm. |
| 36 | Round Table, second draft, based on the Secession poster, unsigned. Collection Karl Gruenwald, Vienna. | Size 100 x 120 cm. |
| 37 | Hovering Away, unsigned. Private property. | Size 136 x 200 cm. |

DBM06321

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 112 of 181

## U N D A T E D

| 38 | Fragment. | Size 76 x 270 cm. | Property of Ing.D. |
| 39 | Fragment. | Size 60 x 250 cm. | Property of Ing.D. |
| 40 | Study, Self-Portrait. | Size 15 x 17 cm. | Property of Ing.D. |

## W A T E R   C O L O R S
### 1 9 0 8

| 41 | Partial Male Nude, | signed "S" | undated. |
| 42 | Sitting Nude, | signed "S" | undated. |
| 43 | Back of Male Nude | signed "S" | undated. |
| 44 | Pregnant Woman, | signed "S" | undated. |

### 1 9 1 0

45   Grimace, signed "Schiele 10". Collection A.S.

46   Proletarian Children, signed "Schiele 10". Collection A.S.

47   Proletarian Children, unsigned. Collection Fritz Gruenbaum.

48   Man Standing, Nude Back View, signed "S. 10". Private property.

49   Proletarian Child, signed "Schiele 10". Private property.

50   Self-Portrait, signed "S. 10". Collection Dr.H.Rieger.

51   Watercolor of City near the Blue River, signed "S. 10".
Collection Fritz Gruenbaum.

52   Boy (Study), unsigned. Collection Fritz Gruenbaum.

53   Nude, Back View, signed "S. 10". Private property.

### 1 9 1 1

54   Three Women, signed "Egon Schiele 1911". Collection Dr.H.Rieger.

55   Head, glass painting, unsigned. Collection Dr.H.Rieger.

56   Composition, three men, signed "S. 11". Collection A.S.

57    Sun Flowers, signed "Egon Schiele 1911". Collection A.S.

58    Boy Standing, signed "Egon Schiele 1911". Collection Fritz Gruenbaum.

59    Self-Portrait, signed "Egon Schiele 1911".

60    Girl Sitting, watercolor, signed "S. 1911".

61    Proletarian Child, signed "Egon Schlele 1911".

62    Girl Standing, signed "Egon Schiele 1911".

63    Girl Sitting, signed "S. 1911". Collection Fritz Gruenbaum.

64    Proletarian Child, signed "Egon Schiele 1911". Collection Fritz Gruenbaum.

65    Self-Portrait in embroidered vest, gouache, signed "S. 11". Collection B.

66    Proletarian Children, signed "1911".

67    Boy Standing, signed "Egon Schiele 1911".

68    Still Life, Estate Temple. Collection W.G.

69    Male Nude, signed "Egon Schiele 1911".

70    Girl Sitting, signed "Egon Schiele 1911". Private property.

71    Girl, signed "Egon Schiele 1911". Private property.

## 1 9 1 2

72    8 watercolors from the Neulengbach prison.

(a) Ships, signed "Egon Schiele 1912". Private property.

(b) Two of my Handkerchiefs, signed "Egon Schiele 21.IV.12". Private property.

(c) Art Cannot Be Modern; Art is Eternal, signed "Egon Schiele 22.IV.12".
Private property.

(d) I Will Gladly Endure For Art And My Lovers, signed "Egon Schiele 16.IV.12".
Private property.

(e) This One Orange Was The Only Light, signed "Egon Schiele 19.IV.12".
Private property.

(f) Not Punished, But Cleansed I Feel, signed "Egon Schiele 20.IV.12".
Private property.

(g) Organic Movement of the Chair and Pitcher, signed "Egon Schiele 21.IV.12".
Private property.

(h) The Road of my Change Leads Over Abysses, signed "Egon Schiele 27.IV.12"

DBM06323

73    Woman Standing, signed "Egon Schiele 1912". Collection Fritz Gruenbaum.

74    Woman Reclining, signed "Egon Schiele 1912". Collection Fritz Gruenbaum.

75    Nude, Back View, signed "Egon Schiele 1912".

## 1 9 1 3

76    Friendship, signed "Egon Schiele 1913". Property of Ing. D.

77    Girl with Flag, signed "Egon Schiele 1913". Collection Fritz Gruenbaum.

78    Man Standing, signed "Egon Schiele 1913". Collection Fritz Gruenbaum.

79    Torso, signed "Egon Schiele 1913". Collection Fritz Gruenbaum.

80    Woman in Coat, signed "Egon Schiele 1913". Collection Fritz Gruenbaum.

81    Nudes with Red Cloth, signed "Egon Schiele 1913". Collection Fritz Gruenbaum.

82    The Harlot, signed "Egon Schiele 1913". Private property.

83    Girl Sitting, signed "Egon Schiele 1913". Property of Prof. A.

## 1 9 1 4

84    Boy Sitting, signed "Egon Schiele 1914". Collection Fritz Gruenbaum.

85    Two Nudes, Reclining, signed "Egon Schiele 1914". Collection Fritz Gruenbaum.

86    Nude on Orange Cloth, signed "Egon Schiele 1914". Collection Fritz Gruenbaum.

87    Woman in Yellow, signed "Egon Schiele 1914".

88    Woman with her Hands Raised, signed "Egon Schiele 1914".

89    Two Nudes, signed "Egon Schiele 1914". Private property.

## 1 9 1 5

90    Nude, Back View, signed "Egon Schiele 1915". Private property.

91    Woman Sitting, signed "Egon Schiele 1915". Collection Dr. H. Rieger.

92    Nude Sitting, signed "Egon Schiele 1915". Private property.

93    Nude, Back View, signed "Egon Schiele 1915". Private property.

DBM06324

94     Man Sitting, signed "Egon Schiele 1915". Private property.

## 1 9 1 6

95     Man Sleeping, signed "Egon Schiele 1916". Collection Dr. H. Rieger.

96     Boy Sitting, signed "Egon Schiele 1916". V.T.

97     Child in Pink Dress, signed "Egon Schiele 1916". Collection W.G.

98     Sunflower, signed "Egon Schiele 1916". Collection Fritz Gruenbaum.

99     Landscape, signed "Egon Schiele 1916".

## 1 9 1 7

100    Child in White Dress, signed "Egon Schiele 1917". Collection W.G.

101    From Trieste, signed "Egon Schiele 1917". Property of Ing. D.

102    Arnold Schoenberg, signed "Egon Schiele 1917". Property of Ing. D.

103    Landscape, signed "Egon Schiele 17".

104    Woman Reclining, signed "Egon Schiele 1917". Collection Dr. H. Rieger.

105    Hands, signed "Egon Schiele 1917". Private property.

106    Nude, Sitting, signed "Egon Schiele 1917". Private property.

## 1 9 1 8

107    Young Chestnut Tree, signed "Egon·Schiele 1918". Collection Dr. H. Rieger.

108    Nude, Reclining, signed "Egon Schiele 1918". Collection Fritz Gruenbaum.

## D R A W I N G S
### 1 9 0 8

109    Study, signed "Schiele Egon 08".

110    Woman, Reclining, Head and Hand, watercolored, signed "Schiele Egon 08".

## 1 9 1 3

111    Torso, signed "Schiele Egon 1913".

DBM06325

### 1 9 1 5

112    Mother and Child, signed "Schiele Egon 1915". Collection Fritz Gruenbaum.

113    Girl, Combing, signed "Egon Schiele 1915". Collection Dr. H. Rieger.

114    Woman Standing, signed "Egon Schiele 1915". Collection Dr. H. Rieger.

115    Wagon, Study, signed "Egon Schiele 1915", and Estate Temple. Private property.

### 1 9 1 6

116    Girl. Estate Temple. Collection W.G.

117    Russian, Head and Hand, watercolored, signed "Egon Schiele 1916".
       Collection Fritz Gruenbaum.

### 1 9 1 7

118    Portrait (Heinrich Wagner), signed "Egon Schiele 1917".
       Collection Fritz Gruenbaum.

119    Landscape, signed "Egon Schiele 1917". Collection Fritz Gruenbaum.

120    Nude, signed "Egon Schiele 1917".

121    Nude, signed "Egon Schiele 1917".

122    Girl, Erotic, unsigned.

123    Portrait Dr. Rieger, Head watercolored, signed "Egon Schiele 1917".
       Collection Dr. H. Rieger, Vienna.

124    Nude, signed "Egon Schiele 1917", Collection Dr. H. Rieger.

125    Picture of a Male, signed "Egon Schiele 1917". Collection Dr. H. Rieger.

### 1 9 1 8

126    Gustav Klimt, signed "Egon Schiele 1918". Collection Dr. H. Rieger.

127    Portrait of Dr. Sch., signed "Egon Schiele 1918". Collection Dr. H. Rieger.

128    The Artist's Wife, signed "Egon Schiele 1918". Private property.

129    Girl, Reclining, signed "Egon Schiele 1918".

130    Child, Standing, signed "Egon Schiele 1918".

131    Mother and Child, signed "Egon Schiele 1918".

132    Embrace, unsigned.

133    Two Proletarian Children, signed "Egon Schiele 1918".

134    Two Small Children, signed "Egon Schiele 1918".

135    Woman, Reclining, signed "Egon Schiele 1918". Property of Ing. D.

136    Male Nude, Cowering, signed "Egon Schiele 1918". Property of Ing. D.

137    The Artist's Wife, signed "Egon Schiele 1918". Collection Albertina.

138    Older Woman, signed "Egon Schiele 1918". Collection Albertina.

139    Girl, Reclining, signed "Egon Schiele 1918". Private property.

## U N D A T E D

140    Small Sketch, The Blind Ones. Private property.

141    Etching. Private property.

142    Wallpaper Design.

## S C U L P T U R E

143    Self-Portrait, bronze.

---

TRANSLATION MADE AND CONFIRMED BY:

HOERNER BANK AKTIENGESELLSCHAFT

Thomas Meyer
June 18, 2008
( Me/es )

DBM06327

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 118 of 181

# EXHIBIT F

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 119 of 181

Translation of an Austrian Document

Letter of November 3, 2005 from the Austrian Gallery of Belvedere, Vienna to Herbert Gruber

---

Office of Genealogy
Mr. Herbert Gruber
Rauhensteing. 10/12a
1015 Vienna

Vienna, November 3, 2005

Re: Correspondence of Fritz Grünbaum - Otto Nirenstein

Dear Mr. Gruber:

I enclose copies from the archives of the New Gallery. Expansive correspondence by Fritz Grünbaum and Otto Nirenstein is not evident from our records; the existing documents are in connection with a loan of works of art from the Grünbaum collection for the New Gallery's 1928 Schiele exhibition at the Hagen League.

Sincerely yours,
(s) Monika Mayer
by Monika Mayer, Mag.
Archive and Artist Documentation
Phone and Fax: +431/795 57-131
e-mail: mayer@belvedere.at

---

Translation Made and Confirmed by:

Hoerner Bank Aktiengesellschaft

Thomas Meyer

November 9, 2005
(Me/es)

D&M 01793



**ÖSTERREICHISCHE GALERIE
BELVEDERE**

Büro für Genealogie
Herrn Herbert Gruber
Rauhensteing. 10/12a
1015 Wien

Wien, 3. November 2005

Betreff: Korrespondenz Fritz Grünbaum - Otto Nirenstein

SAMMLUNGEN:

GALERIE DES 19. UND
20. JAHRHUNDERTS
IM OBEREN BELVEDERE

BAROCKMUSEUM
IM UNTEREN BELVEDERE

MUSEUM
MITTELALTERLICHER KUNST
IN DER ORANGERIE,
UNTERES BELVEDERE

BEETHOVEN-FRIES
IN DER SECESSION

GUSTINUS
AMBROSI-MUSEUM
UND
ATELIER IM AUGARTEN

Sehr geehrter Herr Gruber,

beiliegend übermittle ich Ihnen Kopien aus dem Archiv der Neuen Galerie.

Ein umfassender Schriftwechsel von Fritz Grünbaum mit Otto Nirenstein ist laut Kartei nicht nachweisbar; die vorliegenden Dokumente stehen in Zusammenhang mit der Leihgebung von Kunstwerken aus der Sammlung Grünbaum für die Schieleausstellung der Neuen Galerie 1928 im Hagenbund.

Mit freundlichen Grüßen,

i.A. Mag. Monika Mayer
Archiv und Künstlerdokumentation
Tel. u. Fax: +431/795 57-131
e-mail: mayer@belvedere.at

ÖSTERREICHISCHE GALERIE
BELVEDERE

SCHLOSS BELVEDERE
PRINZ EUGEN-STRASSE 27
A-1030 WIEN

POSTANSCHRIFT:
POSTFACH 134
A-1037 WIEN

TEL. (+ 43-1) 795 57-0
FAX (+ 43-1) 798 43 37

E-MAIL: belvedere@belvedere.at
INTERNET: www.belvedere.at

BANKVERBINDUNG:
ÖSTERREICHISCHE
POSTSPARKASSE WIEN
KONTO 96.050.404
BLZ 60 000

RAIFFEISEN LANDESBANK
WIEN-NÖ
KONTO 4.826.707
BLZ 32 000

D&M 01794

Translation of an Austrian Document

Letter by Otto Nirenstein to Fritz Grünbaum dated September 7, 1928

Express                                          September 7, 1928

Mr. Fritz Grünbaum
Pension Liesecke
7 Maximilians Platz, Munich


Dear Mr. Grünbaum:

I just had a telephone conversation with Mrs. Grünbaum who told me that you were in Munich. So I must get in touch with you in writing to ask you to let us borrow your pictures by Schiele for the Memorial Exhibition at the Hagen League. I certainly hope not to make an inappropriate request, as this will be the first and probably the last major and all-embracing exhibition of Schiele's work and the important pictures which are in your possession should not be missing.

Of course, I would also love to have some sheets from your collection for our display of watercolors and drawings, so if you could make it possible for me, while Mrs. Grünbaum is still in Vienna, to see the collection and perhaps choose a few sheets, I would be tremendously grateful.

Insurance, transportation etc. will be paid by the exhibition and will be handled under my supervision or the supervision of one of the Hagen League gentlemen.

So I hope to hear from you, esteemed Mr. Grünbaum, soon and to see you either here or at Simplicissimus during the time of the exhibition which will be opened until the end of October.

With best regards and wishes, I remain,

Yours sincerely,

(Archives - New Gallery)
(No. 324/13)


Translation Made and Confirmed by:

Hoerner Bank Aktiengesellschaft

Thomas Meyer

November 9, 2005
(Me/es)

D&M 01795

*Express*

7.IX.1928.

Herrn Fritz Grünbaum
Pension Liesecke
München, Maximiliansplatz 7

Sehr geehrter Herr Grünbaum !

Soeben telephonierte ich mit Ihrer Frau Gemahlin
und höre von ihr,dass Sie in München sind. So muss ich mich schriftlich
an Sie mit der Bitte wenden,uns für die Gedächtnisausstellung im Hagenbund
Ihre Bilder von Schiele leihweise zu überlassen. Ich hoffe bstimmt,keine
Fehlbitte damit zu tun,denn es ist die erste und wohl auch die letzte
grosse,alles umfassende Ausstellung von Werken Schieles,in der die wich-
tigen in Ihren Besitz befindlichen Bilder nicht fehlen dürften.

Selbstverständlich hätte ich auch sehr gerne
für die Ausstellung der Aquarelle und Handzeichnungen einige Blätter Ihrer
Sammlung und wenn Sie es mir ermöglichen könnten,solange Ihre Frau Ge-
mahlin noch in Wien ist,die Sammlung zu sehen und eventuell einige Blät-
ter auszuwählen,wäre ich Ihnen ausserordentlich dankbar.

Versicherung,Transport etc. gehen zu Lasten
der Ausstellung und werden unter meiner Aufsicht oder unter der Aufsicht
eines Herrn des Hagenbundes durchgeführt werden.



ARCHIV
NEUE
GALERIE
NR.: 324/13

D&M 01796

Ich hoffe also, bald von Ihnen, sehr verehrter Herr Grünbaum,
zu hören und Sie noch während der Dauer der Ausstellung, die bis Ende Okto-
ber geöffnet bleibt, hier oder im Simplicissimus zu sehen.

Mit den besten Grüssen und Empfehlungen bin ich

Ihr ergebener



Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 124 of 181

Translation of an Austrian Document

Letter dated September 10, 1928 - Fritz Grünbaum to Otto Nirenstein

---

Munich, September 10, 1928.

