UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY REIF and DAVID FRAENKEL, as
Co-Trustees of the LEON FISCHER TRUST
FOR THE LIFE AND WORK OF FRITZ
GRUNBAUM and MILOS VAVRA,

Plaintiffs,

-against-

CARNEGIE INSTITUTE,

Defendant,

An Artwork PORTRAIT OF A MAN (1917) by
the Artist Egon Schiele,

Defendant-in-rem.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  2/2/2023 |

23 Civ. 346 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated January 31 and February 1, 2023. ECF Nos. 12–13. Defendant requests to file a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) and that the Court set a briefing schedule. ECF No. 12 at 1, 7. Plaintiffs "request [that] the Court grant Plaintiffs 30 days to amend the [c]omplaint." ECF No. 13. Accordingly:

1. Defendant's request to file a motion to dismiss the complaint, ECF No. 12, is DENIED, without prejudice to renewal;
2. Plaintiffs' request to file an amended complaint is GRANTED. By **March 3, 2023**, Plaintiffs shall file an amended complaint.

SO ORDERED.

Dated: February 2, 2023
   New York, New York

ANALISA TORRES
United States District Judge