USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/15/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY REIF and DAVID FRAENKEL, as Co-Trustees of the LEON FISCHER TRUST FOR THE LIFE AND WORK OF FRITZ GRUNBAUM and MILOS VAVRA,

        Plaintiffs,

-against-

CARNEGIE INSTITUTE,

        Defendant,

An Artwork PORTRAIT OF A MAN (1917) by the Artist Egon Schiele,

        Defendant-in-rem.

23 Civ. 346 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated March 14, 2023 and proposed case management plan. ECF Nos. 23–23-1. On March 9, 2023, the Court denied the parties' request to adjourn the deadline to submit a joint letter and proposed case management plan until fourteen days after the Court's decision on Defendant's anticipated motion to dismiss. ECF No. 20. The parties' March 14, 2023 letter contains the same request—"that discovery not commence until initial motion practice is resolved," ECF No. 23, and that discovery not commence until after the Court rules on a motion to dismiss, ECF No. 23-1 ¶¶ 3–4. The Court already considered and denied this request. ECF No. 20. In addition, the Court shall not stay discovery pending its decision on any motion.

    Accordingly, by **March 20, 2023**, the parties shall submit a joint letter and proposed case management plan.

    SO ORDERED.

Dated: March 15, 2023
       New York, New York

                            ANALISA TORRES
                         United States District Judge