UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY REIF and DAVID FRAENKEL, as Co-Trustees of the LEON FISCHER TRUST FOR THE LIFE AND WORK OF FRITZ GRUNBAUM and MILOS VAVRA,

                    Plaintiffs,

-against-

CARNEGIE INSTITUTE,

                    Defendant,

An Artwork *PORTRAIT OF A MAN* (1917) by the Artist Egon Schiele,

                    Defendant-in-rem.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/21/2023__

23 Civ. 346 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letter dated March 20, 2023 and proposed case management plan. ECF Nos. 26–26-1. The parties are required to identify a proposed mechanism for alternative dispute resolution and the timing of its use. ECF No. 26-1 ¶ 10. The parties must also indicate their best estimate of the length of trial. *Id.* ¶ 12. Further, neither of the joint letters submitted to date, ECF Nos. 23, 26, contain the information required by the Court's January 23, 2023 order, ECF No. 8.

      Accordingly, by **March 27, 2023**, the parties shall submit a joint letter and a revised proposed case management plan.

      SO ORDERED.

Dated: March 21, 2023
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge