UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/27/2023__

TIMOTHY REIF and DAVID FRAENKEL, as Co-Trustees of the LEON FISCHER TRUST FOR THE LIFE AND WORK OF FRITZ GRUNBAUM and MILOS VAVRA,

        Plaintiffs,

-against-

CARNEGIE INSTITUTE,

        Defendant,

An Artwork *PORTRAIT OF A MAN* (1917) by the Artist Egon Schiele,

        Defendant-in-rem.

23 Civ. 346 (AT)

TIMOTHY REIF and DAVID FRAENKEL, as Co-Trustees of the LEON FISCHER TRUST FOR THE LIFE AND WORK OF FRITZ GRUNBAUM and MILOS VAVRA,

        Plaintiffs,

-against-

OBERLIN COLLEGE d/b/a ALLEN MEMORIAL ART MUSEUM,

        Defendant,

An Artwork *GIRL WITH BLACK HAIR* (1911) by the Artist Egon Schiele,

        Defendant-in-rem.

23 Civ. 2108 (AT)

TIMOTHY REIF and DAVID FRAENKEL, as Co-Trustees of the LEON FISCHER TRUST FOR THE LIFE AND WORK OF FRITZ GRUNBAUM and MILOS VAVRA,

        Plaintiffs,

-against-

23 Civ. 2443 (AT)

| | |
|---|---|
| THE ART INSTITUTE OF CHICAGO,   Defendant,  An Artwork *RUSSIAN PRISONER OF WAR* (1916) by the Artist Egon Schiele,   Defendant-in-rem. | **ORDER** |

ANALISA TORRES, District Judge:

The Court is inclined to consolidate *Reif v. Carnegie Institute*, 23 Civ. 346, with *Reif v. Oberlin College*, 23 Civ. 2108, and *Reif v. The Art Institute of Chicago*, 23 Civ. 2443, and appoint Plaintiffs' counsel as lead counsel.[1]  Any opposition to consolidation shall be filed by **April 10, 2023**.

This order does not stay any of the applicable deadlines in each of the above-captioned cases.

SO ORDERED.

Dated: March 27, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge

---

[1] *Reif v. Republic of Austria*, 22 Civ. 10625, is related to the above-captioned actions, but involves foreign defendants that have not yet appeared in that case.

2