```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TIMOTHY REIF, ET AL.,
            Plaintiffs,

    - against -                22-cv-10625 (JGK)

REPUBLIC OF AUSTRIA, ET AL.,     ORDER
            Defendants.

JOHN G. KOELTL, District Judge:

    The Court has received the plaintiffs' July 31, 2023, letter updating the Court on the status of service on the Albertina Museum. ECF No. 55. By **August 22, 2023**, the Albertina Museum may respond to the plaintiffs' motion for the issuance of a letter rogatory to effect service of process on the Albertina Museum. See ECF Nos. 45-47. The plaintiffs may reply to any response by the Albertina Museum by **August 29, 2023**.

    The plaintiffs are directed to mail a copy of this Order, as well as copies of the motion and its supporting papers, to the Albertina Museum by **August 8, 2023**, and to promptly note such mailing on the docket of the Court.

    The Clerk is directed to enter this Order in Nos. 22-cv-10625, 23-cv-346, 23-cv-2108, 23-cv-3009, and 23-cv-2443.

SO ORDERED.

Dated:    New York, New York
           August 1, 2023

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                      United States District Judge