UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY REIF and DAVID FRAENKEL, as Co-
Trustees of the LEON FISCHER TRUST FOR THE LIFE
AND WORK OF FRITZ GRUNBAUM and MILOS
VAVRA,

        *Plaintiffs,*

-against -

THE CARNEGIE INSTITUTE d/b/a CARNEGIE
MUSEUMS OF PITTSBURGH,

        *Defendant,*

An Artwork *PORTRAIT OF A MAN* (1917) by the Artist
Egon Schiele,

        *Defendant-in-rem.*

Index No.: 23-cv-00346

### <u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 41(a)(1)(A)(i), Plaintiffs hereby

give notice that its claims against The Carnegie Institute d/b/a Carnegie Museum of Pittsburgh

are voluntary dismissed without prejudice.

Dated: New York, New York
      October 4, 2023

                    DUNNINGTON BARTHOLOW & MILLER LLP
                    *Attorneys for Plaintiffs*

                    By:    /s Raymond J. Dowd
                           Raymond J. Dowd
                           Claudia G. Jaffe
                           230 Park Avenue, 21st Floor
                           New York, New York 10169
                           Phone:  (212) 682-8811
                           Facsimile:  (212) 661-7769
                           rdowd@dunnington.com
                           cjaffe@dunnington.com