```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

TIMOTHY REIF, ET AL.,

        Plaintiffs,

- against -

CARNEGIE INSTITUTE, ET AL.,

        Defendants.

23-cv-346 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff should confirm by October 13, 2023, this case is voluntarily dismissed without prejudice against all defendants and that the case and all pending motions should be closed on the docket of the Court.

SO ORDERED.

Dated:    New York, New York
            October 10, 2023

                                          John G. Koeltl
                                    United States District Judge