Liesecke's Boarding House

7 Maximilians Platz

Dear Mr. Nirenstein:

As per your request, I will be ready to make a loan of items from my Schiele collection to your and the Hagen League's memorial exhibition. Call my residence, which is currently occupied by my sister-in-law, Mrs. Koppel, and make arrangements with her about the time of the pickup. I ask you to leave a Receipt with my sister-in-law when picking up the pictures to confirm your and the Hagen League's responsibility to pay the insurance and transportation from there to their point of arrival and to assume all responsibility for the borrowed pictures to show the description "Fritz Grünbaum Collection" in the catalog and, if the catalog will contain any reproductions at all, to include reproductions of several of these pictures.

With warmest regards,

yours sincerely,

(s) Fritz Grünbaum

(Archives - New Gallery)
(No. 324/18)

---

Translation Made and Confirmed by:

Hoerner Bank Aktiengesellschaft

Thomas Meyer

November 9, 2005
(Me/es)

D&M 01798

München,1o.September 1938.

Pension Liesecke

Maximiliansplatz 7.


Sehr geehrter Herr Nirenstein!

Ihrem Wunsche zufolge bin ich bereit,Stücke aus meiner
Schiele-Sammlung für Ihre und des Hagenbundes Gedächtnisaus-
stellung leihweise zu überlassen. Sagen Sie sich in meiner
Wohnung,in der gegenwärtig meine Schwägerin,Frau Koppel wohnt,
telefonisch an,und vereinbaren Sie mit ihr die Stunde der Ab-
holung. Ich bitte Sie,meiner meiner Schwägerin bei Abholung
der Bilder einen Revers zu hinterlassen,der Ihre und des Hagen-
bundes Verpflichtung zur Tragung der Versicherung und des
Transports von Nagel zu Nagel statuiert und die Haftung über-
nimmt,dass die entliehenen Bilder im Katalog den Vermerk
"Sammlung Fritz Grünbaum" tragen,und dass,falls der Katalog
überhaupt Reproduktionen enthält,einige von diesen Bildern
reproduziert erscheinen.

Mit herzlichen Grüssen,

Ihr ergebener

*Fritz Grünbaum*

ARCHIV
NEUE
GALERIE
NR.: 324/18

D&M 01799

Translation of an Austrian Document

(Archives - New Gallery)
(No. 324/37)

List of the Drawings and Watercolors by Egon Schiele,

Received from Mr. Fritz Grünbaum.

(1)    Female Nude, standing, with red stockings, 1914  (32 by 48.5) (centimeters)

(2)    Proletarian Children. Watercolor, unsigned  (31 by 45.5)

(3)    "I Love Opposites". Watercolor  (31 by 48)  April 24, 1912

(4)    Female Nude, lying, with red scarf. Watercolor, 1914  (32 by 48)

(5)    "Mrs J.R." Watercolor, 1910.  (37 by 56)

(6)    Girl with Black Hair, Seminude, 1911.  (31 by 44.5)

(7)    The Blue River. Watercolor, 1910.  (31 by 45)

(8)    Female Nude, lying, with red stockings, 1912. WC  (31.5 by 48)

(9)    "Devotion", Watercolor, 1913 - Two Images  (32 by 48)

(10)   Water Study, Watercolor, 1917.  (29 by 46)

(11)   Boy in Sailor Suit, Watercolor, 1914  (31 by 48)

(12)   Woman, sitting with bare thighs (31 by 48) Watercolor, 1911

(13)   Sun Flowers (29 by 46.5) Watercolor, 1916

(14)   Woman in Shirt. Rear View. Watercolor, 1917  (29 by 46)

(15)   Russian. Watercolor (2 Russian words written on it), 1916  (13 by 48)

(16)   Girl with Brown Skirt, Red Blouse, Brown Hair, Watercolor, 1919  (31.5 by 48.5)

(17)   "Man Standing", in red shirt, Watercolor, 1913.  (32 by 48)

(18)   Boy with hinted blue suit, unsigned.  (32 by 45)

(19)   Woman's Head (hands) Daughter Dr.Rieger. Watercolor, 1917  (46 by 29.5)

(20)   Old Man with hinted brown and green suit, Watercolor, 1917  (46 by 29.5)

(21)   Two Girls, Watercolor blue, red black, WC, 1913.  (31 by 45)

Translation Made and Confirmed by:

Hoerner Bank Aktiengesellschaft

Thomas Meyer

November 9, 2005
(Me/es)

D&M 01800



ARCHIV
NEUE
GALERIE
NR.: 324/37

Liste der von Herrn Fritz Grünbaum übernommenen

Handzeichnungen und Aquarellen von Egon Schiele.

1.) Stehender weiblicher Akt mit roten Strümpfen.1914.-(32 x 48 1/2)

2.) Proletarierkinder.Aquarell nicht sign.-31 x 45 1/2

3.) "Ich liebe Gegensätze" Aqu. 31 x 48    24/4. 1912

4.) Liegender Frauenakt mit rotem Tuch Aqu. 1914.- 32 x 48

5.) "Frau J.R." Aqu. 1910.- 37 x 56

6.) Mädchen mit schwarzen Haaren Halbakt 1911.- 31 x 44 1/2

7.) Der blaue Fluss.Aqu. 1910.- 31 X 45

8.) Liegender Frauenakt mit roten Strumpf Strümpfen 1912.-Aqu.311/2x 48

9.) "Andacht" Aqu. 1913 Zwei Gestalten  32 x 48

10.) Studie zum Wasserfach Aqu. 1917  29 x 46

11.) Knabe in Matrosenanzug  Aqu. 1914.- 31 x 48

12.) Sitzende Frau mit nackten Schenkeln 31 x 48 Aqu. 1911

13.) Sonnenblumen 29 x 46 1/2 A u. 1916

14.) Frau im Hemd.Rückenansicht  Aqu. 1917.- 29 x 46

15.) Russe.-aquar.Zeichnung ( 2 russische Wörter darauf) 1916.-13 x 48

16.) Mädchen mit braunem Rock,roter Bluse,braunem Har Aqu. 1912
                              31 1/2 x 48 1/2

17.) "Stehender Mann" in rotem Hemd Aqu. 1913  .- 32 x 48

18.) Knabe mit anged.blauem Anzug nicht sign.- 32 x 45

19.) Frauenkopf (Hände) Tochter Dr.Rieger Aqu.1917.- 46 x 29 1/2

20.) Alter Mann mit anged. braunem u.grünen Anzug Aqu. 1917.- 46 x 29 1/

21.) 2 Mädchen aquar.Zeichnung blau rot schwarz Aqu. 1913.-31 x 45

D&M 01801

Translation of an Austrian Document

(Receipt signed by Fritz Grünbaum)

---

Grünbaum Rechte Wienzeile (an address)

Exhibition Inventory No. _____

HAGEN LEAGE
 OF ARTISTS

Vienna-I-Parkring-Zedlitzgasse 6, (undated) _____, 19_____

The undersigned hereby acknowledges the receipt of the following works:

Girl in Black

Seeing Self

Street

City on the Blue River

21 Watercolors

which, on this day, were handed over to him in good condition by the Hagen League.

(s) Fritz Grünbaum

---

Translation Made and Confirmed by:

Hoerner Bank Aktiengesellschaft

_____

Thomas Meyer

November 9, 2005
(Me/es)

D&M 01802

*Rückseite rechte Kreuzecke* — Ausstellung. Inv.-Nr. ............

**KÜNSTLER BUND HAGEN**

WIEN·I·PARKRING·ZEDLITZGASSE·6 ................................ 19....

**D**er Gefertigte bestätigt hiermit, nachstehend verzeichnete Werke ............

*Mädchen in Schwarz*
*Selbstseher*
*Straße*
*Stadt am blauen Fluss*
*21 Aquarelle*

**ARCHIV NEUE GALERIE NR.: 324/84**

von .... *Hagenbund* .................... am heutigen Tage im guten Zustande er-
halten zu haben.

EXHIBIT G

**Vor Ausfüllung des Vermögensverzeichnisses ist die beigefügte Anleitung genau durchzulesen!**

### Zur Beachtung!

1. **Wer hat das Vermögensverzeichnis einzureichen?**
Jeder Anmeldepflichtige, also auch jeder Ehegatte und jedes Kind für sich. Für jedes minderjährige Kind ist das Vermögensverzeichnis vom Inhaber der elterlichen Gewalt oder von dem Vormund einzureichen.

2. **Bis wann ist das Vermögensverzeichnis einzureichen?**
Bis zum 30. Juni 1938. Wer anmelde= und bewertungspflichtig ist, aber die Anmelde= und Bewertungspflicht nicht oder nicht rechtzeitig oder nicht vollständig erfüllt, setzt sich schwerer Strafe (Geldstrafe, Gefängnis, Zuchthaus, Einziehung des Vermögens) aus.

3. **Wie ist das Vermögensverzeichnis auszufüllen?**
Es müssen sämtliche Fragen beantwortet werden. Nicht= zutreffendes ist zu durchstreichen. Reicht der in dem Ver= mögensverzeichnis für die Ausfüllung vorgesehene Raum nicht aus, so sind die geforderten Angaben auf einer An= lage zu machen.

4. Wenn Zweifel bestehen, ob diese oder jene Werte in dem Vermögensverzeichnis aufgeführt werden müssen, sind die Werte aufzuführen.

# Verzeichnis über das Vermögen von Juden
## nach dem Stand vom 27. April 1938

des     Franz Friedrich G r ü n b a u m

der           (Zu= und Vorname)                        (Beruf oder Gewerbe)

in   Wien IV., Rechte Wienzeile 29        =Straße, Platz Nr.

       (Wohnsitz oder gewöhnlicher Aufenthalt)

### Angaben zur Person

Ich bin geboren am     7. April 1880

Ich bin J u d e (§ 5 der Ersten Verordnung zum Reichsbürgergesetz vom 14. November 1935, Reichsgesetzbl. I S. 1333) und — deutscher[1] ==         — Staatsangehörigkeit[1] — staatenlos[1] —.

Da ich — Jude deutscher Staatsangehörigkeit[1] — ~~staatenloser Jude[1]~~ bin, habe ich in dem nach= stehenden Vermögensverzeichnis mein gesamtes inländisches und ausländisches Vermögen angegeben und bewertet[1].

~~Da ich Jude fremder Staatsangehörigkeit bin, habe ich in dem nachstehenden Vermögensverzeichnis mein inländisches Vermögen angegeben und bewertet[1]~~

Ich bin verheiratet mit   Elisabeth            geb.   Herzl

                                                  (Mädchenname der Ehefrau)

Mein Ehegatte ist der Rasse nach — jüdisch[1] — ~~nichtjüdisch[1]~~ — und gehört der mos. Religionsgemeinschaft an.

### Angaben über das Vermögen

**I. Land= und forstwirtschaftliches Vermögen** (vgl. Anleitung Ziff. 9):

Wenn Sie am 27. April 1938 land= und forstwirtschaftliches Vermögen besaßen (gepachtete Ländereien u. dgl. sind nur aufzuführen, wenn das der Bewirtschaftung dienende Inventar Ihnen gehörte):

| Lage des eigenen oder gepachteten Betriebs und seine Größe in Hektar? (Gemeinde — Gutsbezirk — und Hofnummer, auch grundbuch= und katastermäßige Bezeichnung) | Art des eigenen oder gepachteten Betriebs? (z. B. landwirtschaftlicher, forstwirtschaftlicher, gärtnerischer Betrieb, Weinbaubetrieb, Fischzuchtbetrieb) | Handelte es sich um einen eigenen Betrieb oder um eine Pachtung | Wert des Betriebs RM | Bei eigenen Betrieben: Wenn der Betrieb noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¼) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
|  |  |  |  |  |
|  |  |  |  |  |

**II. Grundvermögen (Grund und Boden, Gebäude)** (vgl. Anleitung Ziff. 10):

Wenn Sie am 27. April 1938 Grundvermögen besaßen (Grundstücke, die nicht zu dem vorstehend unter I und nach= stehend unter III bezeichneten Vermögen gehörten):

| Lage des Grundstücks? (Gemeinde, Straße und Hausnummer, bei Bauland auch grundbuch= und katastermäßige Bezeichnung) | Art des Grundstücks? (z. B. Einfamilienhaus, Mietwohngrundstück, Bauland) | Wert des Grundstücks RM | Wenn das Grundstück noch Anderen gehörte: Wie hoch war Ihr Anteil (z. B. ¼) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
|  |  |  |  |
|  |  |  |  |

[1] Nichtzutreffendes ist zu durchstreichen.

Vermögensverzeichnis (VO v. 26. 4. 38).

## III. Betriebsvermögen (vgl. Anleitung Ziff. 11 und 12):

**a)** Wenn Sie am 27. April 1938 Inhaber eines Gewerbebetriebs waren (vgl. Anleitung Ziff. 11):

| Bezeichnung des Betriebs (Firma), Ort der Geschäftsleitung und Art des Betriebs (z. B. Maschinenfabrik, Lebensmittelhandlung, Gastwirtschaft, Tischlerei) | Gesamtwert des Betriebs nach Abzug der Betriebsschulden RM | Wenn der Betrieb noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¹/₄) |
|---|---|---|
| 1 | 2 | 3 |
| | | |
| | | |

*Außer den Angaben in den Spalten 1 bis 3 ist die Berechnung des „Gesamtwerts des Betriebs" in einer Anlage im einzelnen zu erläutern.*

**b)** Wenn Sie am 27. April 1938 an offenen Handelsgesellschaften, Kommanditgesellschaften oder ähnlichen Gesellschaften beteiligt waren:

α) Um welche Gesellschaften handelt es sich? (Bezeichnung des Betriebs, Firma, Ort der Geschäftsleitung) ..................................

β) Wie hoch war Ihr Anteil? .................. Wie hoch war der Wert Ihres Anteils? .................... RM

**c)** Wenn Sie am 27. April 1938 Vermögen besaßen, das der Ausübung eines freien Berufs diente (vgl. Anleitung Ziff. 12):

α) Art des freien Berufs? **Schauspieler und Schriftsteller**
(z. B. Augenarzt, Rechtsanwalt, Architekt, Kunstmaler)

β) Wo wurde der Beruf ausgeübt? **Wien**
(Gemeinde, Straße, Hausnummer)

γ) Welchen Wert hatte das dem freien Beruf gewidmete Reinvermögen am 27. April 1938? . . **720.** RM

*(Eine Aufstellung dieses Vermögens, aufgegliedert insbesondere nach Inventar (z. B Instrumente, Bibliothek) und Außenständen, ist beizufügen. Wenn Sie den freien Beruf zusammen mit anderen Personen ausübten, ist in der Aufstellung das gemeinschaftliche Vermögen aufzuführen und der Wert Ihres Anteils hieran anzugeben.)* **Bücher, laut Schätzung**

## IV. Sonstiges Vermögen, insbesondere Kapitalvermögen (vgl. Anleitung Ziff. 13 bis 21):

Welchen Wert hatte das Ihnen am 27. April 1938 gehörige sonstige Vermögen (o h n e A b z u g v o n S c h u l d e n), u. zw.:

**a)** Festverzinsliche Wertpapiere einschl. Schuldbuchforderungen und Sachwertanleihen (z. B. Anleihen oder Schuldverschreibungen von Staaten und Gemeinden, Obligationen von Industriegesellschaften, Pfandbriefe, Steuergutscheine usw.),

Wertpapiere mit Dividendenertrag (z. B. Aktien, Kuxe und Genußscheine, Reichsbankanteilscheine, Reichsbahnvorzugsaktien),

Geschäftsanteile an inländischen und ausländischen Unternehmen? (z. B. Anteile an Gesellschaften mit beschränkter Haftung. — Name der Gesellschaft, Ort der Geschäftsleitung ist anzugeben) — vgl. Anleitung Ziff. 14 —:

| Bezeichnung des Wertpapiers usw. (Wird ein Bankauszug beigefügt, aus dem sich die Angaben zu den Sp. 1 bis 5 vollständig ergeben, so genügt die Ausfüllung der Sp. 5 unter Hinweis auf den Bankauszug) | Zins- (satz¹) | Nennbetrag des gesamten Besitzes an dem in Sp. 1 bezeichneten Wertpapier usw. | Kurswert gemeiner (Verkaufs-) Wert In Prozenten oder für 1 Stück od. dgl. | Wert für den in Sp. 3 angegebenen Nennbetrag RM | Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| Trefferanleihe | 4% | 1 Stk. S.500 | | RM. 336.50 | |
| Trefferanleihe | 4% | 5 " " 100 | | " 338.75 | |
| 7 österr. Baulose | | a S.7.52 | | " 33.— | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

¹) Nur bei festverzinslichen Werten anzugeben, nicht z. B. bei Aktien, Kuxen, Anteilen an Gesellschaften mit beschränkter Haftung.

— 3 —

b) Verzinsliche und unverzinsliche Kapitalforderungen jeder Art an Inländer oder Ausländer? (z. B. Hypotheken, Grund=
schuldsforderungen, Darlehen, Einlagen als stiller Gesellschafter, solche Ansprüche auf Gehälter, Löhne, Zinsen und ähnliche Beträge, die am 27 April 1938
bereits fällig, jedoch noch nicht ausgezahlt waren, Tilgungsfonds, die zugunsten des Steuerpflichtigen angesammelt sind u. dgl.) — vgl. Anleitung Ziff. 15 —

*(Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben sind nicht hier, sondern nachstehend zu c anzugeben.)*

| Art der Forderung (z. B. Hypothek, Darlehen) | Name und Anschrift des Schuldners | Nennbetrag der Forderung | Zins= satz [1]) | Vertragliche Laufzeit bis [2]) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

c) Zahlungsmittel, Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben
(vgl. Anleitung Ziff. 16) Öst.Creditanstalt, Fil. Wien VI.,    317.93 RM
*Die Beträge in ausländischer Währung und die angewandten Umrechnungssätze sind im einzelnen ggf. auf einer Anlage, anzugeben.*

d) Geschäftsguthaben bei Erwerbs= und Wirtschaftsgenossenschaften? (vgl. Anleitung Ziff. 17) . . . . .    RM

Name der Genossenschaft, Ort der Geschäftsleitung:

e) Noch nicht fällige Ansprüche aus Lebens=, Kapital= oder Rentenversicherungen, zu berechnen mit ⅔
der eingezahlten Prämien oder Kapitalbeträge oder mit dem Rückkaufswert? (vgl. Anleitung Ziff. 18)    RM

Name der Versicherungsgesellschaft: Riunione Adriatica, Wien

Nr. des Versicherungsscheins: 358.742/743a, 358.232/253 Doll.17.250    Rm.42.935.26
Victoria No. 1285140    933 Rm. 2.322.73

f) Altenteilsrechte, Nießbrauchsrechte und sonstige Rentenrechte? (vgl. Anleitung Ziff. 19): Welcher Wert Rm. 2.322.73

hatte die einjährige Nutzung? RM. Seit wann stehen Ihnen die Nutzungen zu?

Seit 19 Bis wann stehen Ihnen die Nutzungen zu? Bis 19
(Falls das Recht mit dem Ableben einer Person erlischt, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.)

Welchen Kapitalwert hatte das Recht?    RM

g) Gegenstände aus edlem Metall, Schmuck= und Luxusgegenstände, Kunstgegenstände und Samm=
lungen? (vgl. Anleitung Ziff. 20) Bilder und Graphiken lt.Schätzung    5.791.- RM

h) Edelmetalle, Edelsteine und Perlen? Schmuck, lt. Schätzung    750.- RM

i) Anderes nicht unter a bis h fallendes „sonstiges Vermögen"? (vgl. Anleitung Ziff. 21) . . . . .    RM
(z. B. Urheberrechte, geschützte und nicht geschützte Erfindungen, solche Gewerbeberechtigungen, die nicht vom Berechtigten
selbst ausgeübt werden.)

Art der Gegenstände und Errechnung ihres Werts sind hier anzugeben.

[1]) Einschließlich eines vereinbarten Verwaltungskostenbeitrags — [2]) Bei Festzeithypotheken ist der Zeitpunkt einzusetzen, an dem die Rückzahlung
frühestens verlangt werden kann, bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.

— 4 —

## V. Abzüge, soweit sie nicht das Betriebsvermögen (oben Abschnitt III) betreffen

(Schulden und Lasten dürfen nur insoweit abgezogen werden, als sie bei Beginn des 27. April 1938 bereits bestanden.
Sie sind nachstehend im einzelnen aufzuführen.)

a) Schulden (vgl. Anleitung Ziff. 22):

| Art der Schuld (z. B. Hypotheken, Darlehensschuld) | Name und Anschrift des Gläubigers | Nennbetrag der Schuld | Zins= satz[1]) | Vertragliche Laufzeit bis[2]) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

b) Altenteilslasten, Nießbrauchslasten und sonstige Rentenlasten (vgl. Anleitung Ziff. 23): Welchen Wert hat die einjährige Leistung? ............ RM. Seit wann sind die Leistungen zu entrichten? Seit ....................... 19...... Bis wann sind die Leistungen zu entrichten? (Falls die Leistungen bis zum Ableben einer Person zu entrichten sind, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.) Bis .................. 19...... Welchen Kapitalwert hatte die Last? ............ RM.

## VI. Bemerkungen:

zu IV. i)   Als Librettist einiger Operetten vereinnahmt im

Jahre 1937 lt. Steuerfassion und Verlagstantiemen RM. 460.-

Als Mitglied der Autorengesellschaft                " 2.762.66

zu IV. e) Ende Mai 1938 hat Fritz Grünbaum die hier ange-

führten Versicherungen an sein Frau, Elisabeth Grünbaum ze-

diert, was der Vermögensverkehrstelle mit Schreiben vom 15.

Juli 1938 mitgeteilt wurde.-

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht, insbesondere mein Vermögen in diesem Vermögensverzeichnis vollständig angegeben zu haben. Soweit Werte in diesem Vermögensverzeichnis angegeben sind, bin ich von der Anleitung, die dem Vordruck zu diesem Vermögensverzeichnis beigelegen hat, nicht abgewichen.

.......Wien......., 29. Juli 1938...... 1938

.......Elisabeth Grünbaum, i.V. Fritz Grünbaum, lt. Vollmacht......
(Unterschrift des Anmeldepflichtigen oder der an seiner Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)

vom 16. Juli 1938, m.p.

### Vermögensverzeichnisse ohne Unterschrift gelten als nicht abgegeben



---

1) Einschließlich eines etwa vereinbarten Verwaltungskostenbeitrags. — 2) Bei Festzeithypotheken ist der Zeitpunkt einzusetzen, an dem die Rückzahlung frühestens verlangt werden kann, bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:29 PM

NYSCEF DOC. NO. 8

**Dr. LUDWIG ROCHLITZER**
RECHTSANWALT
WIEN I., FÜHRICHGASSE 10

TELEPHON R-23-203
POSTSPARKASSEN-KONTO 148.339

WIEN, am 31. Jänner 1939

Sehr geehrte gnädige Frau !

Auf Ihre Anfrage teile ich Ihnen als über Ihr und Ihres
Mannes Vermögen von der Devisenstelle Wien beauftragter Verwalter
mit, dass das Honorar des Herrn Dr. Alexander Bayer, München, incl.
Spesen und Reiseauslagen     .   .   .   .   .  ca RM 3000.-
mein Honorar  .   .   .   .   .   .   .   .   .   .      " 2500.-
die Spesen ( Telefon, Reisen etc )  .   .   .      "  600.-
                                    zusammen   .   RM 6100.-
betragen.
Weiters haben Sie die Friedhof-Rechnung per                " 238.-
und etliche kleinere Rechnungen zu begleichen,
sodass Ihr Debet mit  .   .   .   .   .   .   .     RM 6500.-
anzusetzen ist. Zu weiteren Auskünften bin ich selbstverständlich
jederzeit gerne bereit.

Hochachtungsvoll

Frau
   Elisabeth Grünbaum
         Wien 19.
      Hofzeile 27



29
PAGE 5

— **3** —

b) Verzinsliche und unverzinsliche Kapitalforderungen jeder Art an Inländer oder Ausländer? (z. B. Hypotheken, Grundschuldforderungen, Darlehen, Einlagen als stiller Gesellschafter, solche Ansprüche auf Gehälter, Löhne, Zinsen und ähnliche Beträge, die am 27. April 1938 bereits fällig, jedoch noch nicht ausgezahlt waren, Tilgungsfonds, die zugunsten des Steuerpflichtigen angesammelt sind u. dgl.) — vgl. Anleitung Ziff. 15 —

*[Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben sind nicht hier, sondern nachstehend zu c anzugeben.]*

| Art der Forderung (z. B. Hypothek, Darlehen) | Name und Anschrift des Schuldners | Nennbetrag der Forderung | Zins-[satz 1)] | Vertragliche Laufzeit bis 2) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

c) Zahlungsmittel, Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben? (vgl. Anleitung Ziff. 16) s. Beilage .............................. 3318.— *R.M.*

*Die Beträge in ausländischer Währung und die angewandten Umrechnungssätze sind im einzelnen auf einer Anlage, anzugeben.*

d) Geschäftsguthaben bei Erwerbs- und Wirtschaftsgenossenschaften? (vgl. Anleitung Ziff. 17) .......... *R.M.*

Name der Genossenschaft, Ort der Geschäftsleitung: _____

e) Noch nicht fällige Ansprüche aus Lebens-, Kapital- oder Rentenversicherungen, zu berechnen mit ²/₃ der eingezahlten Prämien oder Kapitalbeiträge oder mit dem Rückkaufswert? (vgl. Anleitung Ziff. 18) ... 30 *R.M.*

Name der Versicherungsgesellschaft: Generali und Phönix   5600.--

Nr. des Versicherungsscheins: 601622 und 394448

f) Altenteilsrechte, Nießbrauchsrechte und sonstige Rentenrechte? (vgl. Anleitung Ziff. 19): Welchen Wert hatte die einjährige Nutzung? _____ *R.M.* Seit wann stehen Ihnen die Nutzungen zu?

Seit _____ 19____ Bis wann stehen Ihnen die Nutzungen zu? Bis _____ 19____

(Falls das Recht mit dem Ableben einer Person erlischt, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.)

Welchen Kapitalwert hatte das Recht? _____ *R.M.*

g) Gegenstände aus edlem Metall, Schmuck- und Luxusgegenstände, Kunstgegenstände und Sammlungen? (vgl. Anleitung Ziff. 20) s. Beilage ............................ 4367.— *R.M.*

h) Edelmetalle, Edelsteine und Perlen? ......................................... *R.M.*

i) Anderes nicht unter a bis h fallendes »sonstiges Vermögen«? (vgl. Anleitung Ziff. 21) .............. *R.M.*
(z. B. Urheberrechte, geschätzte und nicht geschützte Erfindungen, solche Gewerbeberechtigungen, die nicht vom Berechtigten selbst ausgeübt werden.)

Art der Gegenstände und Errechnung ihres Werts sind hier anzugeben. _____

---

¹) Einschließlich eines etwa vereinbarten Verwaltungskostenbeitrags. — ²) Bei Festzeithypotheken ist der Zeitpunkt einzusetzen, an dem die Rückzahlung frühestens verlangt werden kann, bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.



NYSCEF DOC. NO. 8

**— 4 —**

## V. Abzüge, soweit sie nicht das Betriebsvermögen (oben Abschnitt III) betreffen

(Schulden und Lasten dürfen nur insoweit abgezogen werden, als sie bei Beginn des 27. April 1938 bereits bestanden.
Sie sind nachstehend im einzelnen aufzuführen.)

a) Schulden (vgl. Anleitung Ziff. 22):

| Art der Schuld (z. B. Hypotheken, Darlehnsschuld) | Name und Anschrift des Gläubigers | Nennbetrag der Schuld | Zins- satz [1]) | Vertragliche Laufzeit bis [2]) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

b) Altenteilslasten, Nießbrauchslasten und sonstige Rentenlasten (vgl. Anleitung Ziff. 23):   Welchen Wert hat die einjährige Leistung?
.................... *R.M.*   Seit wann sind die Leistungen zu entrichten?   Seit .................................... 19........
Bis wann sind die Leistungen zu entrichten?   (Falls die Leistungen bis zum Ableben einer Person zu entrichten sind, sind auch Tag, Monat und Jahr der
Geburt dieser Person anzugeben.)  Bis .................................... 19........   Welchen Kapitalwert hatte die Last? .................... *R.M.*

## VI. Bemerkungen:

.............................................................................................................................
.............................................................................................................................
.............................................................................................................................
.............................................................................................................................
.............................................................................................................................
.............................................................................................................................

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht, insbesondere mein Vermögen
in diesem Vermögensverzeichnis vollständig angegeben zu haben.  Soweit Werte in diesem Vermögensverzeichnis
angegeben sind, bin ich von der Anleitung, die dem Vordruck zu diesem Vermögensverzeichnis beigelegen hat, nicht abgewichen.

Wien, 15. Juli 1938

*Elisabeth Grünbaum*

(Unterschrift des Anmeldepflichtigen oder der an einer Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)

## Vermögensverzeichnisse ohne Unterschrift gelten als nicht abgegeben

[1]) Einschließlich eines etwa vereinbarten Verwaltungskostenbeitrags. — [2]) Bei Festzinshypotheken ist der Zeitpunkt einzusetzen, an dem die Rückzahlung frühestens verlangt werden kann; bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.

2190. 36. II-C

**Vor Ausfüllung des Vermögensverzeichnisses ist die beigefügte Anleitung genau durchzulesen!**

## Zur Beachtung!

1. **Wer hat das Vermögensverzeichnis einzureichen?**
Jeder Anmeldepflichtige, also auch jeder Ehegatte und jedes Kind für sich. Für jedes minderjährige Kind ist das Vermögensverzeichnis vom Inhaber der elterlichen Gewalt oder von dem Vormund einzureichen.

2. **Bis wann ist das Vermögensverzeichnis einzureichen?**
Bis zum 30. Juni 1938. Wer anmelde- und bewertungspflichtig ist, aber der Anmelde- und Bewertungspflicht nicht oder nicht rechtzeitig oder nicht vollständig erfüllt, setzt sich schwerer Strafe (Geldstrafe, Gefängnis, Zuchthaus, Einziehung des Vermögens) aus.

3. **Wie ist das Vermögensverzeichnis auszufüllen?**
Es müssen sämtliche Fragen beantwortet werden. Nichtzutreffendes ist zu durchstreichen. Reicht der in dem Vermögensverzeichnis für die Ausfüllung vorgesehene Raum nicht aus, so sind die geforderten Angaben auf einer Anlage zu machen.

4. **Wenn Zweifel bestehen**, ob diese oder jene Werte in dem Vermögensverzeichnis aufgeführt werden müssen, sind die Werte aufzuführen.

**44614**

# Verzeichnis über das Vermögen von Juden

## nach dem Stand vom 27. April 1938

des  _Grünbaum Franz Fried. (Fritz)_    _Schauspieler u. Schriftsteller_
der      (Zu- und Vorname)                        (Beruf oder Gewerbe)

in  _Wien IV._          _Rechte Wienzeile_    Straße, Platz Nr. _29_
    (Wohnsitz oder gewöhnlicher Aufenthalt)

## Angaben zur Person

Ich bin geboren am  _7. April 1880._

Ich bin Jude (§ 5 der Ersten Verordnung zum Reichsbürgergesetz vom 14. November 1935, Reichsgesetzbl. I S. 1333)

und — deutscher¹) —————————————— Staatsangehörigkeit¹) — ~~staatenlos¹)~~ —

Da ich — Jude deutscher Staatsangehörigkeit¹) — ~~staatenloser Jude~~ — bin, habe ich in dem nachstehenden Vermögensverzeichnis **mein gesamtes inländisches und ausländisches Vermögen** angegeben und bewertet¹).

Da ich Jude fremder Staatsangehörigkeit bin, habe ich in dem nachstehenden Vermögensverzeichnis mein **inländisches Vermögen** angegeben und bewertet¹).

Ich bin verheiratet mit  _Elisabeth_          geb. _Herzl_
                                                        (Mädchenname der Ehefrau)

Mein Ehegatte ist der Rasse nach — jüdisch¹) — ~~nichtjüdisch¹)~~ — und gehört der _Mosaischen_
Religionsgemeinschaft an.

## Angaben über das Vermögen

### I. Land= und forstwirtschaftliches Vermögen (vgl. Anleitung Ziff. 9):

Wenn Sie am 27. April 1938 land- und forstwirtschaftliches Vermögen besaßen (gepachtete Ländereien u. dgl. sind nur aufzuführen, wenn das der Bewirtschaftung dienende Inventar Ihnen gehört):

| Lage des eigenen oder gepachteten Betriebs und seine Größe in Hektar? (Gemeinde — Gutsbezirk — und Hofnummer, auch grundbuch- und katastermäßige Bezeichnung) | Art des eigenen oder gepachteten Betriebs? (z. B. landwirtschaftlicher, forstwirtschaftlicher, gärtnerischer Betrieb, Weinbaubetrieb, Fischereibetrieb) | Handelte es sich um einen eigenen Betrieb oder um eine Pachtung | Wert des Betriebs RM | Bei eigenen Betrieben: Wenn der Betrieb nach Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¼) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
|  |  |  |  |  |
|  |  |  |  |  |

### II. Grundvermögen (Grund und Boden, Gebäude) (vgl. Anleitung Ziff. 10):

Wenn Sie am 27. April 1938 Grundvermögen besaßen (Grundstücke, die nicht zu dem vorstehend unter I und nachstehend unter III bezeichneten Vermögen gehörten):

| Lage des Grundstücks? (Gemeinde, Straße und Hausnummer, bei Bauland auch grundbuch- und katastermäßige Bezeichnung) | Art des Grundstücks? (z. B. Einfamilienhaus, Mietwohngrundstück, Bauland) | Wert des Grundstücks RM | Wenn das Grundstück nach Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. ¼) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
|  |  |  |  |
|  |  |  |  |

¹) Nichtzutreffendes ist zu durchstreichen.

Vermögensverzeichnis (VO v. 26. 4. 38)

_(Doc. 1 - 16)_    _XI. 162_

— 2 —

## III. Betriebsvermögen (vgl. Anleitung Ziff. 11 und 12)

a) Wenn Sie am 27. April 1938 Inhaber eines Gewerbebetriebs waren (vgl. Anleitung Ziff. 11):

| Bezeichnung des Betriebs (Firma), Ort der Geschäftsleitung und Art des Betriebs (z. B. Maschinenfabrik, Lebensmittelhandlung, Gastwirtschaft, Tischlerei) | Gesamtwert des Betriebs nach Abzug der Betriebsschulden? RM | Wenn der Betrieb noch Anderen gehörte: Wie hoch war Ihr Anteil? (z. B. 1/4) |
|---|---|---|
| 1 | 2 | 3 |
| | | |

*Außer den Angaben in den Spalten 1 bis 3 ist die Berechnung des „Gesamtwerts des Betriebs" in einer Anlage im einzelnen zu erläutern*

b) Wenn Sie am 27. April 1938 an offenen Handelsgesellschaften, Kommanditgesellschaften oder ähnlichen Gesellschaften beteiligt waren:

α) Um welche Gesellschaften handelt es sich? (Bezeichnung des Betriebs, Firma, Ort der Geschäftsleitung) ..............

β) Wie hoch war Ihr Anteil? .......... Wie hoch war der Wert Ihres Anteils? .......... RM

c) Wenn Sie am 27. April 1938 Vermögen besaßen, das der Ausübung eines freien Berufs diente (vgl. Anleitung Ziff. 12):

α) Art des freien Berufs? *Schauspieler u. Schriftsteller* (z. B. Augenarzt, Rechtsanwalt, Architekt, Kunstmaler)

β) Wo wurde der freie Beruf ausgeübt? *Wien*
(Gemeinde, Straße, Hausnummer)

γ) Welchen Wert hatte das dem freien Beruf gewidmete Reinvermögen am 27. April 1938? ... *720* RM *Bücher*

[Eine Aufstellung dieses Vermögens, aufgegliedert insbesondere nach Inventar (z. B. Instrumente, Bibliothek) und Außenständen, ist beizufügen. Wenn Sie den freien Beruf zusammen mit anderen Personen ausübten, ist in der Aufstellung das gemeinschaftliche Vermögen aufzuführen und der Wert Ihres Anteils hieran anzugeben.]

## IV. Sonstiges Vermögen, insbesondere Kapitalvermögen (vgl. Anleitung Ziff. 13 bis 21):

Welchen Wert hatte das Ihnen am 27. April 1938 gehörige sonstige Vermögen (ohne Abzug von Schulden), und zwar:

a) Festverzinsliche Wertpapiere einschl. Schuldbuchforderungen und Sachwertanleihen (z. B. Anleihen oder Schuldverschreibungen von Staaten und Gemeinden, Obligationen von Industriegesellschaften, Pfandbriefe, Steuergutscheine usw.),

Wertpapiere mit Dividendenertrag (z. B. Aktien, Kuxe und Genußscheine, Reichsbankanteilscheine, Reichsbahnvorzugsaktien),

Geschäftsanteile an inländischen und ausländischen Unternehmen? (z. B. Anteile an Gesellschaften mit beschränkter Haftung, — Name der Gesellschaft, Ort der Geschäftsleitung ist anzugeben) — vgl. Anleitung Ziff. 14 —

| Bezeichnung des Wertpapiers usw. [Wird ein Bankauszug beigefügt, aus dem sich die Angaben zu den Sp. 1 bis 5 vollständig ergeben, so genügt die Ausfüllung der Sp. 5 unter Hinweis auf den Bankauszug] | Zins- satz¹) | Nennbetrag des gesamten Besitzes an dem in Sp. 1 bezeichneten Wert- papier usw. | Kurswert gemeiner(Verkaufs-)Wert in Prozenten oder für ein Stück u. dgl. | Wert für den in Sp. 3 angegebenen Nennbetrag RM | Bemerkungen |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| *Treffrauslose* | | *13 á 500 S* | | *336.50* | |
| " | | *5 " á 100 S* | | *338.75* | |
| *7 St. verl. Baulose 1923/II* | | *á 7.50* | | *33.—* | |
| | | | | | |
| | | | | | |
| | | | | | |

¹) Nur bei festverzinslichen Werten anzugeben, nicht z. B. bei Aktien, Kuxen, Anteilen an Gesellschaften mit beschränkter Haftung.

V e r z e i c h n i s

über das Vermögen des Franz Friedrich Israel G r ü n b a u m ,

derzeit in Schutzhaft im Konzentrationslager Weimar-Buchenwalde,

nach dem Stande vom 30. Juni 1939 unter Hinweis auf die Vermö -

gensanmeldung vom 27.April 1938 und die anlässlich der ersten

Einreichung in der Centralstelle für jüdische Auswanderung anfangs

Februar 1939 erstattete Veränderungsanzeige :

| | | |
|---|---|---|
| 1.) | Bargeld .......................... | RM 1826.- |
| 2.) | Wertpapiere,unverändert 7 Stück österr. | |
| | Baulose ........................... | "    33.- |
| 3.) | Bilder und Graphik ................. | "  5791.- |
| 4.) | Bücher ........................... | "   720.- |
| | zusammen | RM 8370.- |

Die Differenz zwischen obiger Summe und der der Vermögens -

anmeldung nach dem Stande vom 27.April 1938 erscheint gerechtfer-

tigt durch

1.) Bezahlung der Reichsfluchtsteuer in der Höhe

von ................................. RM 17.250.-

2.) der Judenvermögensabgabe im Ausmasse v. "  8.800.-

für mich und meine Gattin Elisabeth Sara Grünbaum .

Die in der Vermögensanmeldung angeführten Versicherungs -

polizzen der Riunione Adriatica di Sicurta und der Victoria zu

Berlin wurden wie bereits angegeben an meine Gattin zediert, was

der Vermögensverkehrsstelle am 15. Juli 1938 angezeigt worden ist.

Der Schmuck im Werte von 750 RM laut Vermögensanmeldung

wurde am 31.März 1939 abgeliefert; Entgelt hiefür habe ich bis

zum heutigen Tage nicht erhalten.

Der mir gehörige Bargeldbetrag verminderte sich
durch die Bemessungsgebühr der Centralstelle für jüdische
Auswanderung per RM 1000.- , Geldsendungen meiner Gattin
an mich in das Konzentrationslager zwischen 30. Jänner und
30. Juni 1939 per RM 720.-, für Visagebühren,etc. per RM 179.-
auf die eingangs angegebene Höhe von RM 1826.-

Bargeld und Wertpapiere sind mit Sicherungsanordnung
der Devisenstelle Wien Zl. 858/38-90 vom 3.August 1938 sicher-
gestellt worden; es durfte seither über diese Werte nur mit Be-
willigung der Devisenstelle Wien verfügt werden.

**I.**

| Nummer | | Beruf | | Wohnsitz | | Alter | | Staat | |
|---|---|---|---|---|---|---|---|---|---|
| | | 1 | | 2 | | J | | 3 | |
| 44614 | | 8 3 7 | | 6 7 | | 3 8 | | 6 2 | |

| | Lage | | I | | E | | Wert | | II | | Lage | | Wert | | IIIa | | Lage | | Art | | Wert | | IIIb | | Art | | Lage | | Wert | | IIIc | | Lage | | Wert | | IV | | Wert | | V | | Wert | | L. | | P. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2 | Fläche | | 5 | 1 | | | 2 | 6 | | | | 2 | 4 | | | | 4 | 2 | | | | 2 | 703 | 1 | | 53 | | | 32 | 2 0 | |

**II.**

| a | b | c | d | e | f₁ | f₂ | g | h | i | Va | Vb | L. | P. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 1 | 3 | | 453 | | | 65 | | | | | 31 | 10 |

**III.**

| Art | Wert | Art | Wert | Art | Wert | Art | Wert | Art | Wert | Art | Wert | Art | Wert | Art | Wert | L. | P. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/4 | 10 100 | | | | | | | | | | | | | | | 39 | |

B 94

PAGE 12

44614

Wien, 1. Aug. 1938.

An die

Vermögensverkehrsstelle

Wien I

Rl 'Tramt
Ci / Hdh.
214.094

Zufolge Aufforderung vom 27. Juli d. J. übersende
ich beiliegend das Vermögensverzeichnis meines
Mannes, des in Schutzhaft befindlichen Schauspieler
u. Schriftstellers Franz Friedrich (Fritz) Grünbaum,
von dem ich in der Zwischenzeit eine Vollmacht
erhalten habe.

Elisabeth Grünbaum
Wien IV. Rechte Wienzeile 29.

3 Beilagen
3 Vermögensverzeichnisse



6

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE     133

Schätzungsgutachten.
------------------------------------------------

Über den Kunstbesitz des Herrn Franz Friedrich Grünbaum, in Wien IV.,
Rechte Wienzeile 29, nach dem gemeinen Wert vom 1. Jänner 1938 bezie-
hungsweise (unverändert) vom 27. April 1938.

| P.Z. | Gegenstand | Schätzwert in R.Mark. |
|---|---|---|
| | **A) Herrenzimmer.** | |
| 1. | E. Schiele, der Selbstseher, Oel, Lw. | 300.-- |
| 2. | " Frauenportrait, Oel, Lw. | 200.-- |
| 3. | " Stadt am Fluss | 25.-- |
| 4. | " Kleine Landschaft mit Bäumen | 20.-- |
| 5. | " Schiffe im Hafen | 15.-- |
| 6. | M. Oppenheimer, (Mopp) Bläserquintett | 30.-- |
| 7. | Russisches Ikon auf Goldgrund, Fragment | 20.-- |
| 8. | Französisches Aquarell, modern, Mädchen in Landschaft Skizze | 10.-- |
| 9. | Franz. Aquarell, Modern, Landschaft mit Häuserzeile und welkigem blauen Himmel | 30.-- |
| 10. | C. Harpignis, Landschaft mit entlaubten Bäumen,Aquarell | 10.-- |
| 11. | P. Signac, Fluss mit grossem Boot, Stadt im Mittelgrund aquarellierte Zeichnung | 40.-- |
| 12. | Holzstatuette, Reste von alter Fassung, Barok, deutsch Christus, stark beschädigt | 30.-- |
| 13. | Holzstatuette, Engel, spanisch um 1600 | 30.-- |
| 14. | " heiliger Franziskus, Ob.Oest. um 1600 | 50.-- |
| 15. | E. Orlik, Dschunken am Fluss, frabige Radierung | 8.-- |
| 16. | F. von Stuck, Zentaur, aquarellierte Zeichnung | 200.-- |
| 17. | Egger-Lienz, 2 Soldaten vor Gebirgslandschaft,Aquarell | 60.-- |
| 18. | E.Huber, Dalmatinischer Marktplatz | 30.-- |
| 19. | " Dalmatinische Stadt mit Meeresbucht | 30.-- |
| 20. | Willy Nowak, Strasse bei Nacht, linksvorne Wagen,Aquarell | 25.-- |
| 21. | Viktor Tischler, Landschaft, Oel, Lw. | 20.-- |
| 22. | H. Canal, Landschaft mit Mühle bei Mondenschein, Oel.Lw. | 20.-- |
| 23. | Zwei Initialen aus illuminierten Codices | |
| | a) aus grossem Missale mit Noten | |
| | b) kleines Gebetbuch, Holzschnitt von Dürrer,Aufl. Druck | 45.-- |

Transport R.M.     1.248.-

44614

2

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE     133

| P.Z. | Gegenstand | Schätzwert in R.Mark |
|------|-----------|---------------------|
| | Transport | 1248.-- |
| 24. | Stefano della Bella, Radierungen, 20 Stück, | 15.-- |
| 25. | a Rembrandt-Radierungen, 4 Stück, spätere Drucke, | |
| | b Kreis des Rembrandt, Gelehrter. | 250.-- |
| 26. | Ein Konvolut deutscher Radierungen, 13 Blatt Penoz, | |
| | 3 Beham, 2 Lucas v.Leyden,1 H.Hopfer, 1 Urs Graf,(Neu- | |
| | druck) 1 Schongauer (nach ihm ?) 1 Aldegraver, 1 Alt- | |
| | dorfer | 180.- |
| 27. | 3 Kupferstiche von Dürer, Auferstehung (Duplette der | |
| | Bremer-Kunsthalle, stark beschnitten) , Bartholomäus, | |
| | das monstreuse Schwein. | 100.- |
| 28. | 1 Konvolut, 2 Niellá, 3 helländische Radierungen, | |
| | 1  Schrotblatt | 9.-- |
| 29. | 7 Blatt Kupferstiche Beham | 40.-- |
| 30. | 1 Konvolut: 1 Farbholzschnitt a.e.Livre d'Heure; 4 franz. | |
| | Stiche (2 Callot, Demarne, Delacroix) 6 italienische | |
| | Stiche (Tiepolo, Castiglione, Reni), 2 Radierungen | |
| | Ostade, 2 dtte. Karel Dujardin, 2 dtte. Bega, | |
| | 1 Kupferstich von Goltzius, 1 Radierung von Dietricy | |
| | 1 Radierung von Roos | 15.-- |
| 31. | 23 zeitgenössische Radierungen | 10.-- |
| 32. | Zeitgenössische Graphik, Orlik, Pechstein, Liebermann u.a. | |
| | 21 Stück | 15.-- |
| 33. | Druckgraphik von Dore und Daumier 9 Blatt | 20.-- |
| 34. | Zeitgenössische Graphik 10 Blatt (Kollwitz, Harta, | |
| | Tischler etc. | 15.-- |
| 35. | 5 Blatt grosse Graphiken, Münzer, Mopp, Klinger, Faistauer | |
| | Kriehuber) | 10.-- |
| 36. | 12 Kupferstiche des 17. und 18. Jahrhunderts und 3 Hand- | |
| | zeichnungen, 1 nach Carracci und 2 Blatt 19 Jh. deutsch | 20.-- |
| 37. | Grosse Handzeichnungen von Schiele 55 Blatt mit Farben | 1200.-- |
| 37 a | 20 Bleistiftzeichnungen und 1 Radierung v.Schiele | 300.-- |
| 38. | Zeitgenössische Aquarelle und Zeichnungen (Schatz,Vitasek | |
| | Kokoschka, Mopp, Gütersloh etc) 24 Blatt | 30.-- |
| 39. | Zeitgenössische Zeichnungen u.Aquarelle, grosse Formate | |
| | (Mopp, Faistauer, Kolik, etc. 18 Blatt | 90.-- |
| 40. | 2 grosse Kokoschka, weibliche Köpfe, Hdz. | 50.-- |
| 41. | Tötel Blatt, Englisch, 2 Kutscherstudien | 15.-- |
| 42. | Reproduktion nach Cezanne, Lithogr. | 10.-- |
| 43. | Deckenentwurf, Aquarell, ital. 18. Jh. | 30.-- |
| 44. | 2 franz. Blätter, Art des Gavarni Mädchen mit Kind 18.Jh. | 20.-- |
| 45. | Ital. Barokzeichnung, Mitte des 18.Jh. Deckenentwurf | 12.-- |
| 46. | 1 Konvolut von 3 Handz. Calame,Israels,Tiroler Barokmaler | 30.-- |
| 47. | 1    "    Zeichnungen des 18.u.19.Jh., (die wichtigeren | |
| | Zuschreibungen falsch, wie Gaugoin, Chodowiecki etc.) | |
| | 20 Blatt | 80.-- |



Transport   R.M.    3.814.--



10

44614

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE   133

3

| P.Z. | Gegenstand | Schätzwert in R.Mark |
|------|-----------|---------------------|
| | Transport          R.Mk | 3.814.-- |
| 48. | 15 franz. Zeichnungen, darunter Doré  Meissonier, Rodin, Degas, angebl. Ceret, Constable (?) Gavarni Courbet,  2 Guys, Daubigny, | 400.-- |
| 49. | Konvolut, geringere Zeichnungen des 19.Jh. 14 Blatt | 35.-- |
| 50. | Kleines Altwiener Aquarell, Art des Treml, bäuerliche Prozession, gerahmt, | 30.-- |
| 51. | Konvolut, 32 kleine Zeichnungen und Aquarelle, zumeist Altwiener-Meister, Thomas Ender, Pettenkofen, Makkart etc. aber auch Spitzweg, Schwind (?) | 400.-- |
| 52. | Konvolut mittelgrosser Zeichnungen, darunter Pettenkofen, Gauermann, Kaufmann, ein unwichtiges Blatt von Menzl Corinth, Liebermann, drei bescheidene Blätter von Spitzweg, Knaus, Habermann, 20 Blatt | 250.-- |
| 53. | Eine Mappe enthaltend 6 Blatt Aquarelle und Zeichnungen darunter ein Hedler (?) | 160.-- |

### B) Speisezimmer.

| | | |
|------|-----------|---------|
| 54. | 1 Knabenportrait v. Erasmus, Engerth, Oel. Lw. | 200.-- |
| 55. | Kleines Oelbild, Waldrand mit Staffage von Stockmann | 20.-- |
| 56. | Molnar, Stilleben, Oel.Lw. | 20.-- |
| 57. | Epstein, Selbstportrait, Zeichnung, | 15.-- |
| 58. | Robert Russ, Wiesenlandschaft, | 30.-- |
| 59. | Willroider, Landschaft, Oel. | 20.-- |
| 60. | Burghard Walde, Tiroler Bäuerin, Oel | 25.-- |
| 61. | Leopold Karl Müller, Studie aus Kaire, Oel | 60.-- |
| 62. | 5 Biedermeier Portraitsminiaturen, 1 Stich, 1 Glückwunschkarte, 1 Silhuette, | 100.-- |
| 63. | 2 ganz kl. Oelbildchen, Landschaft und Fellachenknabe | 20.-- |
| 64. | Holl,Bauernmädchen, Art des Bartels, | 30.-- |
| 65. | 2 Robert Schleich, Heuwagen und Schafherde,    zus. | 70.-- |
| 66. | 1 dekoratives Oelbildchen, | 10.-- |

### C) Schlafzimmer.

| | | |
|------|-----------|---------|
| 67. | Angebl. Kriehuber, Praterbäume, | 20.-- |
| 68. | Genrebild undeutlich signiert, Mann in Bibliothek | 12.-- |

R.Mark  5.791.-

In Werten:Fünftausendsiebenhunderteinundneunzig Reichsmark.
Obige Gegenstände in 68 Teilposten,Gesamtschätzbetrag von 5791 Mark
wurden von mir am heutigen Tag nach dem gemeinen Wert wie eben geschätzt.  Wien, am 20. Juli 1938.

EXPERTE   DES   DOROTHEUMS
für mittelalterliche Kunst

M.  MITGLIED  DES  INST.  FÜR
ÖSTERR.  GESCHICHTSFORSCHG.
WIEN

# Vermögensbekenntnis.

Diese Erklärung ist für jene Personen abzugeben (bei Minderjährigen die Eltern, oder deren Bevollmächtigte) die in den Personenkreis fallen, der durch die Kundmachung 102 vom 26. April 1938, betreffs der Anmeldung des jüdischen Vermögens erfaßt wurde. Bei der Ausfertigung des Bekenntnisses hat sich der Meldende genau an die umseitige Erläuterung zu halten. Zum Unterschied von der Vermögensanmeldung, sind hier in den einzelnen Rubriken, **nur die Endziffern** des jeweiligen Vermögensbestandteils einzusetzen.

Zu= und Vorname: _Franz Fried. Israel Grünbaum_ geb. _7. 4. 1880_

derzeitige Anschrift: _4 Rechte Wienzeile derzt. Weimar – Buchenwald_

| | | Vom Einreicher auszufüllen | | Raum für Bemerkungen der Dienststelle |
|---|---|---|---|---|
| | | Stand v. 27. April 1938 | Stand von heute | |
| | | Wert in RM | Wert in RM | |
| I. | Land= und Forstwirtschaftlicher Besitz | _Keines_ | _Keines_ | |
| II. | Grundvermögen (Grund — Boden Gebäude) | _Keines_ | _Keines_ | |
| III. | Betriebsvermögen | _Keines_ | _Keines_ | |
| IV. | Sonstiges Vermögen (Bargeld, Guthaben Wertpapiere Geschäftsguthaben) (siehe Anmerkung) | _Rm 56.047 32_ | _Rm 8.370_ | Erledigt |
| V. | Schulden und Lasten | _Keine_ | _Keine_ | _19. Juli 1939_ |
| VI. | Gesperrtes Vermögen | Beschlagnahmt, von wem? _Bargeld + Wertpapiere ist durch Sicherungs-bescheid der Dev'senstelle gesperrt. Verfügung darüber nur mit Genehmigung der Dev'senstelle_ | Wert in RM | Wo befinden sich die Werte? |

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht zu haben. Von der umseitigen Erläuterung bin ich nicht abgewichen.

Wien, am _Juli 1939._      _Franz Fried. Israel Grünbaum_
_Elisabeth Sara Grünbaum i. V._
Unterschrift.

Form. 96.  20,000. 12. 38. U.



# Erläuterung zur Ausfertigung des Vermögensbekenntnisses.

Der Meldende hat im Bekenntnis nur sein eigenes Vermögen anzugeben. Für Ehegatten (auch nicht jüdische) und jüdische Kinder ist eine besondere Meldung einzureichen. Vermögen, das aus einer Erbschaft, oder aus einem Vermächtnis zu erwarten ist, muß auch dann gewertet werden, wenn die Eigentumsübertragung noch nicht erfolgt ist.

Anzumelden ist das gesamte Vermögen:
- a) nach dem Stand vom 27. April 1938
- b) nach dem Stand am Tage der Einreichung.

Juden deutscher Staatsangehörigkeit und staatenlose Juden, haben ihr gesamtes in= und ausländisches Vermögen anzumelden.

Juden fremder Staatsangehörigkeit, haben ihr inländisches Vermögen anzugeben.

Gegenstände die ausschließlich zum persönlichen Gebrauch des Meldenden bestimmt sind, soweit es sich nicht um Schmuck=, Kunst= oder Luxusgegenstände handelt, sind nicht anzugeben.

Jeder Vermögensbestandteil ist mit dem gemeinen Wert, den er am 27. April 1938, bzw. am Tag der Einreichung hat, zu bewerten. In die einzelne Sparte ist nur die jeweilige Endziffer der Vermögensgruppe einzusetzen.

Zu I) Zum land= und forstwirtschaftlichen Vermögen gehört auch das Weinbauvermögen, das gärtnerische Vermögen und das der Fischzucht, Teichwirtschaft, Binnenfischerei usw. gewidmete Vermögen.

Zu II) Hierunter fallen alle Grundstücke.

Zu III) Hierunter fällt jeder gewerbliche Betrieb und das Vermögen, das der Ausübung eines freien Berufes dient.

Zu IV) Hierunter fallen alle Werte und Güter, die nicht unter den vorherigen Gruppen untergebracht wurden. Dazu gehören: Wertpapiere, Anteile, Kapitalsforderungen, Zahlungsmittel, Einlagen, Guthaben und noch nicht fällige Versicherungsansprüche (Rückkaufswert), Schmuck, Kunst= u. Luxusgegenstände, Urheberrechte, Patente, Erfindungen, Konzessionen u. a.

Nießbrauchrechte, Renten, Pensionen und Gehälter sind kapitalisiert anzugeben. Der Wert auf die Lebenszeit einer Person beschränkten Nutzung, bestimmt sich nach dem Alter. Als Wert wird angenommen bei einem Alter

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | bis zu | 15 Jahren das | 18 fache, |  |  |
| von mehr als 15 | „ | „ 25 | „ | „ | 17 | „ |
| „ „ „ 25 | „ | „ 35 | „ | „ | 16 | „ |
| „ „ „ 35 | „ | „ 45 | „ | „ | 15 | „ |
| „ „ „ 45 | „ | „ 55 | „ | „ | 13 | „ |
| „ „ „ 55 | „ | „ 65 | „ | „ | 10 | „ |
| „ „ „ 65 | „ | „ 75 | „ | „ | 7 | „ |
| „ „ „ 75 | „ | „ 80 | „ | „ | 5 | „ |
| „ „ „ 80 Jahren das |  |  |  | „ | 3 | „ |

des Wertes der einjährigen Nutzung. Immerwährende Nutzungen sind mit dem Achtzehnfachen, Nutzungen und Gehälter von unbestimmter Dauer mit dem Neunfachen ihres Jahreswertes anzusetzen.

Zu V) Hier sind anzuführen, Hypotheken, Grund= und Darlehensschulden, der Kapitalswert von Alimentationen u. a. wiederkehrende Leistungen zu berechnen nach Punkt IV Absatz 2.

Zu VI) Hier ist der Wert der gesperrten Vermögensteile anzuführen. Anzuzeigen ist ferner, von wem Werte gesperrt wurden, und wo sich diese Werte befinden.

Im übrigen findet bei der Ausfertigung des Bekenntnisses die Anleitung die zur Ausfüllung des Vermögensverzeichnisses maßgebend war, sinngemäße Anwendung.

F 5738

44614

B

Franz Friedrich
Grünbaum

4. Rayh Miangvila 29

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:29 PM
NYSCEF DOC. NO. 8
INDEX NO. 654834/2022
RECEIVED NYSCEF: 12/14/2022
Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 150 of 181

# DOROTHEUM
Wien, I. Spiegelgasse 16

446147?

№ 31677

11044

## Öffentliche Ankaufsstelle

nach § 14 der Verordnung über den Einsatz des jüdischen Vermögens.

Von: **Friedrich Franz Israel u. Elisabeth Sara Grünbaum, Wien, 19., Hofzeile 27.**

wurden am heutigen Tage nachstehende ablieferungspflichtige Wertgegenstände angekauft:

| Laufende Nr. | Gegenstand | Ankaufspreis Reichsmark | Anmerkung |
|---|---|---|---|
| 1. | 1 Schnur Perlen mit Goldschliesse 3 Brillanten 7 gr | 200.— | B III |
| 2. | 1 Ring mit 1 Brillant 1 Perle 4 gr Platin | 200.— | B III |
| 3. | 1 Platin Armbanduhr mit Brillante n I.W.C. Werk besch | 170.— | B III |
| 4. | 1 goldgl. Herrenremontoir Vacheron 18 krt | 120.— | W |
| 5. | 1 Zigarettendose 1 k Kette 1 Ange- hänge 128 gr Gold 1 Feuerzeug mit Gold 30 gr | 222.— | B I |
| | S u m m e : | 912.— | |
| | abzüglich 10% | 91.20 | |
| | | 820.80 | |

Wien, am 9. November ( 37.3. ) 1939

503/Do 275 - 3500 IX 39 - SF 4556

PAGE 20
14

form II    20.18    22. JULI 1938

Wien, 15. Juli 1938.

An die

Vermögensverkehrsstelle

Wien I

Strauchgasse 1.

Mein Gatte, der Schauspieler Franz Friedrich Grünbaum befindet sich seit 22. März in Schutzhaft, u. zw. derzeit in Dachau 3K, Block 6, Stube 4.

Ich ersuche daher höfl. ihm die Frist zur Einbringung des Verzeichnisses über das Vermögen von Juden bis nach seiner Rückkehr zu erstrecken.

Elisabeth Grünbaum

V.                IV. Rechte Wienzeile 29.

1.)Einreicher aufgefordert, Häftling zur Bestellung eines
   Bevollmächtigten zu veranlassen.
   (Frist 20.Aug-1938.)
2.)Z.d.A.
   Wien, 27.Juli 1938.

---

**Vermögensverkehrsstelle**
im Ministerium für Wirtschaft und Arbeit

| Eing. | 13. JUL. 1938 |
|---|---|
| Zahl: | 214094 |
| Abt.: Recht | Blg.: 0 |

PAGE 21

**— 3 —**

b) Verzinsliche und unverzinsliche Kapitalforderungen jeder Art an Inländer oder Ausländer? (z. B. Hypotheken, Grundschuldforderungen, Darlehen, Einlagen als stiller Gesellschafter, solche Ansprüche auf Gehälter, Löhne, Zinsen und ähnliche Beträge, die am 27. April 1938 bereits fällig, jedoch noch nicht ausgezahlt waren, Tilgungsfonds, die zugunsten des Steuerpflichtigen angesammelt sind u. dgl.) — vgl. Anleitung Ziff. 15 —

[Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben sind nicht hier, sondern nachstehend zu c anzugeben.]

| Art der Forderung (z. B. Hypothek, Darlehen) | Name und Anschrift des Schuldners | Nennbetrag der Forderung | Zins- satz [1] | Vertragliche Laufzeit bis [2] | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |

Die Beträge in ausländischer Währung sind die angewandten Umrechnungssätze sind im einzelnen ggf. auf einer Anlage, anzugeben.

c) Zahlungsmittel, Spareinlagen, Bankguthaben, Postscheckguthaben und sonstige laufende Guthaben? (vgl. Anleitung Ziff. 16) *bei Oest. Credit Anstalt, Filiale Wien VI* ........... *317.93* RM

d) Geschäftsguthaben bei Erwerbs- und Wirtschaftsgenossenschaften? (vgl. Anleitung Ziff. 17) ........... RM

Name der Genossenschaft, Ort der Geschäftsleitung: ...........

e) Noch nicht fällige Ansprüche aus Lebens-, Kapital- oder Rentenversicherungen, zu berechnen mit ⅔ der eingezahlten Prämien oder Kapitalbeiträge oder mit dem Rückkaufswert? (vgl. Anleitung Ziff. 18) ... RM

Name der Versicherungsgesellschaft: *Riunione adriatica Wien*

Nr. des Versicherungsscheins: *358.742/743a, 358.252/253a-Dollar 172.50a 2489 = 42.935.26*
*Viktoria 1.285.140            933" = 2.322.73*

f) Altenteilsrechte, Nießbrauchsrechte und sonstige Rentenrechte? (vgl. Anleitung Ziff. 19) Welchen Wert hatte die einjährige Nutzung? ........... RM. Seit wann stehen Ihnen die Nutzungen zu? *45.257.99*

Seit ........... 19 ... Bis wann stehen Ihnen die Nutzungen zu? Bis ........... 19 ...

(Falls das Recht mit dem Ableben einer Person erlischt, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.)

Welchen Kapitalwert hatte das Recht? ........... RM

g) Gegenstände aus edlem Metall, Schmuck- und Luxusgegenstände, Kunstgegenstände und Sammlungen? (vgl. Anleitung Ziff. 20) *Bilder u. Graphik lt. augenbl. Schätzung* ........... *5791* RM

h) Edelmetalle, Edelsteine und Perlen? *Schmuck* " " ........... *750* RM

i) Anderes nicht unter a bis h fallendes Vermögen? (vgl. Anleitung Ziff. 21) ........... *6541* RM
(z. B. Urheberrechte, geschützte und nicht geschützte Erfindungen, solche Gewerbeberechtigungen, die nicht den Berechtigten selbst ausgeübt werden.)

Art der Gegenstände und Errechnung ihres Werts sind hier anzugeben.

*Bezüglich Urheberrechten u. bezüglich
Versicherungen s. Bemerkungen Punkt II*

[1] Einschließlich eines etwa vereinbarten Verwaltungskostenbeitrags. — [2] Bei Festzeithypotheken ist der Zeitpunkt einzusetzen, an dem die Rückzahlung frühestens verlangt werden kann, bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.

**4**

## V. Abzüge, soweit sie nicht das Betriebsvermögen (oben Abschnitt III) betreffen

(Schulden und Lasten dürfen nur insoweit abgezogen werden, als sie bei Beginn des 27. April 1938 bereits bestanden.
Sie sind nachstehend im einzelnen aufzuführen.)

a) Schulden (vgl. Anleitung Ziff. 22):

| Art der Schuld (z. B. Hypotheken, Darlehnsschuld) | Name und Anschrift des Gläubigers | Nennbetrag der Schuld | Zins- satz¹) | Vertragliche Laufzeit bis²) | Bemerkungen (z. B. über Umrechnung einer ausländischen Währung) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

b) Altenteilslasten, Nießbrauchslasten und sonstige Rentenlasten (vgl. Anleitung Ziff. 23): Welchen Wert hat die einjährige Leistung?
............RM. Seit wann sind die Leistungen zu entrichten? Seit ........................ 19.....
Bis wann sind die Leistungen zu entrichten? (Falls die Leistungen bis zum Ableben einer Person zu entrichten sind, sind auch Tag, Monat und Jahr der Geburt dieser Person anzugeben.) Bis ................ 19..... Welchen Kapitalwert hatte die Last? ..........RM.

## VI. Bemerkungen:

*Zu 1* Als Librettist einiger Operetten vereinnahmte F. Grünbaum
im Jahre 1937 lt. Steuerfassion an Verlagstantiemen RM 460.-
als Mitglied d. Autorengesellschaft ≈ 276266

*Zu 2* Ende Mai 1938 hat F. F. Grünbaum die hier angeführten
Versicherungen an seine Gattin Elisabeth Grünbaum
cediert, was mit Schreiben vom 14. Juli 38 der Vermögens-
verkehrsstelle mitgeteilt wurde.

Ich versichere, die vorstehenden Angaben nach bestem Wissen und Gewissen gemacht, insbesondere mein Vermögen in diesem Vermögensverzeichnis vollständig angegeben zu haben. Soweit Werte in diesem Vermögensverzeichnis angegeben sind, bin ich von der Anleitung, die dem Vordruck zu diesem Vermögensverzeichnis beigelegen hat, nicht abgewichen.

*Wien*, *1. August* 1938

*Elisabeth Grünbaum für Franz Fried. Grünbaum*

(Unterschrift des Anmeldepflichtigen oder der an seiner Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)

*lt. Vollmacht v. 16. Juli 1938.*

**Vermögensverzeichnisse ohne Unterschrift gelten als nicht abgegeben**

¹) Einschließlich eines etwa vereinbarten Verwaltungskostenbeitrags. — ²) Bei Festzeithypotheken ist der Zeitpunkt einzusetzen, an dem die Rückzahlung frühestens verlangt werden kann; bei Kündigungshypotheken (ohne feste Mindestlaufzeit) ist die Kündigungsfrist anzugeben.

2190. 38. II C

GZ. ÖSTA-1005865/0006-ADR/2008



Dass die vorstehenden Fotokopien, 49 Seiten ( A4 ) umfassend, nach dem im Österreichischen Staatsarchiv ( ÖStA ), Abteilung Archiv der Republik ( AdR ) erliegenden Akten der Vermögensverkehrstelle **VA. 34.662** und **VA. 44.614** betreffend Frau **Elisabeth Grünbaum**, geboren am 28. April 1898 und Herrn **Franz Friedrich Grünbaum**, geboren am 07. April 1880 (ÖStA/AdR, 06/Finanzen/Vermögensverkehrsstelle/Vermögensanmeldung ) angefertigt wurden, wird hiermit bestätigt.

An Beglaubigungsgebühr wurde der Betrag von Euro 32,80 eingehoben



Wien, am 30. April 2008

Österreichisches Staatsarchiv

der Republik

Dr. Manfred Fink

Direktor des Archivs der Republik

PAGE 24

QUICK TRANSLATION

## CERTIFICATION

This is to certify that the attached translation from German into English was supplied by a licensed translation agency (license number 3794/4/21/neu MBA 21-G-F 3/03/96)

Vienna, 15 February 2016

Anthony J. Walburn

<u>Before completing the list of assets, read the attached instructions carefully!</u>

**Please note:**

1.   **Who must submit the list of assets?**
Each individual subject to registration, i.e. each spouse and each child individually. For each minor child, the list of assets must be submitted by the holder of parental authority or the legal guardian.

2.   **Until which date must the list of assets be submitted?** Until 30 June 1938. Whoever is subject to  registration and assessment but does not, or not in good time, meet the duty of registration and assessment, is subject to severe punishment (fine, prison, penitentiary, confiscation of assets).

3.   **How must the list of assets be completed?**
All questions must be answered. Delete if not applicable.
If the space provided for completing the list of assets is insufficient, the required details must be added in an enclosure.

4.   If in doubt of whether to insert these or other figures in the list of assets, the assets must be inserted

## LIST OF JEWISH ASSETS
### as at 27 April 1938

of …………….…….Franz Friedrich Grünbaum………….…..…. , …independent ……………………………………
(first and last name)                                       (occupation or trade)

residing at ……Wien IV., Rechte Wienzeile 29……., ……………… ………..street,square, no. …………………
(Residence or habitual abode)

## Personal details

I was born on ….7 April 1880…..

I am Jewish (§ 5 of Erste Verordnung/First Decree on the Reichsbürgergesetz/Reich Citizenship Act) of 14 November 1935, German Reich Law Gazette I, p. 1333)
and - of German[1]—        — citizenship[1]— stateless[1]
As I am — Jewish of German citizenship[1] - stateless Jew — I have listed and assessed in the below list of assets my entire domestic and foreign assets[1].

I am married to ………Elisabeth………………..…………… born on…………Herzl……………………............
(wife's maiden name)

My husband's race is — Jewish[1] — non-Jewish and he belongs to the ……Mosaic ……..religious community.

## Details on the Assets

**I. Agricultural and forestry assets** (see Instruction no.9),
If, on 27 April 1938, you owned agricultural and forestry assets (leased landed property and the like must be listed only if you owned the inventory serving its management):

| Location of owned or leased holding and its size in hectares (community—,rural district— and number of house) | Type of owned or leased holding? (e.g. agricultural, forestry, horticultural, vinicultural, fishery holding or enterprise) | Are you the owner or lessee of this holding? | Value of holding RM | For owned holdings: If owned also by others: What was your share ? (e.g. 1/4) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
|  |  |  |  |  |

**II. Real estate (land, buildings)** (see Instruction no.10)
If, on 27 April 1938, you owned real estate (pieces of land not belonging to the assets as set forth in I. above and III. below):

| Location of the piece of land ? (municipality, street and building number, for building plots also designation in Land Register and cadastre] | Type of piece of land? (.e.g. single-family home, rental apartment land, construction plot) | Value of piece of land **RM** | If the land was owned also by others What was your share ? (e.g. 1/4) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
|  |  |  |  |
|  |  |  |  |

ˢ) Delete if not applicable.

**List of assets** (Decree of 26 April 38

Stamp: Archive of the Republic
PAGE 27

2 5

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 158 of 181

—2—

### III. Business assets (see Instructions no.11 and 12)
a) If, on 27 April 1938, you owned a business enterprise (see Instruction no.11 ):

| Name of enterprise (company), place of management and type of business (e.g. machinery factory, food store, inn, joinery) | Total value of business after deduction of debts *RM* | If the business was owned also by others: What was your share ? (e.g. 1/4) |
|---|---|---|
| 1 | 2 | 3 |
|  |  |  |
|  |  |  |

*Except for the data entered in columns 1 to 3, specify in detail how the "total value of the business" was calculated in an attachment*

b) If, on 27 April 1938, you held a share in **a partnership, limited partnership or similar company**:
α)What companies were they ?  (Name of business, company, place of management)……………………………

…………………………………………………………………………………………................

ß) What was your share?  …………  What was the value of your share?.........................................……RM

c) If, on 27 April 1938, you owned assets serving to exercise a freelance profession (see Instruction no. 12)
α ) Type of freelance profession ?...… Actor and author ……………………………….…….…………………...
(e.g. eye doctor, lawyer, architect, painter)
ß) Where was the freelance profession practised?     .....Vienna................................................................
(municipality, street, number of building)
y) What was the value of the net assets dedicated to the freelance profession on 27 April 1938? 720.RM
[Attach a list of such assets, broken down specifically by inventory (e.g. instruments, library) and receivables. If you practised the freelance profession together with other individuals, attach a list of the joint assets and indicate the value of your share in them.]
Books, according to estimate

### IV. Other assets, in particular capital assets (see Instructions no. 13 to 21):
What was the value of other assets you owned on 27 April 1938 (other assets (without deduction of debt), namely,

a) Fixed-interest securities including debt register claims and tangible asset bonds (e.g. bonds or debentures of governments and municipalities, industrial company bonds, mortgage bonds, tax credits etc.),

Securities with dividend yield (e.g. stocks, participation certificates, Reichsbank share certificates, Reichsbahn preferred shares),

Business shares in domestic and foreign companies? (e.g. shares in limited liability companies. - Indicate name of company, place of management)
—— (see Instruction no. 14) ——

| Name of security etc. *(if a bank statement is attached which fully shows the details on columns 1 to 5, completion of column 5 is enough, referring to the bank statement)* | Interest rate [1] | Nominal value of all holdings in the security etc. indicated in column 1 etc.. | Market value, fair market (sales) value ………………….. In percentage or for one share or the like | Value of nominal amount specified in column 3 RM | Notes |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| Lottery bond | 4% | 1 pc.  S.  500 |  | RM 336.50 |  |
| Lottery bond | 4 % | 5 pcs. " " 100 |  | "   338,75 |  |
| 7 Austrian construction shares |  | Each S.7,52 |  | "     33.-- |  |
|  |  |  |  |  | - - |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  | Stamp: |
|  |  |  |  |  | (Archives of the Republic) |
|  |  |  |  |  |  |

1) to be indicated only for fixed-interest amount, not for stocks, mine share certificates, shares in limited-liability companies

—3—

b) Fixed-interest and non-interest bearing capital claims of any kind towards nationals and foreigners? (e.g. mortgages, receivables from mortgages and land charge claims, loans, deposits as silent partner, such claims to salaries, interest and similar amounts, already due on 27 April 1938, but not yet paid (redemption funds accrued to the benefit of the taxable person and the like) — see Instruction no. 15 —

*(Savings deposits, bank deposits, postal cheque deposits and other current deposits not to be inserted here but in c.)*

| Type of claim (e.g. mortgage, loan) | Name and address of debtor | Nominal amount of claim | Interest rate [1] | Contract term until [2] | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

c) Means of payment, savings deposits, bank deposits, post cheque deposits, and other current

Balances (see Instruction no.16).....................acc. to Enclosure.........................317,93 RM
*Amounts in foreign currencies to be itemised in an enclosure, if required.*

d) Business credits at purchasing and trading cooperatives? (see Instruction no. 17).......................    RM

Name of cooperative, place of management ……………………………………………....

e) Claims not yet due from life, capital and pension insurance, to be calculated at 2/3 of paid up premiums

or capital amounts or repurchase value (see Instruction no. 18)

Name of insurance company:…. Riunione Adriatica, Vienna.........................................................

No. of insurance policy:    .........358.742/743a, 358.252/253, Doll. 17,520…...…............ RM 42,935.26

………………………………….. Victoria, no. 1285140        933,        RM 2,322.73

f) Life estates, rights of usufruct and other pension rights? (see Instruction no. 19): What was the value of

one-year usage?.............RM. Since when have you been entitled to the usages?

Since        19..... Until when are entitled to the usages? Until        19....

(If the right expires upon a person's death, the day, month and year of birth of such person must also be indicated.)

What was the capital value of the right?......................................................................................RM

g) Objects of precious metal, jewellery and luxury items and collections? (see Instruction no. 20)

Pictures and graphics, acc. to estimate        5,791.- RM

h) Precious metals, precious stones and pearls? .................................................................750.- RM

i) "Other assets" not covered by a) to h)? (see Instruction no. 21)………………………………………....

(e.g. copyrights, proprietary and non-proprietary inventions, trade licences not exercised by the licence holder.)

Type of objects and calculation of their value to be specified here……………………………….

…………………………………………………………………………………………………..

…………………………………………………………………………………………………..

…………………………………………………………………………………………………..

…………………………………………………………………………………………………..

…………………………………………………………………………………………………..



1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated

V. Deductions except if concerning business assets (Section III)

(debts and liabilities may be deducted only to the extent that they existed already at the beginning of 27 April 1938.

                They must be entered by item below.)

a) Debts (see Instruction no. 22):

| Type of debt (e.g. mortgage, loan debts) | Name and address of creditor | Nominal amount of debt | Interest rate [1] | Contract term until [2] | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

b) Payments for life estates, rights of usufruct and other pensions? (see Instruction no.23): What is the value of the one-year payment?................................RM. Since when must the payments be made? Since 19...........
Until when must the payments be made? (If payments must be made until a person's death, the day, month and year of birth of such person must be indicated.). Until      19…...    What was the capital value of the payment.................RM..

VI. Remarks:

ad IV.i) As librettist of several operettas, proceeds received in 1937
according to tax schedule and publisher's royalties                  RM   460.-
As member of the Society of Authors                        "   2,762.66
ad IV e) At the end of May 1938 Fritz Grünbaum ceded the insurances specified herein to his wife, Elisabeth Grünbaum, which was notified to the Vermögensverkehrsstelle in a letter dated 15 July 1938……………………………………………………………………………………………………….

_____

I assure to have made the above statements to the best of my knowledge, in particular to have fully reported the assets in this list of assets. Insofar as values are indicated in this list of assets, I have not deviated from the Instructions attached to the printed form of this list of assets.

……Vienna…..,…29 July 1938…. 1938

         ……… Elisabeth Grünbaum, pp Fritz Grünbaum, acc. to Power of Attorney…………………
         (Signature of the person subject to reporting or of the person subject to submit the registration of assets instead of him or her)

         of 16 July 1938, m.p.

**Lists of assets without signature are considered not to have been submitted**



1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated.

PAGE 30

## Dr. LUDWIG ROCHLITZER

**RECHTSANWALT / ATTORNEY-AT-LAW**
**WIEN I., FÜHRICH GASSE 10**
**TELEPHON R-23-S03**
**POSTSPARKASSEN-KONTO 148.389**

VIENNA....on 31 January 1939

Madam,

      In response to your inquiry I would like to inform you, as the administrator commissioned by Devisenstelle Vienna for your and your husband's assets, that the fee charged by Dr. Alexander Bayer, Munich, including

fees and travel expenses is approx. …………………………………………………… RM   3000,-

my fee……………………………………………………………………………… RM   2500,-

expenses (telephone, travels etc)…………………………………………………… RM    600,-

                                    totals     RM   6100,-

Furthermore, you have to pay the cemetery bill of                    RM    238,-

and several minor invoices,

bringing your debt to                                     RM   6500,-

Please do not hesitate to contact me if you have any further questions.

                              Hochachtungsvoll

Mrs.
      Elisabeth Grünbaum
      Vienna, 19.
      Hofzeile 27



29

PAGE 31

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 162 of 181

—3—

b) Fixed-interest and non-interest bearing capital claims of any kind towards nationals and foreigners? (e.g. mortgages, receivables from mortgages and land charge claims, loans, deposits as silent partner, such claims to salaries, interest and similar amounts, already due on 27 April 1938, but not yet paid (redemption funds accrued to the benefit of the taxable person and the like) — see Instruction no. 15 —

*(Savings deposits, bank deposits, postal cheque deposits and other current deposits not to be inserted here but in c.)*

| Type of claim (e.g. mortgage, loan) | Name and address of debtor | Nominal amount of claim | Interest rate [1] | Contract term until [2] | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

c) Means of payment, savings deposits, bank deposits, post cheque deposits, and other current
Balances (see Instruction no.16)......................acc. to Enclosure............................    3318.-- RM
*Amounts in foreign currencies to be itemised in an enclosure, if required.*

d) Business credits at purchasing and trading cooperatives? (see Instruction no. 17).......................    RM
Name of cooperative, place of management ……………………………………………....

e) Claims not yet due from life, capital and pension insurance, to be calculated at 2/3 of paid up premiums
or capital amounts or repurchase value (see Instruction no. 18) …………………………..........
                            1/                 2/                                                                30  RM
Name of insurance company:…. Generali…and…. Phönix.............................................................
No. of insurance policy:  .........601622..and …39448……………………………………..  5600,--

f) Life estates, rights of usufruct and other pension rights? (see Instruction no. 19): What was the value of
one-year usage?.............RM. Since when have you been entitled to the usages?
Since       19..... Until when are entitled to the usages? Until        19....
 (If the right expires upon a person's death, the day, month and year of birth of such person must also be
 indicated.)
What was the capital value of the right?...........................................................................................    RM

g) Objects of precious metal, jewellery and luxury items and collections? (see Instruction no. 20)
                            see Enclosure                                                        4367.- RM

h) Precious metals, precious stones and pearls? ....................................................................    RM

i) "Other assets" not covered by a) to h)? (see Instruction no. 21)..........................................….    RM
(e.g. copyrights, proprietary and non-proprietary inventions, trade licences not exercised by the licence holder.)

Type of objects and calculation of their value to be specified here………………………………….
……………………………………………………………………………………………………..
……………………………………………………………………………………………………..
……………………………………………………………………………………………………..
……………………………………………………………………………………………………..
……………………………………………………………………………………………………..

1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated



## V. Deductions except if concerning business assets (Section III)

(debts and liabilities may be deducted only to the extent that they existed already at the beginning of 27 April 1938.They must be entered by item below.)

a) Debts (see Instruction no. 22):

| Type of debt (e.g. mortgage, loan debts) | Name and address of creditor | Nominal amount of debt | Interest rate [1] | Contract term until [2] | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

a) Payments for life estates, rights of usufruct and other pensions? (see Instruction no.23): What is the value of the one-year payment?................................RM. Since when must the payments be made? Since 19..........
Until when must the payments be made? (If payments must be made until a person's death, the day, month and year of birth of such person must be indicated.). Until        19…...    What was the capital value of the payment.................RM..

## VI. Remarks:

……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
……………………………………………………………………………………………………………………
_____

I assure to have made the above statements to the best of my knowledge, in particular to have fully reported the assets in this list of assets. Insofar as values are indicated in this list of assets, I have not deviated from the Instructions attached to the printed form of this list of assets.

……Vienna…….,…15 July 1938…. 1938

*Elisabeth Grünbaum*

--------------------------------------------------------------------------
(Unterschrift des Anmeldepflichtigen oder der an seiner Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)
(Signature of the person subject to reporting or of the person subject to submit the registration of assets instead of him or her)

### Lists of assets without signature are considered not to have been submitted



1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated.

<span style="color:red">PAGE 33</span>

<u>Before completing the list of assets, read the attached instructions carefully!</u>

**Please note:**

1.     **Who must submit the list of assets?**
Each individual subject to registration, i.e.  each spouse and each child individually. For each minor child, the list of assets must be submitted by the holder of parental authority or the legal guardian.

2.     **Until which date must the list of assets be submitted?** Until 30 June 1938. Whoever is subject to  registration and assessment but does not, or not in good time, meet the duty of registration and assessment, is subject to severe punishment (fine, prison, penitentiary, confiscation of assets).

3.     **How must the list of assets be completed?**
All questions must be answered. Delete if not applicable.
If the space provided for completing the list of assets is insufficient, the required details must be added in an enclosure.

4.     If in doubt of whether to insert these or other figures in the list of assets, the assets must be inserted

### LIST OF JEWISH ASSETS
as at 27 April 1938

of …………..……..Franz Friedrich Grünbaum……………..…….. , …independent …… Actor and author ………
       (first and last name)                                      (occupation or trade)

residing at ……Wien IV., Rechte Wienzeile ……., ………………   ………..street,square, no. ………29…….
       (Residence or habitual abode)

### Personal details

I was born on ….7 April 1880…..

I am Jewish (§ 5 of Erste Verordnung/First Decree on the Reichsbürgergesetz/Reich Citizenship Act) of 14 November 1935, German Reich Law Gazette I, p. 1333)
and - of German[1]—        — citizenship[1]— stateless[1]
As I am — Jewish of German citizenship[1] - stateless Jew — I have listed and assessed in the below list of assets my entire domestic and foreign assets[1].

I am married to ………Elisabeth………………..…………… born on…………Herzl………………….............
                                                    (wife's maiden name)
My husband's race is — Jewish[1] — non-Jewish and he belongs to the ……Mosaic ……..religious community.

### Details on the Assets

**I. Agricultural and forestry assets**  (see Instruction no.9),
If, on 27 April 1938, you owned agricultural and forestry assets (leased landed property and the like must be listed only if you owned the inventory serving its management):

| Location of owned or leased holding and its size in hectare (community—,rural district— and number of house) | Type of owned or leased holding? (e.g. agricultural, forestry, horticultural, vinicultural, fishery holding or enterprise) | Are you the owner or lessee of this holding? | Value of holding RM | For owned holdings: If owned also by others: What was your share ? (e.g. 1/4) |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
|  |  |  |  |  |

**II. Real estate (land, buildings)**  (see Instruction no.10)
If, on 27 April 1938, you owned real estate (pieces of land not belonging to the assets as set forth in I. above and III. below):

| Location of the piece of land ? municipality, street and building number building plots also designation in Land Register and cadastre] | Type of piece of land? (e.g. single-family home, rental apartment land, construction plot | Value of piece of land RM | If the land was owned also by others: What was your share ? (e.g. 1/4) |
|---|---|---|---|
| 1 | 2 | 3 | 4 |
|  |  |  |  |
|  |  |  |  |

ⁱ) Delete if not applicable.

**List of assets** (Decree of 26 April 38 )



<span style="color:red">PAGE 34</span>

Case 1:23-cv-00346-UA    Document 1-1    Filed 01/13/23    Page 165 of 181

—2—

## III. Business assets (see Instructions no.11 and 12)

a) If, on 27 April 1938, you owned a business enterprise (see Instruction no.11 ):

| Name of enterprise (company), place of management and type of business (e.g. machinery factory, food store, inn, joinery) | Total value of business after deduction of debts RM | If the business was owned also by others: What was your share ? (e.g. 1/4) |
|---|---|---|
| 1 | 2 | 3 |
|  |  |  |
|  |  |  |
|  |  |  |

*Except for the data entered in columns 1 to 3, specify in detail how the "total value of the business" was calculated in an attachment*

b) If, on 27 April 1938, you held a share in **a partnership, limited partnership or similar company**:

α)What companies were they ?  (Name of business, company, place of management)…………………………………

…………………………………………………………………………………………................

ß) What was your share?  …………  What was the value of your share?.......................................……RM

c) If, on 27 April 1938, you owned assets serving to exercise a freelance profession (see Instruction no. 12)

α ) Type of freelance profession ?...…. Actor and author ……………………….…..…..……………...
(e.g. eye doctor, lawyer, architect, painter)

ß) Where was the freelance profession practised?    .....Vienna...............................................................
(municipality, street, number of building)

y) What was the value of the net assets dedicated to the freelance profession on 27 April 1938? 720.RM
Books

[Attach a list of such assets, broken down specifically by inventory (e.g. instruments, library) and receivables. If you practised the    freelance profession together with other individuals, attach a list of the joint assets and indicate the value of your share in them.]

## IV. Other assets, in particular capital assets (see Instructions no. 13 to 21):

What was the value of other assets you owned on 27 April 1938 (other assets (without deduction of debt), namely,

a) Fixed-interest securities including debt register claims and tangible asset bonds (e.g. bonds or debentures of governments and municipalities, industrial company bonds, mortgage bonds, tax credits etc.),

Securities with dividend yield (e.g. stocks, participation certificates, Reichsbank share certificates, Reichsbahn preferred shares),

Business shares in domestic and foreign companies? (e.g. shares in limited liability companies. - Indicate name of company, place of management)

⸺ (see Instruction no. 14) ⸺

| Name of security etc. (if a bank statement is attached which fully shows the details on columns 1 to 5, completion of column 5 is enough, referring to the bank statement] | Interest rate [1] | Nominal value of all holdings in the security etc. indicated in column 1 etc.. | Market value, fair market (sales) value ………………….. In percentage or for one share or the like | Value of nominal amount specified in column 3 RM | Notes |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| Lottery bond | 4% | 1 pc.  S.  500 |  | RM 336.50 |  |
| Lottery bond | 4 % | 5 pcs. " " 100 |  | "    338,75 |  |
| 7 Austrian construction shares |  | Each S.7,52 |  | "     33.-- |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

1) to be indicated only for fixed-interest amount, not for stocks, mine share certificates, shares in limited-liability companies

**PAGE 35**

. L i s t

of assets of Franz Friedrich Israel G r ü n b a u m ,

currently under protective custody at the Weimar-Buchenwalde concentration camp, as at 30 June 1939, with reference to the registration of assets of 27 April 1938 and the notification of change submitted on occasion of the first application with the Central Office for Jewish Emigration at the beginning of February 1939:

|  |  |  |
|---|---|---|
| 1.) Cash | RM | 1826.- |
| 2.) Securities, unchanged, 7 Austrian |  |  |
| construction shares | " | 33.- |
| 3.) Pictures and graphics | " | 5791.- |
| 4.) Books | " | 720.- |
| altogether | RM | 8370.- |

The difference between the sum total above and the registration of assets as at 27April 1938 appears to be justified due to

|  |  |  |
|---|---|---|
| 1.)  Payment of Reich Flight Tax in the amount of | RM | 17,250.- |
| 2.)  the Jewish Property Levy of | " | 8,800.- |

for me and my wife Elisabeth Sara Grünbaum.

The insurance policies of Riunione Adriatica di Sicurta and Victoria zu Berlin as listed in the registration of assets were ceded, as already mentioned, to my wife, which was notified to the Property Transaction Office on 15 July 1938.

The jewellery worth 750 RM, according to the registration of assets, was handed in on 31 March 1939; I have not received any compensation for this until today.



The cash amount I own was reduced by the assessment fee of the Centralstelle für Jüdische Auswanderung (Central Office for Jewish Emigration) by RM 1000.-, the money sent to me to the concentration camp by my wife between 30 January and 30 June 1939 of RM 720.-, for visa charges etc. of RM 179.-, to the aforementioned amount of RM 1826.-.

Cash and securities have been secured by securing order of the Devisenstelle (Foreign Exchange Board) Vienna Zl. 858/38-90 of 3 August 1938; since then, disposition of those assets has been s ubject to the approval by the Devisenstelle Vienna

**I.**

| Number | Occupation | Residence | Age | State |
|---|---|---|---|---|
| 44614 | 2 3 1 1 2 | 2 3 3 | 3 3 8 | 3 2 |
| | 1 | 2 | J | 3 |

| | I | | | II | | IIIa | | | IIIb | | IIIc | | IV | V | | L. | P. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Location Area | 2 | E 5 1 | Value | Location 2 6 | Value | Location Type 2 4 | Location 4 | Value Location 2 | Value | Location 2 | Value | 703 1 | 53 | | 32 | |

**II.**

| a | b | c | d | e | f₁ | f₂ | g | h | i | Va | Vb | L. | P. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | 3 | | 453 | | | 65 | | | | | 31 | 10 |

**III.**

| Type | Value | Type | Value | Type | Value | Type | Value | Type | Value | Type | Value | L. | P. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/4 | 10 | 100.4 | 4 | | | | | | | | | 39 | 0 |

PAGE 38

INDEX NO. 654834/2022
RECEIVED NYSCEF: 12/14/2022

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 169 of 181

44614

Vienna, 1 August 1938

To the

Vermögensverkehrsstelle (Property Transaction Office)

Vienna  I.

Reichsamt
Ci/Hdh.
214.094

Owing to the request of 27 July of this year, I am sending attached the list of assets of my husband, actor and author Franz Friedrich (Fritz) Grünbaum, who is in protective custody, and from whom I have meanwhile received power of attorney.

Elisabeth Grünbaum

Vienna  IV., Rechte Wienzeile 29.

3 enclosures

3 lists of assets





44614

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE        133

(Stamp:    Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE 133)

## Valuation Report

Regarding the art holding of Mr. Franz Friedrich Grünbaum, in Vienna IV., Rechte Wienzeile 29, according to the market value of 1 January 1938 and/or (unchanged) of 27 April 1938,

| P.Z. | Object | Estimated value in R.Mark. |
|---|---|---|
| | A) Study | |
| 1. | E. Schiele, the Self-seer, oil, canvas | 300.-- |
| 2. | " Woman's portrait, oil, canvas | 200.-- |
| 3. | " City by a river | 23.-- |
| 4. | " Small landscape with trees | 20.-- |
| 5. | " Ships in the port | 15.-- |
| 6. | M. Oppenheimer, (Hopp) Woodwind quintet | 30.-- |
| 7. | Russian icon on gold ground, fragment | 20.-- |
| 8. | French watercolour, modern, Girl in landscape sketch | 10.-- |
| 9. | French watercolour, modern, Landscape with row of houses and cloudy blue sky | 30.-- |
| 10. | C. Harpignis, Landscape with defoliated trees, watercolour | 10.-- |
| 11. | P. Signac, River with large bed, city in the background watercolour drawing | 40.-- |
| 12. | Wooden statuette, rests of old version, baroque, German Christ, severely damaged | 30.-- |
| 13. | Wooden statuette,angel, Spanish, around 1600 | 30.-- |
| 14. | " St. Francis, Upper Austria, around 1600 | 50.-- |
| 15. | B. Orlik, Junks on the river, coloured etching | 8.-- |
| 16. | E. von Stuck, Centaur, watercolour drawing | 200.-- |
| 17. | Egger-Lienz, 2 soldiers in front of mountain landscape, watercolour | 60.-- |
| 18. | E .Huber, Dalmatian market square | 30.-- |
| 19. | " Dalmatian town with bay | 30.-- |
| 20. | Willy Nowak, Street at night, car in the front right, watercolour | 25.-- |
| 21. | Viktor Tischler, Landscape, oil, canvas | 20.-- |
| 22. | H. Canal, Landscape with mill by moonlight, oil, canvas, | 20.-- |
| 23. | Two initials from illuminated codices | |
| | a) from great missal with notes | |
| | b) small book of prayers, woodcut by Dürrer, print | 45.-- |
| | Transport R.M. | 1,248.-- |



44614

3

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE    133

(Stamp: Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE 133)

| P.Z. | Object | Estimated value in R.Mark. |
|---|---|---|
| | Transport | 1248.-- |
| 24. | Stefano della Bella, etchings, 20 pcs. | 15,-- |
| 25. | a) Rembrandt etchings, 4 pcs., later Srucks, | |
| | b) circle of Rembrandt, Scholar | 250.-- |
| 26. | A bundle of German etchings, 13 pcs. Pencz | |
| | 3 Beham, 2 Lucas v. Leyden, 1 H.Hopfer, 1 Urs Graf, (new | |
| | print) 1 Schengauer (after him?) 1 Aldegraver, 1 Altdorfer | 180.-- |
| 27. | 3 copperplate engravings by Dürer, Resurrection (duplicates of | |
| | Bremer-Kunsthalle, heavily cut), Bartholomäus, | |
| | the monstrous pig | 100.-- |
| 28. | 1 bundle, 2 Nielli, 3 Dutch etchings, | |
| | 1 dotted print | :9.-- |
| 29. | 7 sheet of copperplate engravings Beham | 40.-- |
| 30. | 1 bundle: 1 coloured woodcut from Livre d'Heure; 4 French engravings | |
| | (2 Callot, Demarne, Delacroix) 6 Italian engravings | |
| | (Tiepolo, Castiglione, Reni), 2 etchings | |
| | Ostada, 2 etchings Karel, Dujardin, 2 etchings Bega, | |
| | 1 copperplate engraving by Goltzius, 1 etching by Dietricy | |
| | 1 etching by Roes | 15.-- |
| 31. | 23 contemporary etchings | 10.-- |
| 32. | Contemporary graphics, Orlik, Pechstein, Liebermann and others | |
| | 21 pcs. | 15.-- |
| 33. | Graphic prints by Dore and Daunier 9 sheets          20.-- | |
| 34. | Contemporary graphics 10 sheets (Kollwitz, Harta, | |
| | Tischler etc. | 15.-- |
| 35. | 6 sheets of large graphics, Münzer, Hopp, Klinger, Faistauer | |
| | Kriehuber)          10.-- | |
| 36. | 12 copperplate engravings from the 17th and 18the centuries | |
| | and 3 hand drawings, 1 after Carracci and 2 sheets 19th cent., German | 30.-- |
| 37. | Large hand drawings by Schiele 55 sheets with colours | 1200.-- |
| 37a | 20 pencil drawing and 1 etching by Schiele | 300.-- |
| 38. | Contemporary watercolours and drawings (Schatz, Vitasek, | |
| | Kokoschka, Mopp, Gütersloh etc) 24 sheets | 30.-- |
| 39. | Contemporary drawings and watercolours, large formats | |
| | (Mopp, Faistauer, Kolik, etc. 18 sheets | 90.-- |
| 40. | 2 large Kokoschkas, female heads, hand drwg. | 50.-- |
| 41. | Tötel sheet, English, 2 studies of coachmen | 15.-- |
| 42. | Reproduction after Cezanne, lithogr. | 10.-- |
| 43. | Ceiling draft, watercolour, Ital. 18th cent. | 30.-- |
| 44. | 2 French sheets, type of Gavarni girl with child 18th cent. | 20.-- |
| 45. | Ital. Baroque drawing, middle of 18th cent. ceiling draft | 12.-- |
| 48. | 1 bundle of 3 hand draw., Calame, Israels, Tyrolian Baroque painter | 30.-- |
| 47. | 1    "     drawings of 18th and19th cent., (more important | |
| | attributions wrong, such as Gaugoin, Chodowieski etc.) | |
| | 20 sheets | 80.-- |
| | Transport  R.M | |

1o

44614

3

Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE    133

(Stamp: Dr. FRANZ KIESLINGER
PERCHTOLDSDORF N.Ö.
HOCHSTRASSE 133)

| P.Z. | Object | Estimated value in R.Mark. |
|---|---|---|
| | Transport | R.Mk.  3,814.-- |
| 48. | 16 French drawings, including Doré, Meissenier, Rodin, Degars, allegedly Corot, Constable (?), Gavarni, Courbet, 2 Guys, Daubigny. | 400.-- |
| 49. | Bundle, lower drawings of 19th cent., 14 sheets | 36.-- |
| 50. | Small old Viennese watercolour, type of Treml, Farmers' procession, framed, | 30.-- |
| 51. | Bundle, 38 small drawings and watercolours, mostly old Viennese masters, Thomas Ender, Pettenkofen, Makkart etc., but also Spitzweg, Schwind (?) | 400.-- |
| 52. | Bundle of medium-sized drawings, including Pettenkofen, Gauermann, Kaufmann, one unimportant sheet by Menzl, Corinth, Liebermann, three modest sheets by Spitzweg, Knaus, Habermann, 20 sheets | 250.-- |
| 53. | One portfolio containing 6 sheets of watercolours and drawings including one Hedler (?) | 160.-- |
| | B) Dining room. | |
| 54. | 1 portrait of a boy by Erasmus, Engerth, oil, canv. | 800.-- |
| 55. | Small oil painting, Edge of forest with decoration by Steckmann | 20.-- |
| 56. | Molnar, still life, oil, canv. | 20.-- |
| 57. | Epstein, self portrait, drawing | 15.-- |
| 58. | Robert Russ, Meadow landscape | 30.-- |
| 59. | Willroider, Landscape, oil. | 20.-- |
| 60. | Burghard Walde, Tyrolese peasant woman, oil | 25.-- |
| 61. | Leopold Karl Kuller, Study from Cairo, oil | 60.-- |
| 62. | 5 Biedermeier miniature portraits, 1 engraving, 1 greeting card 1 silhouette, | 100.-- |
| 63. | 2 very small oil paintings, Landscape and fellah boy | 20.-- |
| 64. | Dutch peasant girl, type of Bartels, | 80.-- |
| 65. | 2 Robert Schleich, Haywagon and flock of sheep, tog. | 70.-- |
| 66. | 1 decorative small painting, | 10.-- |
| | C) Bedroom | |
| 67. | Allegedly Kriehuber, Prater trees, | 20 .-- |
| 68. | Genre picture, signed unclearly, Man in library | 12.-- |
| | | R.Mark 5,791.- |

In words: Five thousand seven hundred and ninety one Reichsmark.
The above objects in 69 partial items, total estimated value of 5,791 Mark, were estimated by me according to their market value as above on this day. Vienna, on 20 July 1938.

(Stamp: EXPERT OF DOROTHEUM AUCTION HOUSE
for medieval art
MEMBER of the INSTITUTE FOR
AUSTRIAN HISTORICAL RESEARCH VIENNA)

PAGE 42

*32437*

## Declaration of assets.

This declaration shall be submitted by persons (in case of minors their parents or authorised representatives) who come under the circle of persons covered by Announcement 102 of 26 April 1938 regarding registration of Jewish assets. When completing this declaration, the reporter shall strictly comply with the (overleaf) instructions. In contrast to the registration of assets, **only the last digits** of the respective assets components shall be inserted in the individual sections.

First and last name: …………… Franz Friedr. Israel Grünbaum…, …born on …   7.4. 1880…………………....

Current address:……………4 Rechte Wienzeile derzeit. Weimar-Buchenwald……………………… ……...

| | | To be completed by submitter | | Space for notes of the Dienststelle office |
|---|---|---|---|---|
| | | As at 27April 1938 | As at today | Stamp: Blocked by registration of assets |
| I. | Agricultural and forestry assets | Value in RM | Value in RM | |
| | | **None** | **None** | |
| II. | Real estate (land—buildings) | **None** | **None** | |
| III. | Business assets | **None** | **None** | |
| IV. | Other assets (cash, deposits, securities, credit balances (see note) | **RM 56.047,22** | **RM 8.370.-** | Stamp: Settled 19. Juli 1939 |
| V. | Debts and liabilities | **None** | **None** | |
| VI. | Frozen assets | Confiscated, by whom? | Value in RM | Where are the assets located ? |
| | | Cash and securities blocked by securing order of the Devisenstelle (Foreign Exchange Board) acc. to its securing decree. Disposition subject to approval by Devisenstelle | | |

I assure to have made the above statements to the best of my knowledge. I have not deviated from the overleaf explanation.

Vienna, on 27 January 1939 …………

*Unterschrift.*

*12*

Franz Friedrich Israel Grünbaum
Elisabeth Sara Grünbaum
Signature

PAGE 43

Case 1:23-cv-00346-UA   Document 1-1   Filed 01/13/23   Page 174 of 181

## Explanation on how to complete the declaration of assets.

The reporter shall indicate only his own assets in the declaration. Separate registration shall be submitted for spouses (also non-Jewish) and Jewish children. Assets to be expected from an inheritance or a legacy shall be assessed even if the transfer of property has not yet occurred.

All assets shall be reported as follows:
    a)    as on 27 April 1938
    b)    as on the day of submission.

Jews of German citizenship and stateless Jews shall report their entire domestic and foreign assets.
Jew of foreign citizenship shall report their domestic assets.

Objects exclusively dedicated to the personal use of the reporter shall not be declared, unless they are items of jewellery, art or luxury.

Each component of the assets shall be assessed at the market value on 27 April 1938 and on the date of submission, respectively. Only the respective last digit of the group of assets shall be inserted in the individual column.

Ad I)   Agricultural and forestry assets also include vinicultural assets, horticultural assets and assets devoted to fish farming, aquaculture, inland fishing etc.

Ad II)   This comprises all pieces of land.

Ad III)   This comprises all commercial businesses and the assets serving the practise of a freelance occupation.
    Ad IV)   This comprises all values and goods not covered by the aforementioned groups, including: Securities, shares, capital claims, means of payment, deposits, balances, and insurance claims not fallen due yet (repurchase value), jewellery, art and luxury items, copyrights, patents, inventions, concessions etc.
    Rights of usufruct, annuities, pensions, and salaries shall be indicated in capitalised form. The value of usage limited to a person's lifetime shall be determined by age. The value assumed for an age of

|  |  | Up to | 15 | years | 18 | Times the value |  |  |
|---|---|---|---|---|---|---|---|---|
| Over | 15 | // // | 25 | // | 17 | // | // | // |
| // | 25 | // // | 35 | // | 16 | // | // | // |
| // | 35 | // // | 45 | // | 15 | // | // | // |
| // | 45 | // // | 55 | // | 13 | // | // | // |
| // | 55 | // // | 65 | // | 10 | // | // | // |
| // | 65 | // // | 75 | // | 7 | // | // | // |
| // | 75 | // // | 80 | // | 5 | // | // | // |
| // | 80 | years |  |  | 3 | // | // | // |

of the value for one year of usage. Perpetual usages shall be stated by 18 times the value, usages and salaries of indefinite duration by nine times the value of their annual value.

Ad V)   To be declared: mortgages, land and loan debts, the capital value of alimonies and other recurring payments to be calculated pursuant to Article IV (2).

Ad VI)   The value of the frozen asset shares shall be declared here. Further, it shall be stated who has frozen the assets and where those assets are located.

Incidentally, the instructions relevant to the completion of the list of assets shall apply to the completion of the declaration by analogy.



PAGE 44

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:29 PM
NYSCEF DOC. NO. 8
INDEX NO. 654834/2022
RECEIVED NYSCEF: 12/14/2022

44614

F 5738

Franz Friedrich

Grünbaum

_____

4. Rechte Wienzeile 29



**DOROTHEUM**
Wien, I. Spiegelgasse 16

4461477

N⁰ 31677

11044

# Public purchasing office

pursuant to Section 14 of the Decree on the Use of Jewish Property

From……**Franz Friedrich Israel Grünbaum and Elisabeth Sara Grünbaum, Vienna, 19., Hofzeile 27**…….

the following valuable items subject to delivery were bought today:

| Serial no. | Object | Purchase price Reichsmark | Note |
|---|---|---|---|
| 1. | 1 string of pearls with golden clasp 3 brilliants 7 gr | 200.-- | B III |
| 2. | 1 ring with 1 brilliant 1 pearl 4 gr platinum | 200.-- | B III |
| 3. | 1 platinum wristwatch with brilliants I.W.C. works | 170.-- | B III |
| 4. | 1 golden gent's remontoir Vacheron 18 crt | 120.-- | W |
| 5. | 1 cigarette case 1 chain 1 pendant 128 gr gold 1 lighter with gold 30 gr | 222.-- | B |
| | SUM | 912.-- | |
| | - 10% | 91,20.- | |
| | | 820,80. | |

Vienna, on 9 November (31 March) 1939

803/De 276 - 3500 IX 39 - SF 4856

(Signature) Hartmann

Signature illegible

PAGE 46

FILED: NEW YORK COUNTY CLERK 12/14/2022 08:29 PM INDEX NO. 654834/2022
NYSCEF DOC. NO. 8    Case 1:23-cv-00346-UA    Document 1-1    Filed 01/13/23    Page 177 of 181    RECEIVED NYSCEF: 12/14/2022

22. JULI 1938

(illegible) .II    20./8.

Vienna, 15 July 1938

To the

Vermögensverkehrsstelle (Property Transaction Office)

Vienna I.

Strauchgasse 1

My husband, actor Franz Friedrich Grünbaum has been in protective custody since 22 March, currently in Dachau 3K, block 6, room 4.

I therefore kindly request to have the deadline for submitting the list of Jewish assets extended for him until after he has returned.

Elisabeth Grünbaum

V.                                   IV. Rechte Wienzeile 29

1.) Submitter is requested to prompt the inmate to appoint an
    authorised representative.
    (Deadline 20 Aug. 1938)
2.) To the files

Vienna, 27 July 1938.

(Stamp:
Vermögensverkehrsstelle
at the Ministry for Economy and Labour
Received: 13 July 1938
File no.: 214094
Dept. Legal   Encl.: 0)





PAGE 47

- 3 -

b) Fixed-interest and non-interest bearing capital claims of any kind towards nationals and foreigners? (e..g. mortgages, receivables from mortgages and land charge claims, loans, deposits as silent partner, such claims to salaries, interest and similar amounts, already due on 27 April 1938, but not yet paid (redemption funds accrued to the benefit of the taxable person and the like) — see Instruction no.  15 —

*(Savings deposits, bank deposits, postal cheque deposits and other current deposits not to be inserted here but in c.)*

| Type of claim (e.g. mortgage, loan) | Name and address of debtor | Nominal amount of claim | Interest rate [1] | Contractual term until [2] | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

c)  Means of payment, savings deposits, bank deposits, post cheque deposits, and other current balances (see Instruction no.16)   …**at Öst. Creditanstalt, branch Vienna VI**…...   **317,93.-RM**
    *Amounts in foreign currencies to be itemised in an enclosure, if required.*

d)  Business credits at purchasing and trading cooperatives? (see Instruction no. 17)……..   ………..RM.
    Name of cooperative, place of management:…………………………………………

e)  Claims not yet due from life, capital and pension insurance, to be calculated at 2/3
    of paid up premiums or capital amounts or repurchase value (see Instruction no. 18) ………   ………..RM.
    Name of insurance company:: **Riunione Adriatica, Vienna**
    No.of insurance policy:   **358.742/743a, 358.252/253a = Dollars 17,250 á 2489 =    42,935.26
                         Victoria, no. 1285140       "       933  "      "      2,322.73
                                                                                        45,257.99**

f)  Life estates, rights of usufruct and other pension rights? (see Instruction no. 19): What
    was the value of the one-year usage?  …….RM. Since when have you been entitled to the usages?
    Since…..19..... Until when are entitled to the usages? Until……..19....
    (If the right expires upon a person's death, the day, month and year of birth of such person must be indicated.)
    What was the capital value of the right?                                          ………..RM.

g)  Objects of precious metal, jewellery and luxury items and collections?
    (see Instruction no. 20)  ……………..**Pictures and graphics, acc. to enclosed estimate**…..   **5,791.- RM.**

h)  Precious metals, precious stones and pearls?..Jewellery,  "      "  ……………………   **750.- RM**

i)  "Other assets" not covered by a) to h)?" (see Instruction no. 21)                 **6,541  RM**
    (e.g. copyrights, proprietary and non-proprietary inventions, trade licences not exercised by the licence holder.)

    Type of objects and calculation of their value to be specified here:…………………......

    ………………**Concerning copyrights and insurances see Remarks under Item VI**…….

    …………………………………………………………………………………………

    …………………………………………………………………………………………

    …………………………………………………………………………………………

1) Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated

15

## V. Deductions except if concerning business assets (Section III)

(debts and liabilities may be deducted only to the extent that they existed already at the beginning of 27 April 1938. They must be entered by item below.)

a) Debts (see Instruction no. 22):

| Type of debt (e.g. mortgage, loan debts) | Name and address of creditor | Nominal amount of debt | Interest rate [1]) | Contract term until [2]) | Remarks (e.g. on conversion of foreign currency) |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
|  |  |  |  |  |  |

b) Payments for life estates, rights of usufruct and other pensions? (see Instruction no.23): What was the value of the one-year payment?...............RM. Since when must the payments be made? Since..........19..... Until when must the payments be made? (If payments must be made until a person's death, the day, month and year of birth of such person must be indicated.)
Until……...19....   What was the capital value of the payment  .......................................................... RM

## VI. Remarks:

ad i)    As librettist of several operettas, F. Grünbaum received proceeds in 1937
   according to tax schedule and publisher's royalties       RM 460.-
   As member of the Society of Authors          "  2,762.66

ad e)    At the end of May 1938 F.F. Grünbaum ceded the insurances specified herein to his wife, Elisabeth Grünbaum, which was notified to the Vermögensverkehrsstelle in a letter dated 14 July 1938.

I assure to have made the above statements to the best of my knowledge, in particular to have fully reported the assets in this list of assets. Insofar as values are indicated in this list of assets, I have not deviated from the Instructions attached to the printed form of this list of assets.

Vienna , ...................1 August ......................1938

*Elisabeth Grünbaum für Frau Fried. Grünbaum*
(Unterschrift des Anmeldepflichtigen oder der an seiner Stelle zur Abgabe des Vermögensverzeichnisses verpflichteten Person)
*U. Vollmacht v. 16. Juli 1938.*

Elisabeth Grünbaum for Franz Friedr. Grünbaum, acc. to Power of Attorney
(Signature of the person subject to reporting or of the person subject to submit the registration of assets instead of him or her) of 16 July 1938, m.p.

Lists of assets without signature are considered not to have been submitted

---

1)Including agreed contribution to administrative expenses - 2) For fixed-term mortgages, insert the earliest date when repurchase can be claimed, for termination mortgages (no fixed term) the period of termination must be indicated

GZ. ÖSTA-1005865/0006-ADR/2008



It is hereby confirmed that the foregoing photocopies comprising 49 pages ( A4 ) and located in the Österreichische Staatsarchiv ( ÖStA / Austrian State Archives), Abteilung Archiv der Republik ( AdR /Department Archives of the Republic), of the files of the Vermögensverkehrstelle (Property Transaction Office) **VA. 34.662** and **VA. 44.614** concerning Mrs. **Elisabeth Grünbaum**, born on 28 April 1898 and Mr. **Franz Friedrich Grünbaum**, born on 07 April 1880 (ÖStA/AdR, 06/Finanzen/Vermögensverkehrsstelle/ Vermögensanmeidung ) have been made.

An amount of Euro 32.80 has been collected as certification fee.

Vienna, on 30 April 2008
Austrian State Archive

Director of the Archiv der Republik



Apostille
(Convention de La Haye du 5 octobre 1961)
1. Country: REPUBLIC OF AUSTRIA
    This official document
2. has been signed by   Dr. Manfred Fink
3. in his capacity as   CERTIFICATION OFFICER
4. it bears the stamp/seal of the
    Austrian State Archives Vienna
Certified
5. in     Vienna            6. on  May 27th, 2008
7. by FEDERAL MINISTRY FOR EUROPEAN AND INTERNATIONAL AFFAIRS
8. under file no. 557519
9. Stamp/seal            JOSEF SCHWANDA
                          (Signature)


FEDERAL MINISTRY FOR EUROPEAN
AND INTERNATIONAL AFFAIRS
(3 stamps of the Republic of Austria *)


(Stamp to the right:)
FEDERAL MINISTRY FOR EUROPEAN
AND INTERNATIONAL AFFAIRS
Fee of Euro 14,40
under Prot. No. (illegible) collected
27 May 2008 (signature illegible)

PAGE 51